**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:**<br><br>**Perry Everett Adler,**<br><br>**Debtor.** | **Case No. 25-12714-BFK**<br><br>**Chapter 11** |

**LIMITED OBJECTION OF THE ACTING UNITED STATES TRUSTEE TO THE DEBTOR'S MOTION FOR SALE OF PROPERTY OF THE ESTATE UNDER SECTION 363**

Matthew W. Cheney, the Acting United States Trustee for Region 4 (the "United States Trustee"), by and through his undersigned counsel, hereby files his limited objection to the Motion for Sale of Property of the Estate under Section 363 (the "Motion") filed by Perry Everett Adler (the "Debtor"). In support of his objection, the United States Trustee represents and alleges as follows:

**BACKGROUND**

1. On December 29, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On April 13, 2026, the Debtor filed the Motion (Doc. No. 43).

**BASIS FOR OBJECTION**

3. The United States Trustee does not object to the sale of the Debtor's personal property as proposed in the Motion. However, the Motion lacks certain disclosures that the United

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

States Trustee objects to, as follows:

a. The Motion does not provide a list of the exact items that will be sold. The Motion only provides generic descriptions of various personal property or references to the Schedules which are likewise broad.

b. The Motion does not disclose the terms of the consignment agreement, the length of the agreement, or the expected return on the property sold.

c. The Motion does not disclose how any sales, once completed, will be reported or disclosed to the Court.

WHEREFORE, the Acting United States Trustee objects to the Debtor's Motion for Sale of Property.

Date: April 15, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*

Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026, I electronically filed the foregoing Limited Objection with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Joshua Dylan Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Robert Sergio Brandt brandt@brandtlawfirm.com,
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Jack Frankel jack.i.frankel@usdoj.gov,
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Wendy A Locke bkecfinbox@aldridgepite.com, wlocke@ecf.inforuptcy.com

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist