**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In re:

Perry Everett Adler,

       Debtor.

Case No. 25-12714-BFK

Chapter 11

**CONSENT ORDER CONVERTING CASE TO CHAPTER 7**

This matter came before the court on the motion of the United States Trustee to convert or dismiss this chapter 11 case. By consent of the parties, and for good cause having been shown, it is hereby:

ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code; and it is further

ORDERED that within 30 days of the entry of this order the debtor shall file and transmit to the United States Trustee a final report and account; and it is further

ORDERED that the clerk shall mail copies of this order to the entities noted below and shall give all creditors notice that this case has been converted to chapter 7.

Date: May 20 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief United States Bankruptcy Judge

Entered on Docket: May 20 2026

I ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4


By: /s/ Michael T. Freeman
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov


SEEN AND AGREED:

/s/ Robert S. Brandt (by MTF with permission via email)
Robert S. Brandt, VSB #46196
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
(703) 342-7330
brandt@brandtlawfirm.com
Counsel for the Debtor


### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I certify that the proposed consent order has been signed by all necessary parties in interest.


/s/ Michael T. Freeman
Michael T. Freeman
Asst. U. S. Trustee

Copies To:

Robert Sergio Brandt brandt@brandtlawfirm.com,
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Jack  Frankel jack.i.frankel@usdoj.gov,
USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov,  robert.w.ours@usdoj.gov

Wendy A Locke bkecfinbox@aldridgepite.com,  wlocke@ecf.inforuptcy.com

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Parties listed on the mailing matrix for this case