**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

PERRY EVERETT ADLER,

         Debtor.

Case No. 25-12714-BFK
Chapter 11

## ORDER AMENDING ORDER
## TO SHOW CAUSE

On May 6, 2026, the Court entered an Order to Show Cause Why Case Should Not Be Converted or Dismissed (Possibly with Prejudice). Docket No. 51. The case was converted to Chapter 7 with the consent of the Debtor on May 20, 2026. Docket No. 57. The Court continues to have supervisory powers over its docket and the attorneys who appear before the Court. 11 U.S.C. § 105(a); *Chambers v. Nasco, Inc.,* 501 U.S. 32 (1991); *In re Lewis*, 611 F.App'x. 134 (4th Cir. 2015).

The Court, therefore, finds it appropriate to enter this Order.

It is hereby **ORDERED**:

1.     The Debtor need not appear at the hearing scheduled for **June 2, 2026, at 11:00 a.m.**

2.     Debtor's counsel still  must appear at the hearing on **June 2, 2026, at 11:00 a.m.**

3.     The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the persons below.

Date: May 28 2026
_____

Alexandria, Virginia

/s/ Brian F Kenney
_____
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: May 28 2026

Copies to:

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307
*Chapter 11 Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
*Counsel to Debtor*

Michael T. Freeman
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*