**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**PERRY E. ADLER**                           **Case no. 25-12714-BFK**

       **Debtor**                                  **Chapter 11**

_____

**Response to Order to Show Cause why the Case Should not be Dismissed or
Converted issued by the Court**

COMES NOW the undersigned, counsel for Debtor, and files the following responsive pleading in response to the Court's Order to Show Cause:

1. Debtor, through counsel, did indeed file a Motion to Authorize the Consignment of Personal Property and scheduled the matter for hearing on May 5, 2026 at 11:00 am. Counsel however failed to place the matter on his calendar. Counsel maintains an "old fashion" written calendar. Having failed to place the matter on his calendar, Counsel was simply not aware that the hearing was scheduled by him for May 5th at 11:00 am.

2. As coincidence would have it, Counsel did "pencil in" on his calendar a hearing on that same date and time that was scheduled before Judge Kindred. Counsel was present in Judge Kindred's courtroom when the foregoing matter was called and left the courthouse around 11:30 am after the matter before Judge Kindred had concluded. Counsel simply was

unaware that he had another matter pending upstairs.

3. Shortly after 12:00 pm on that day Counsel ran into a colleague who informed him that a matter of his had been called several times. Counsel ran to the courthouse, but by that time it was pass noon and the Court had adjourned.

4. Counsel is certainly well aware of the importance of court appearance and apologies to all parties involved for this unintended turn of events. This was simply a case of human error.

5. In addtion, in keeping with the spirit of "time is money" Counsel is prepared to write a check to the Court/opposing counsel/US Trustee office if the Court believes that is necessary.

6. The fault for missing his hearing lies entirely at the feet of Counsel. The Debtor was not notified that Counsel had scheduled this hearing.

/s/Robert S. Brandt,
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
(703) 342-7330
brandt@brandtlawfirm.com
VSB #46196
Counsel for Debtor

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2026 a copy of the foregoing Response to Order to Show Casuse was filed with the with the Court using CM/ECF.


/s/Robert S. Brandt