Form B2030

**United States Bankruptcy Court**
**Eastern District of Virginia**

**IN RE:**                                                                                       Case No.**25-12714**

**Perry Adler**                                                                                Chapter **7**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**595.00/hr**_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _$5000 in trust_

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:

    ___ Debtor     [X] Other (specify):  Debtor's wife, Jintana Adler

3.  The source of compensation to be paid to me is:

    [✔] Debtor     [ ] Other (specify):

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, ~~and rendering advice to the debtor in determining whether to file a petition in~~ ~~bankruptcy;~~

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in ~~adversary proceedings and other~~ contested bankruptcy matters;

    e.  Other provisions as needed:
    **$5000 paid into trust to be billed hourly at $595/hr., discounted to $495 if paid from fee advance or promptly upon invoice.**

Case 25-12714-BFK   Doc 75   Filed 06/11/26   Entered 06/11/26 08:08:10   Desc Main
Document    Page 2 of 2

Form B2030 - Continued

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

Any non-bankruptcy matters. Any adversary
proceedings to be determined on a case-by-case basis.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 11, 2026**

*Date*

**/s/ Daniel M. Press**

*Signature of Attorney*

**Chung & Press, P.C.**

*Name of Law Firm*