**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

PERRY EVERETT ADLER,

          Debtor.

Case No. 25-12714-BFK
Chapter 7

## ORDER DISMISSING SHOW CAUSE

On June 2, 2026, the Court held a hearing on its Order to Show Cause Why Case Should Not be Converted or Dismissed (Possibly with Prejudice).  Docket No. 51.  The primary basis for this order was that the case appeared to be more about delay than a genuine attempt at reorganizing the Debtor's finances.   The Debtor was present for the hearing, accompanied by his attorney, Robert Brandt.  Michael Freeman appeared on behalf the U.S. Trustee's Office.

For reasons stated upon the record, this Show Cause will be dismissed.

It is therefore **ORDERED**:

1.    The Order to Show Cause Why Case Should Not be Converted or Dismissed (Possibly with Prejudice) (Docket No. 51) is **DISMISSED.**

2.    The Clerk will mail copies of this Order, or will provide CM-ECF notice of the same, to the parties below.

Date: Jun 15 2026

Alexandria, Virginia

/s/ Brian F Kenney
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Copies to:

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307
*Chapter 11 Debtor*

Entered On Docket: Jun 16 2026

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
*Counsel to Debtor*

Michael T. Freeman
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 25-12714-BFK

Perry Everett Adler                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 2 |
| Date Rcvd: Jun 16, 2026 | Form ID: pdford6 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID               Recipient Name and Address**
db                      + Perry Everett Adler, 6528 Cavalier Drive, Alexandria, VA 22307-1305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 17 2026 01:20:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

**Name                      Email Address**

Daniel M. Press
                          on behalf of Debtor Perry Everett Adler dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

H. Jason Gold
                          goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Joshua Dylan Bradley
                          on behalf of Creditor Amaryllis  Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Joshua Dylan Bradley

on behalf of Plaintiff Amaryllis  Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Matthew W. Cheney

ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman

on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

Robert M. Marino

on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com  rmmarino1@aol.com

Robert Sergio Brandt

on behalf of Debtor Perry Everett Adler brandt@brandtlawfirm.com  G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Robert Sergio Brandt

on behalf of Defendant Perry Everett Adler brandt@brandtlawfirm.com
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Wendy A Locke

on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com  wlocke@ecf.inforuptcy.com


TOTAL: 10