**Fill in this information to identify your case:**

Debtor 1    Perry Everett Adler
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the Eastern District of Virginia

Case number    25-12714
(If known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: DLL Finance LLC<br>Description of property securing debt: 2022 Tractor TYM (474) | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Trustee to sell | ☑ No<br>— Yes |
| Creditor's name: Fitzgerald All-State Bail Bond<br>Description of property securing debt: 33425 W Cowboy Clint Way | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Sell by trustee | ☑ No<br>☐ Yes |
| Creditor's name: Union Home Mortgage Co<br>Description of property securing debt: 33425 W Cowboy Clint Way | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Sell by trustee | ☑ No<br>☐ Yes |
| Creditor's name: Yamaha Finacial Services<br>Description of property securing debt: ATV | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Sell by trustee | ☑ No<br>☐ Yes |

Debtor _____Perry Everett Adler_____    Case number (*If known*)_25-12714_____

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br><br> Description of leased property: | ☐ No <br> ☐ Yes |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Perry Everett Adler _____          ✗ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date _06/17/2026_____                                      Date _____
　　　MM / DD / YYYY                                          　　　MM / DD / YYYY

Perry Everett Adler                                                          25-12714

Debtor 1 _____     Case number *(if known)*_____
         First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 108

**1) Creditors who have secured claims**

| | | | |
|---|---|---|---|
| **Amarylis Inc.** | **33425 W Cowboy Clint Way and 6528 Cavalier Drive** | **Has exemptions** | **avoid** |
| **Phh Mortgage Services** | **6528 Cavalier Dr** | **Has exemptions** | **Retain and Pay if not sold by trustee** |
| **Truist Financial** | **Silverado** | **Has exemptions** | **Retain and Pay** |

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**