**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
-----------------------------------------------------------X
In re:                                      :      Chapter 7
                                            :
Perry Everett Adler,                        :      Case No. 25-12714-BFK
        Debtor.                             :
                                            :
-----------------------------------------------------------X
```

**CERTIFICATION CONCERNING UNPAID DEBTS**
**PURSUANT TO LOCAL RULE 1017-1(A)**

Debtor certifies that the following unpaid debts have been incurred after commencement

of the original bankruptcy case

Inova Health Systems              Medical            $1969.95
8095 Innovation Park Drive
Fairfax VA 22031

Fairfax Radiological Consultants  Medical            $78.49
PO Box 1198
Somerset PA 15501

I certify under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

/s/ Perry Everett Adler_____
Perry Everett Adler

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor