## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ **Division**

In re    Perry Everett Adler

Case No.  25-12714_____

Debtor(s)

Chapter  7_____

**TO:**    Inova Health Systems   8095 Innovation Park Drive Fairfax VA 22031

Fairfax Radiological Consultants PO Box 1198 Somerset PA 15501

### NOTICE TO
### CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

      **✗**  adding you as a creditor,
      ___  deleting you as a creditor,
      ___  correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[*If amendment is adding creditor(s)*]**   NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Perry Everett Adler

Date: 6/21/2026_____

By  /s/ Daniel M. Press_____
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.:  37123
Address:  6718 Whittier Ave #200
         McLean  VA 22101

Telephone No.:  703-734-3800

### CERTIFICATION

I certify that on _____6/21/2026_____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Daniel M. Press_____
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]