# UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Virginia

Alexandria Division

| | | |
|---|---|---|
| In Re. Perry Everett Adler | § | Case No.  25-12714 |
| | § | |
| | § | |
| Debtor(s) | § | |

FINAL REPORT/ACCOUNT                    ☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/20/2026          Petition Date: 12/29/2025

Months Pending: 5                Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0


**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer


/s/Perry Adler                                Perry Adler
Signature of Responsible Party                Printed Name of Responsible Party

06/19/2026
Date

                                              6528 Cavalier Drive, Alexandria, VA 22307
                                              Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Perry Everett Adler                                        Case No. 25-12714

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $342 | |
| b. Total receipts (net of transfers between accounts) | $12,135 | $35,515 |
| c. Total disbursements (net of transfers between accounts) | $2,312 | $46,588 |
| d. Cash balance end of month (a+b-c) | $10,165 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,312 | $46,588 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $4,865,288 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $5,769,170 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $5,769,170 |
| o. Ending equity/net worth (e-n) | $-903,882 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $78,230 | $183,486 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $16,583 | $57,564 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $61,648 | $125,922 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                         2

Debtor's Name  Perry Everett Adler                                                                    Case No.  25-12714

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $10,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Law Office of Robert Brandt | Lead Counsel | $0 | $0 | $0 | $10,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                        3

Debtor's Name  Perry Everett Adler                                                        Case No.  25-12714

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                          4

Debtor's Name  Perry Everett Adler                                              Case No.  25-12714

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $15,562 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kenneth Ray, Esq. | Special Counsel | $0 | $0 | $0 | $15,562 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                    5

Debtor's Name  Perry Everett Adler                                                         Case No.  25-12714

| | | | | | |
|------|--|--|--|--|--|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                        6

Debtor's Name  Perry Everett Adler                                                                    Case No.  25-12714

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                              7

Debtor's Name  Perry Everett Adler                                                    Case No.  25-12714

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $25,562 | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ⦿  No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ⦿  No ○

c. Were any payments made to or on behalf of insiders?  Yes ○  No ⦿

d. Are you current on postpetition tax return filings?  Yes ⦿  No ○

e. Are you current on postpetition estimated tax payments?  Yes ⦿  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ⦿  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ⦿

i. Do you have:   Worker's compensation insurance?  Yes ○  No ⦿

   If yes, are your premiums current?  Yes ○  No ○  N/A ⦿  (if no, see Instructions)

   Casualty/property insurance?  Yes ⦿  No ○

   If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?  Yes ⦿  No ○

   If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ⦿

k. Has a disclosure statement been filed with the court?  Yes ○  No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ⦿  No ○

Debtor's Name  Perry Everett Adler                                              Case No.  25-12714

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $11,900 |
| d. | Total income in the reporting period (a+b+c) | $11,900 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $3,000 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $3,000 |
| j. | Difference between total income and total expenses (d-i) | $8,900 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?      Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?      Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Perry Adler                                                     Perry Adler
Signature of Responsible Party                                     Printed Name of Responsible Party

(self)                                                              06/22/2026
Title                                                               Date

Debtor's Name Perry Everett Adler                                                 Case No.  25-12714



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Perry Everett Adler                                    Case No.  25-12714



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                          11

Debtor's Name Perry Everett Adler                                   Case No.  25-12714



PageThree



PageFour

UST Form 11-MOR (12/01/2021)                    12

# PREMIERBANK

## EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

PERRY ADLER
DEBTOR IN POSSESSION
CASE NO 25-12714-BFK
6528 CAVALIER DR
ALEXANDRIA VA 22307-1305

Statement Date: **05/29/2026**

Account No.: **4400** Page: **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| 4400 | | PREMIER CHECKING | Deposit | 9,081.90 |

Your Total Deposits = 9,081.90 And Your Total Loans = .00

## PREMIER CHECKING SUMMARY

Type : **REG Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 04/30/26 | | 341.91 |
| Deposits | 2 | 11,900.00+ |
| Debits | | 0.00 |
| Automatic Withdrawals | 11 | 3,136.27 |
| Automatic Deposits | 1 | 35.00+ |
| Card Activity | 7 | 223.74 |
| Miscellaneous Fees | 1 | 35.00 |
| Miscellaneous Credits | 1 | 200.00+ |
| Ending Balance On 05/29/26 | | 9,081.90 |
| **Average Balance (Ledger)** | **6,022.66+** | |

*only up to 5/20/2026* (handwritten)

Direct Inquiries About Electronic Entries To:
Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/11/26 | Deposit | 4,900.00 | 05/14/26 | Deposit | 7,000.00 | | | |

| Date | Description | Amount |
|---|---|---|
| 05/06/26 | RETURN CHECK OR ITEM DOMINION ENERGY BILLPAY | 200.00 |
| 05/11/26 | REFUND OVERDRAFT FEE | 35.00 |

Continued   3/1731/1

# PREMIER BANK

EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to:  402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **05/29/2026**

