**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**PERRY E. ADLER**                     **Case no. 25-12714-BFK**

      **Debtor**                         **Chapter 7**

_____

**<u>Motion to Withdraw as Counsel for the Debtor</u>**

Comes Now Robert S. Brandt ("Counsel"), and herby moves to withdraw as counsel for the Debtor, Perry Adler, in the above captioned-case, and in support thereof states as follows:

1. Counsel has served as counsel for Debtor since the time that this bankruptcy was filed in December of 2025.

2. A few weeks prior to the filing of this motion Counsel was informed by a  colleague that his services would no longer be needed and that he - attorney Daniel Press- would be taking over the case. Since that time attorney Daniel Press has in fact noted his appearance in the case as counsel of record for Debtor.

3. As such, Counsel is seeking permission from the court to withdraw from this case as well as the pending adversary proceeding filed against the Debtor (Case # 26-01015-BFK).

Wherefore, Counsel hereby requests permission from the court to withdraw from the above-captioned case, as well as the pending adversary

proceeding in case 26-01015-BFK.


/s/Robert S. Brandt,
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
(703) 342-7330
brandt@brandtlawfirm.com
VSB #46196
Counsel for Debtor


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2026 a copy of the foregoing motion was filed with the court using CM/ECF, and a copy of the pleading mailed to the Debtor at his address of record.


/s/Robert S. Brandt