**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**Perry Adler**                                    **Case no. 25-12714-BFK**

       **Debtor**                                    **Chapter 7**

_____

## <u>NOTICE OF MOTION AND NOTICE OF HEARING</u>

You are hereby notified that the undersigned counsel has filed a motion seeking to withdraw from the case.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, or you may wish to consult an attorney.

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion then **by August 4, 2026 you must file with the court at the address shown below a written response** explaining your position. If you mail your response you must mail it early enough so the court will receive it on or before the date stated above.  You must file any written response at:

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria, Virginia 22314

You must also mail a copy of your written response to:

Robert S. Brandt
Counsel for Debtor
600 Cameron Street
Alexandria, VA 22314

Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion

as conceded, and issue an order granting the requested relief without conducting a hearing.

If you do object to the debtor's motion then in addition to filing a written response you must attend a hearing to be held on **August 11, 2026 at 9:30 am before the Honorable Judge Kenney** in courtroom I at the Bankruptcy Court located at 200 South Washington Street, Alexandria, Virginia 22314.

/s/Robert S. Brandt

Robert S. Brandt,
VSB#46196
600 Cameron Street
Alexandria, VA 22314
703-342-7330
Counsel for Debtor.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed with the court via CM/ECF on this 7th day of July, 2026, and by mailing a copy of this pleading to Debtor to his address of record.

/s/Robert S. Brandt