# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−12714−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−0855

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

### Date: **October 8, 2026**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: July 8, 2026                                    For the Court,

Address of the Bankruptcy Court                        Charri S Stewart, Clerk
200 South Washington Street                            United States Bankruptcy Court
Alexandria, VA 22314

[B2040vaebOct2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                  Case No. 25-12714-BFK

Perry Everett Adler                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 3 |
| Date Rcvd: Jul 08, 2026 | Form ID: 2040 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perry Everett Adler, 6528 Cavalier Drive, Alexandria, VA 22307-1305 |
| cr | + | Amaryllis, Inc., 25 S. Charles St., c/o Joshua D. Bradley, Baltimore, MD 21201, UNITED STATES 21201-3330 |
| 17036019 | + | Amaryllis, Inc., c/o Joshua D. Bradley, 25 S. Charles St., 21st Fl., Baltimore, MD 21201-3322 |
| 16919573 | + | CJ Peterson, Esq, 25 South Charles Street, 21st floor, Baltimore, MD 21201-3322 |
| 16919576 | + | Fairfax County Dept of Revenue, 12000 Government Central Pkwy, S 223, Fairfax, VA 22035-0002 |
| 17087388 | + | Fairfax Radiological Consultants, PO Box 1198, Somerset PA 15501-0336 |
| 16919577 | + | Fitzgerald All-State Bail Bond, 989 Copper Basin Rd, Prescott, AZ 86303-4507 |
| 17087387 | + | Inova Health Systems, 8095 Innovation Park Drive, Fairfax VA 22031-4868 |
| 16919580 | + | Kenneth Ray II, Esq, P.O. Box 2521, Prescott, AZ 86302-2521 |
| 16919582 | + | O'Learry Eaton law firm, 115 Grove Ave, Prescott, AZ 86301-2909 |
| 16919583 | | PayPal Credit, POB 71707, New York, NY 10176-0000 |
| 16919591 | + | Union Home Mortgage Co, 950 Trade Centre Way, Kalamazoo, MI 49002-0493 |
| 16919594 | + | Western Progressive Va Inc, 4250 N Fairfax Drive, suite 600, Arlington, VA 22203-1665 |
| 16919595 | + | Yamaha Finacial Services, POB 200710, Dallas, TX 75320-0710 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 09 2026 02:35:00 | PHH Mortgage Corporation, Aldridge Pite, LLP, Wendy Locke, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 16919567 | + | Email/Text: k.kopec@amaryllisdesigns.com | Jul 09 2026 02:36:28 | Amaryliss Inc, 3701 West Street, c/o Richard Davis, Hyattsville, MD 20785-2327 |
| 16997290 | + | Email/Text: bkfilings@zwickerpc.com | Jul 09 2026 02:37:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 16919568 | + | Email/PDF: bncnotices@becket-lee.com | Jul 09 2026 02:37:19 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16919569 | + | EDI: CITICORP | Jul 09 2026 06:12:00 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 16919570 | + | EDI: CITICORP | Jul 09 2026 06:12:00 | Citi Card/Best Buy, Attn: Citicorp, Po Box 790040, St Louis, MO 63179-0040 |
| 16919571 | + | EDI: CITICORP | Jul 09 2026 06:12:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16919572 | + | EDI: CITICORP | Jul 09 2026 06:12:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 16919574 | | EDI: DISCOVER | Jul 09 2026 06:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130-0000 |
| 16919575 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Jul 09 2026 02:37:00 | DLL Finance LLC, POB 2000, Johnston, IA 50131-0020 |

| 17021681 | + EDI: LCIPHHMRGT | Jul 09 2026 06:12:00 | Deutsche Bank National Trust Company, c/o Onity Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
|---|---|---|---|
| 16919578 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 09 2026 02:35:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16919579 | EDI: IRS.COM | Jul 09 2026 06:12:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 16919588 | Email/Text: EBN@Mohela.com | Jul 09 2026 02:35:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-0000 |
| 16919581 | + EDI: TDBANKNORTH.COM | Jul 09 2026 06:12:00 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 16919586 | + EDI: LCIPHHMRGT | Jul 09 2026 06:12:00 | PHH Mortgage Services, 1661 Worthington Road, S 100, West Palm Beach, FL 33409-6488 |
| 16919584 | + EDI: SYNC | Jul 09 2026 06:12:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 16919585 | + EDI: LCIPHHMRGT | Jul 09 2026 06:12:00 | Phh Mortgage Services, POB 24738, West Palm Beach, FL 33416-4738 |
| 16919587 | + Email/PDF: SoFiBKNotifications@resurgent.com | Jul 09 2026 02:37:18 | SoFi, suite 300, 2750 East Cottonwood Pky, Salt Lake City, UT 84121-7285 |
| 16986960 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 02:37:28 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16964451 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2026 02:37:20 | Sofi Consumer Loan Program Grantor Trust 2025-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17035852 | + EDI: AIS.COM | Jul 09 2026 06:12:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16919589 | + EDI: SYNC | Jul 09 2026 06:12:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 17006881 | + Email/Text: bankruptcy@bbandt.com | Jul 09 2026 02:36:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 16919590 | + Email/Text: bankruptcy@bbandt.com | Jul 09 2026 02:36:00 | Truist Financial, Attn: Bankruptcy, 214 North Tryon Street, Charlotte, NC 28202-0129 |
| 16919592 | + Email/Text: bkelectronicnotices@usaa.com | Jul 09 2026 02:35:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 16927573 | + Email/Text: RASEBN@raslg.com | Jul 09 2026 02:35:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16919593 | + Email/Text: va_tax_bk@harriscollect.com | Jul 09 2026 02:36:00 | VA dept of taxation, POB 2156, Richmond, VA 23218-2156 |
| 17029067 | + Email/Text: ymfus_bankruptcy@yamaha-motor.com | Jul 09 2026 02:35:00 | Yamaha Motor Finance Corp USA, P.O. Box 2429, Cypress, CA 90630-1929 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0422-9                    User: TatianaLa                         Page 3 of 3

Date Rcvd: Jul 08, 2026                 Form ID: 2040                        Total Noticed: 43

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis  Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis  Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert Sergio Brandt | on behalf of Debtor Perry Everett Adler brandt@brandtlawfirm.com  G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | on behalf of Defendant Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com  wlocke@ecf.inforuptcy.com |

TOTAL: 10