**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| PERRY EVERETT ADLER | ) | CASE NO. 25-12714-BFK |
| | ) | |
| | ) | |
| DEBTOR | ) | JUDGE BRIAN F KENNEY |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| NEWREZ LLC AS SERVICER FOR DEUTSCHE | ) |
| BANK NATIONAL TRUST COMPANY AS TRUSTEE | ) |
| FOR HARBORVIEW MORTGAGE | ) |
| LOAN TRUST, MORTGAGE LOAN PASS-THROUGH | ) |
| CERTIFICATES, SERIES 2006-14 | ) |
| | ) |
| | ) |
| MOVANT | ) |
| V. | ) |
| PERRY EVERETT ADLER | ) |
| | ) |
| DEBTOR | ) |
| H. JASON GOLD | ) |
| TRUSTEE | ) |
| | ) |
| RESPONDENTS. | ) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C § 362(d)

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN 14 DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS 14-DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 14-DAY PERIOD.**

**A HEARING ON THE MOTION FOR RELIEF IS SCHEDULED TO BE HELD ON  August 11 , 2026 AT 9:30 AM AT THE U.S. BANKRUPTCY COURT, VISITING JUDGES' COURTROOM  I, 200 S. WASHINGTON ST., ALEXANDRIA, VA 22314-5405**.

**COMES NOW,** Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-14 ("Movant) by and through its servicer, NewRez LLC ("NewRez"), a secured creditor in the above-captioned case and, by and through counsel, and moves this Court to terminate the Automatic Stay as to the real property located at 6528 Cavalier Drive, Alexandria, Virginia 22307 ("Property"), and, as grounds therefore, states as follows:

1. This proceeding seeking relief under 11 U.S.C. § 362(d),362(d)(2) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On December 29, 2025, Debtor, Perry Everett Adler ("Debtor") filed a petition with the Bankruptcy Court for the Eastern District of Virginia under Chapter 11 of Title 11 of the United States Bankruptcy Code. The case then converted to Chapter 7 on May 20, 2026.

**COUNT 1**
**RELIEF FROM AUTOMATIC STAY**

3. On or about August 2, 2006, Perry E Adler ("Debtor") and Jumana Habayeb ("Co-Borrower") executed and delivered to American Home Mortgage, a Note ("Note") in the amount of $418,005.00 plus interest at the rate of 8.375% per annum to be paid over thirty (30) years.  A copy of the Note dated August 2, 2006, is attached as **Exhibit A** and incorporated herein.

4.      To secure the repayment of the sums due under the Note, Debtor executed and delivered to Mortgage Electronic Registration Systems, Inc. as nominee for American Home Mortgage, a Deed of Trust dated August 2, 2006, encumbering the real property ("Property") described in part as follows:

**LEGAL DESCRIPTION**

Lot 22, Block E of the subdivision of Parcel 3, Section 1-A, "Bucknell Manor," as the same appears duly dedicated, platted and recorded in Deed Book 743, at Page 397, and in Plat Book S-122, at Page 125, among the Land Records of Fairfax County, Virginia.

A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5.    The Note and Deed of Trust were later transferred to Movant, and Movant is the current holder of the Note and Deed of Trust. Copies of the assignment of mortgage chain are attached as **Exhibit C** and incorporated herein.

6.    On or about September 13, 2010, Debtor and Co-Borrower signed a Loan Modification with respect to the subject loan. A copy of the Loan Modification Agreement is attached as **Exhibit D** and incorporated herein.

7.    Upon information and belief, the approximate payoff due and owing to the Movant as of June 18, 2026, is $379,180.58, with interest accruing at the daily rate of $42.27. The unpaid principal balance as of June 18, 2026, is $324,819.33. The Movant will incur fees and costs to be included in the amount of $1,424.00 for the filing of this motion.

8.    The Note and Deed of Trust are in default due to the failure to make the regular contract payments to Movant as and when they come due since and including that payment due on May 1, 2025. As of June 18, 2026, the Debtor has failed to make contractual payments to Movant, Four (4) from May 1, 2025 through August 1, 2025, in the amount of $2,892.55 each, Four (4) from September 1, 2025 through December 1, 2025, in the amount of $2,846.54 each, Six (6) from January 1, 2026 through June 1, 2026, in the amount of $2,857.28 each, with a suspense balance of $0.00. The loan is in contractual default for May 1, 2025, through June 1, 2026 for a total amount due of $40,100.04.

9.    The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

10.   Debtor's failure to pay Movant's obligation as and when due violates the terms of the note.

11.   Debtor's account delinquency constitutes cause for relief from the automatic stay.

12.   NewRez LLC services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

WHEREFORE, NewRez LLC as servicer for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-14 prays that this Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362(d), 362(d)(2) as to the property located at 6528 Cavalier Drive, Alexandria, Virginia 22307 and granting the following:

a.      Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b.      Award Movant its reasonable attorneys' fees and expenses associated with this Motion in the amount of $1,424.00;

c.      For such other relief as the Court deems proper.

This the 15th day of July , 2026

/s/ Ryan Keesee
Ryan Keesee
Virginia Bar No. 98998
McMichael Taylor Gray, LLC
*Attorney for Movant*
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
Email: rkeesee@mtglaw.com
MTG File No.: 26-002841-01

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail (CM/ECF) to the parties listed on the attached service list.

## SERVICE LIST

## VIA U.S. MAIL

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307
Debtor

## VIA CM/ECF

**Debtor's attorney**:
Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria. VA 22314

**Debtor's attorney:**
Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

**Trustee:**
H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037

**U.S. Trustee:**
Matthew W. Cheney
Office of the U.S. Trustee – Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

This the 15th day of _July, 2026

/s/ Ryan Keesee
Ryan Keesee
Virginia Bar No. 98998
McMichael Taylor Gray, LLC
*Attorney for Movant*
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
Email: rkeesee@mtglaw.com
MTG File No.: 26-002847-01