**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
*ALEXANDRIA DIVISION***

| | |
|---|---|
| IN RE: | CHAPTER   7 |
| Perry Everett Adler, | CASE NO.   25-12714-BFK |
| DEBTOR. | |
| | JUDGE:   BRIAN F. KEENEY |
| Hill Wallack, LLP | |
| MOVANT, | |
| V. | |
| Perry Everett Adler<br>6528 Cavalier Drive<br>Alexandria, VA 22307 | |
| DEBTOR, | |
| **H. Jason Gold**<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037 | |
| TRUSTEE,<br>RESPONDENTS. | |

### *** Amended Notice of Hearing***

Hill Wallack, LLP has filed papers with this court to obtain relief from the automatic stay,  pursuant to the Motion of Relief filed on July 16, 2026.

The hearing on the Motion for Relief will be held <u>on</u> **August 12, 2026, at 9:30 AM AT** THE U.S. BANKRUPTCY COURT, VISITING JUDGES' COURTROOM I, 200 S. WASHINGTON ST., ALEXANDRIA, VA 22314-5405..

If you or your attorney do not attend the hearing, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: July 22, 2026

Respectfully submitted,

By: /s/ Ryan Keesee
Ryan Keesee, 98998
MCMICHAEL TAYLOR GRAY,
LLC
*Attorney for Movant*
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: rkeesee@mtglaw.com
MTG File No.: 26-002841-01

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via Regular U.S. Mail and/or Electronic Mail (CM/ECF) to the parties listed on the attached service list.

**SERVICE LIST**

**VIA U.S. MAIL**
Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

**VIA CM/ECF**

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

Robert M. Marino
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143

H. Jason Gold
H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037

Dated: July 22, 2026

Respectfully submitted,

By: /s/ Ryan Keesee
Ryan Keesee, 98998
MCMICHAEL TAYLOR GRAY, LLC
*Attorney for Movant*
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: rkeesee@mtglaw.com
MTG File No.: 26-002841-01