**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**

**PERRY EVERETT ADLER,**                                    **Case No.  25-12714-BFK**

    **Debtor.**                                                   **Chapter No. 7**

**TRUIST BANK,**

    **Plaintiff,**

**v.**

**PERRY EVERETT ADLER, Debtor**
**and H. JASON GOLD, Trustee,**

    **Defendants.**

**MOTION FOR RELIEF FROM STAY**
**AND NOTICE OF MOTION AND HEARING THEREOF**

The Motion of Truist Bank ("Plaintiff") respectfully represents:

1.      On December 29, 2025, an Order for Relief was entered in this case upon the filing of a Chapter 11 Petition in this Court by the Debtor. This case was converted to one under Chapter 7 on May 20, 2026.

2.      H. Jason Gold was appointed Trustee of the property of Debtor and is qualified now and acting as Trustee.  The filing of said petition acts as a stay against collection proceedings by Plaintiff against Defendants pursuant to 11 U.S.C. § 362.

3.      At the time of the filing of the Petition in Bankruptcy herein, the Debtor owned the following motor vehicle, a 2022 Chevrolet Silverado, Vehicle Identification No. 1GC4YVEY8NF270264 ("Vehicle").

4.      Plaintiff is the holder of a Retail Installment Contract dated April 21, 2022, in the original principal amount of $75,000.00 ("Contract").

**Deborah S. Kirkpatrick, Esq.**
**VSB #32987**
**P.O. Box 10275**
**Va. Beach, VA 23450-0275**
**Ph: (757) 233-0281**
**Counsel for Truist Bank**

5.      The Contract is secured by a lien on the Vehicle pursuant to a Certificate of Title.

6.      A copy of the proof of claim filed by Plaintiff is attached hereto along with a copy of the Contract and Title.

7.      The Contract has a current payoff of $40,174.91, and payments are delinquent under the same in the amount of $10,151.14.  Said figures are exclusive of attorney's fees and costs.

8.      Pursuant to the Debtor's Statement of Intention, the Debtor has stated that he intends to retain the Vehicle and pay Truist, however, he is currently in default.

9.      According to the JD Power Used Car Guide, the Vehicle has an average auction value of $51,000, with a low auction value of $44,900. A copy of the valuation is attached hereto.

10.      There may be minimal equity in the Vehicle, however, the mileage and condition of the Vehicle are unknown.

11.      Plaintiff submits that any equity would be insufficient to be of benefit to the Debtor or his estate.

12.      The Debtor is unable to afford adequate protection due Plaintiff, and neither he nor his estate has grounds to resist the entry of an Order terminating the stay aforesaid.

13.      Cause exists to terminate the stay aforesaid.

14.      Plaintiff is being injured by its inability to proceed against the Vehicle securing the indebtedness due to the automatic stay provided for in 11 U.S.C. § 362.

WHEREFORE, Plaintiff moves that the automatic stay provided for by the provisions of Title 11 of the United States Code be modified in conformance therewith, that the provisions of Bankruptcy Rule 4001(a)(3) be waived, and that it be granted such other and further relief as this Court shall deem proper.

### ***NOTICE***

2

***Your rights may be affected.***  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before fourteen (14) days after service of this Motion, you or your attorney must file a written response explaining your position with the Court at the following address: 200 S. Washington St., Alexandria, VA 22314-5405, and serve a copy on the movant.   Unless a written response is filed and served within this fourteen (14) day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fourteen (14) day period.**

**Attend the preliminary hearing scheduled to be held on: August 26, 2026, at 9:30 a.m. in Judge Kenney's Courtroom, 200 S. Washington St., 2nd Flr., Courtroom 1, Alexandria, VA.**

**DATED** at Virginia Beach, Virginia, this 29th day of July 2026.

**TRUIST BANK**

By:/s/ Deborah S. Kirkpatrick
Of Counsel

Deborah S. Kirkpatrick, Esq.
Virginia State Bar No. 32987
Post Office Box 10275
Virginia Beach, VA  23450-0275
Ph: (757) 233-0281
Email:  debbie@kirkpatrickpc.com

3

## **PROOF OF SERVICE**

I hereby certify that a true copy of the foregoing Motion for Relief from Stay and Notice of Motion and Hearing was served electronically via CM/ECF upon Robert Sergio Brandt, Esq., counsel for the Debtor, and via first class mail postage prepaid upon H. Jason Gold, Trustee, PO Box 57359, Washington, DC, 20037, and Perry Everett Adler, 6528 Cavalier Drive, Alexandria, VA 22307.

/s/ Deborah S. Kirkpatrick

4