**JD POWER**

## Vehicle Information

**Vehicle:**  2022 Chevrolet Silverado 3500 HD Crew Cab High Country 4WD DRW 6.6L V8 T-Diesel

**Region:**  Southeastern

**Period:**  July 29, 2026

**VIN:**  1GC4YVEY8NF270264

**Mileage:**  62,500

## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| Low | $44,900 | N/A | N/A | **$44,900** |
| Average | $51,000 | N/A | N/A | **$51,000** |
| High | $57,125 | N/A | N/A | **$57,125** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power