**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In re:                 )

                    )

ADLER, PERRY EVERETT     )    CASE NO.  25-12714-BFK

                    )

       Debtor.       )    CHAPTER 7

                    )

## DECLARATION OF REAL ESTATE AGENT

I, Stephen Karbelk, declare as follows:

1.    I am a real estate agent duly licensed by the Commonwealth of Virginia and affiliated with CENTURY 21 New Millennium. I am the Team Leader of RealMarkets, a CENTURY 21 New Millennium Team. Stephanie Young and Robert Walters are licensed real estate agents on my team that will be supporting me with these listings.

2.    I am familiar with the Trustee's Application to Employ Real Estate Agent and Broker for the sale of the property at 6528 Cavalier Drive, Alexandria, Virginia 22307 ("Property") described therein, and believe that my team and I are qualified to represent the Trustee and the estate in connection with the marketing of the Property. I have read the Trustee's Application, and I have agreed to accept employment on the terms and conditions set forth in the Trustee's Application.

3.    I am a disinterested person within the meaning of 11 U.S.C. § 101(14). I have also confirmed with Stephanie Young and Robert Walters that they are disinterested persons within the meaning of 11 U.S.C. § 101(14).

1

4.      That to the best of my knowledge, Stephanie Young, Robert Walters, or I have no interest adverse to the Trustee or the bankruptcy estate in the matters upon which we are to be engaged by the Trustee, and have no connection with the Debtor, its creditors, other parties in interest, their respective attorneys or accountants, purchasers or potential purchasers of the subject real estate, the United States Trustee, or anyone employed by the United States Trustee, except that:

(i) Stephen Karbelk, with the support of Stephanie Young and/or Robert Walters has been employed and approved by the Court to assist the Trustee with the sale of assets in other bankruptcy cases pending before this Court.

(ii) In June 2023, I ran as a candidate for the position of Chair of the Loudoun County Board of Supervisors. While running for the position, my campaign, Friends of Stephen Karbelk (the "Campaign"), a separate corporate entity created for the purpose of financing my election efforts, received a $500 contribution from Mr. Gold. I subsequently withdrew from the election. I did not personally receive any of the funds donated to the Campaign.

(iii) We have privately assisted the Trustee in his individual capacity in connection with the sale of real estate. Any services rendered to the Trustee in his individual capacity were provided approximately seven years ago and no such services have been provided to the Trustee since that time.

(iv) We have worked with Robert Marino, counsel for the Trustee, on other unrelated bankruptcy cases.

2

(v) When the Debtor was in Chapter 11, I was asked by his counsel, Robert Brandt, to explore the option of selling the Debtor's home in Seligman, AZ.  I spoke with the Debtor, introduced him to a real estate auctioneer that could handle the sale, but no further action was taken. The auctioneer was not employed and the case subsequently converted to Chapter 7.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Stephen Karbelk
Licensed Real Estate Agent

Date: _____7/30/26_____

3