**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **In re:** | ) <br> ) <br> ) **Case No. 25-12714-BFK** <br> ) **Chapter 7 (Converted)** <br> **Perry Everett Adler,** ) <br> ) <br> ) <br> **Debtor.** ) |

**ORDER APPROVING APPLICATION TO
EMPLOY REAL ESTATE AGENT AND LISTING BROKER**

THIS MATTER came on before the Court upon consideration of the *Application* (Docket No. __)
of H. Jason Gold ("Trustee"), the duly appointed Chapter 7 trustee for Perry Everett Adler ("Debtor"),
seeking authority to employ Stephen Karbelk and RealMarkets (supported by Stephanie Young and
Robert Walters) (collectively, "Agent") as Trustee's real estate agent, and Agent's affiliated listing broker,
Century 21 New Millennium ("Listing Broker"), as Trustee's real estate listing broker, for the purpose of
marketing and selling jointly owned improved residential real property located at 6528 Cavalier Dr,
Alexandria, Fairfax County, Virginia 22307-1305, having a legal description of Lot 22, Block E of the
subdivision of Parcel 3, Section 1-A, Bucknell Manor, Tax ID No. 0931 23E 0022 (the "Property"); and it

APPEARING TO THE COURT that, based upon the *Declaration of Stephen Karbelk*, Agent and
Broker have no connection with the Debtor, creditors of the Debtor, any other party in interest in this
case, their respective attorneys and accountants, the United States Trustee or any person employed in the
offices of the United States Trustee, do not hold or represent any interest adverse to the bankruptcy estate
herein, and qualify as a disinterested person within the meaning of the Bankruptcy Code; and that Agent's
and Listing Broker's employment herein is necessary and in the best interests of the bankruptcy estate;
and it

Robert M. Marino, Esq. VSB#26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-694-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

FURTHER APPEARING TO THE COURT that the Office of the United States Trustee (OUST), by endorsement of this Order, seeks to reserve all rights with respect to any proposed sale of the Property; and that the Trustee, in turn, also reserves all rights with respect to any proposed sale of the Property; it is, therefore

ORDERED, that the Trustee is authorized to employ the Agent and Listing Broker pursuant to 11 U.S.C. § 327(a), as a real estate agent and listing broker to market and sell the Property; and it is

FURTHER ORDERED, that the Agent's and Listing Broker's employment is subject to the terms and conditions set forth in the Application; and it is

FURTHER ORDERED, that the Agent is authorized to put all utility accounts, including the electric, gas and water accounts, into the name of Stephen Karbelk, Stephanie Young or RealMarkets, as Agent for the Trustee; that Agent shall not be responsible for paying any past due amounts that were incurred prior to the petition date of the bankruptcy filing; that Agent is also authorized to incur property maintenance, property preservation services and clean up services and expenses; and that, subject to further order and approval of this court, Agent shall be reimbursed for all utility expenses, property maintenance expenses, property preservation expenses and clean up expenses upon the sale of the Property; and it is

FURTHER ORDERED that, to the extent that the Trustee pursues an alternative disposition of the Property, including a sale of the available equity to the Debtor, Agent is also employed to provide advisory services, as requested and required by the Trustee, which may include (a) ordering a pre-listing title search, (b) obtaining payoffs from secured creditors, (c) providing a desktop market valuation, (d) conducting a site inspection (e) preparing an equity analysis, and (f) advising the Trustee and counsel in an equity buyout negotiation (the "Advisory Services"); and that the Advisory Services shall be compensated as specified in the Application, subject to further order of the Court; and it is

FURTHER ORDERED, that compensation to Agent and Listing Broker shall only be paid upon further Order of this Court; and it is

FURTHER ORDERED THAT Agent and Listing Broker are authorized to request and obtain verbal and written payoff statements, payment histories, and related information and documents from any secured creditors (or their servicers) in this case, and to provide such documents as may be reasonably requested by the secured creditors in connection with any sale; and it is

FURTHER ORDERED, that no agent or broker in any Century 21 New Millennium office may represent a buyer for the purchase of the Property without express Court approval; provided, however, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and that any provision in the Listing Broker's listing agreement allowing designated representation or dual representation by agents or brokers in a Century 21 New Millennium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court; and it is

FURTHER ORDERED, that the OUST and the Trustee each reserve their respective rights with regard to any proposed sale of the Property in this case, including the OUST's right to object to any proposed sale.

Dated: Aug 3 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: Aug 4 2026

I ASK FOR THIS:
/s/Robert M. Marino
Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

SEEN AND APPROVED:

/s/ Michael T. Freeman (with written permission)
Michael T. Freeman, Assistant United States Trustee
Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**Certification Pursuant to Local Rule 9022-1(C)**

3

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ Robert M. Marino

Robert M. Marino

Copies to:

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Drive
McLean, VA 22101