**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
------------------------------------------------------------X
In re:                                    :        Chapter 7
                                          :
Perry Everett Adler,                      :        Case No. 25-12714-BFK
      Debtor.                             :
                                          :
------------------------------------------------------------X
```

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

       Dated: August 14, 2026.

        /s/ Daniel M. Press_____
       Daniel M. Press, VSB 37123
       Law Offices of Daniel M. Press
       201 Washington St.
       Cumberland MD 21502
       (703) 725-7600
       dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 7 Trustee, and all parties requesting notice by CM/ECF.

 _/s/ Daniel M. Press_____
Daniel M. Press

2