**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**

**PERRY EVERETT ADLER,**                                  **Case No.  25-12714-BFK**

    **Debtor.**                                                          **Chapter No. 7**

**TRUIST BANK,**

    **Plaintiff,**

**v.**

**PERRY EVERETT ADLER, Debtor**
**and H. JASON GOLD, Trustee,**

    **Defendants.**

## CONSENT ORDER MODIFYING AUTOMATIC STAY

This matter was before the court on August 26, 2026, on the Motion of Truist Bank ("Plaintiff"), for relief from the automatic stay with respect to certain personal property, to-wit: 2022 Chevrolet Silverado, Vehicle Identification No. 1GC4YVEY8NF270264 ("Vehicle").

Upon consideration of which, it is:

**ORDERED:**

1.     The debtor will resume making regular monthly installment payments in the amount of $1,093.51 as they become due commencing on September 5, 2026.

2.     The debtor will cure the post-petition arrearage currently due to the movant through August 5, 2026 in the total amount of $9,443.65, which includes late charges, deferred late charges, filing fees and attorney's fees, by making the following payments:

**Deborah S. Kirkpatrick, Esq.**
**VSB #32987**
**Post Office Box 10275**
**Virginia Beach, VA 23450-0275**
**Ph: (757) 233-0281**
**Counsel for Truist Bank**

a.   $2,000.00 on or before August 20, 2026.

b.   $2,481.22 on or before September 20, 2026.

c.   $2,481.22 on or before October 20, 2026.

d.   $2,481.22 on or before November 20, 2026.

3.   In the event the Debtor should default with regard to any payment due under this Order or the Contract, then the automatic stay imposed by 11 U.S.C § 362 shall be hereby modified and the provisions of Bankruptcy Rule 4001 (a)(4) shall be hereby waived to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit:  2022 Chevrolet Silverado, Vehicle Identification No. 1GC4YVEY8NF270264 ("Vehicle").

Dated: Aug 13 2026

/s/ Brian F Kenney

Brian F. Kenney, Judge
United States Bankruptcy Court
Eastern District of Virginia

Entered On Docket: Aug 14 2026

ENDORSEMENTS of

/s/ Deborah S. Kirkpatrick
Deborah S. Kirkpatrick, Esq.
Counsel for Truist Bank

/s/ Daniel M. Press
Daniel M. Press, Esq., Counsel for Debtor

SEEN AND NO OBJECTION:

/s/ Robert M. Marino
Robert M. Marino, Esq.,
Counsel for H. Jason Gold, Trustee

2

Parties to Receive Copies:

Deborah S. Kirkpatrick, Esq.
P.O. Box 10275
Virginia Beach, VA 23450-0275

Daniel M. Press, Esq.
6718 Whittier Ave. #200
McLean, VA 22101

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Robert M. Marino, Esq.
510 King St.
Suite 301
McLean, VA 22101

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

## CERTIFICATION

I hereby certify that the foregoing Order has been endorsed by all necessary parties who are as follows:  Deborah S. Kirkpatric, Esq., counsel for Plaintiff; Daniel M. Press, Esq., counsel for Debtor; and Robert M. Marion, Esq., counsel for H. Jason Gold, Trustee.

                     /s/ Deborah S. Kirkpatrick
                       Counsel for Movant

3