Account No.:  **1400** Page: **2**

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 05/01/26 | VSA PUR AMAZON RETA BS1R73SR0 WWW.AMAZON.CO WA | 20.87 |
| 05/05/26 | DOMINION ENERGY BILLPAY | 200.00 |
| 05/06/26 | UCF RETURN ITEM FEE | 35.00 |
| 05/11/26 | VSA PUR APPLE.COM BILL 866-712-7753 CA | 9.99 |
| 05/11/26 | DOMINION ENERGY BILLPAY | 143.08 |
| 05/14/26 | USAA P&C PAYMENT | 362.15 |
| 05/15/26 | TRUIST LN 003 TEL PYMT | 1,100.00 |
| 05/18/26 | VERIZON WIRELESS PAYMENTS | 150.66 |
| 05/18/26 | STARLINK INTERNE STARLINK I | 290.00 |
| 05/20/26 | MI-BOX OF NORTHE PURCHASE | 242.74 |
| 05/21/26 | VSA PUR AMERICAN AIR00123443884 FORT WORTH TX | 29.09 |
| 05/21/26 | SUBURBAN PROPANE | 241.24 |
| 05/22/26 | VSA PUR EZPASSVA AUTO REPLENISH 877-7627824 VA | 35.00 |
| 05/22/26 | PROG ADVANCED INS PREM | 24.19 |
| 05/22/26 | APS ELECTRIC PMT PAYMENTS | 104.81 |
| 05/22/26 | APS ELECTRIC PMT PAYMENTS | 277.40 |
| 05/26/26 | VSA PUR AMERICAN AIR00123459042 FORT WORTH TX | 11.00 |
| 05/26/26 | VSA PUR SP SANUK SANUK.COM IN | 107.99 |
| 05/28/26 | VSA PUR AMERICAN AIR00123464066 FORT WORTH TX | 9.80 |

*Only up to 5/20/2026* (handwritten)

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $70.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 04/30/26 was 341.91

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01/26 | 321.04 | 05/14/26 | 11,705.82 | 05/21/26 | 9,652.09 |
| 05/05/26 | 121.04 | 05/15/26 | 10,605.82 | 05/22/26 | 9,210.69 |
| 05/06/26 | 286.04 | 05/18/26 | 10,165.16 | 05/26/26 | 9,091.70 |
| 05/11/26 | 5,067.97 | 05/20/26 | 9,922.42 | 05/28/26 | 9,081.90 |

Continued  3/1731/2

# PREMIER BANK

EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **05/29/2026**

Account No.:    400 Page: **3**

| This Statement Cycle Reflects 29 Days |
| --- |

EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING
$5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS.
E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS
GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.

**End Statement    3/1731/3E**

5/27/26, 2:20 PM            LocalAuctions.com - Statement For (FINALIZING RESULTS) SELIGMAN, AZ Ranch Estate - Farm, Equestrian Equipment and Mo...

| 8012 | 229139 | (10) Priefert "Brown" Steel 12' Utility Stall Panels | 1,426.00 |
| 8022 | 229139 | (10) Priefert "Brown" Steel 12' Utility Stall Panels | 1,351.00 |
| 8032 | 229139 | (10) Priefert "Brown" Steel 12' Utility Stall Panels | 1,426.00 |
| 8042 | 229139 | (8) Priefert "Brown" Steel 12' Utility Stall Panels | 1,175.00 |
| 8050 | 111141 | (10) Steel Utility Stall Panels | 610.00 |
| 8060 | 227746 | (10) Steel Utility Stall Panels | 685.00 |
| 8070 | 111141 | (10) Steel Utility Stall Panels | 630.00 |
| 8080 | 66432 | (10) Steel Utility Stall Panels | 660.00 |
| 8090 | 229405 | (10) Steel Utility Stall Panels | 711.00 |
| 8100 | 111141 | (10) Steel Utility Stall Panels | 706.00 |
| 8110 | 227746 | (8) Steel Utility Stall Panels | 671.00 |
| 8118 | 229405 | (7) Steel Utility Stall Panels | 681.00 |

**Refunds**

| 3430 | 232872 | Refund for 3430 (Invoice # 719612) | (500.00) |
| 4017 | 229210 | Refund for 4017 (Invoice # 719600) | (17.50) |
| 4075 | 229139 | Refund for 4075 (Invoice # 719598) | (101.00) |
| 4163 | 229151 | Refund for 4163 (Invoice # 719599) | (80.00) |

*handwritten: 25-12714 / Perry Adler / MOR 5/20/2026 / Additional Information / AUCTION TALLY*

<u>Summary of Sales Activity at (FINALIZING RESULTS) SELIGMAN, AZ Ranch Estate - Farm, Equestrian Equipment and More Auction 05/07/26 ID:23422</u>

Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

Commission Summary:

| Commission Description | Commission Rate | Amount Sold | Comm. Amount |
|---|---|---|---|
| Less: No Sales 10 Lots | 0.00% | 808.00 | 0.00 |
| Not Picked Up 4 Lots | 25.00% | 618.00 | 154.50 |
|  | 25.00% | 66,330.03 | 16,582.53 |

| Statement Totals | |
|---|---|
| 161 Lots Sold. | |
| Total Sales | $68,454.53 |
| Less: No Sales | $(808.00) |
| Less: Not Picked Up | $(618.00) |
| Less: Refunds | $(698.50) |
| Less: Commissions | $(16,757.16) |
| Adjustments: Commission Refunds | $174.63 |
| Manual Adjustments | $0.00 |
| Net to Client | $49,747.50 |
| Payments to Client | $0.00 |
| Balance Due | $49,747.50 |

*handwritten: 5/7/2026 Auction / Σ = 66,330.03 sold / (16,582.53) commissions*

https://online.localauctions.com/admin/statements/printreport/auction/23422/sellerid/6748

5/5

**25-12714      Perry Everett Adler   MOR 5/20/2026**
**Additional Details**

7a. Payment made towards prepetition debt – Truist Bank for car loan $1,100.00 on 5/15/2026

7b. Payment was made to an auction company as a commission. Robert Brandt was supposed to have received court approval for the auction. The amount of commission that was paid was $16,582.53; the auction company took this amount on 5/7/2026 from the $66,330.03 worth of items they sold.