**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**

**PERRY EVERETT ADLER,** **Case No. 25-12714-BFK**

**Debtor.** **Chapter No. 7**

**TRUIST BANK,**

**Plaintiff,**

**v.**

**PERRY EVERETT ADLER, Debtor**
**and H. JASON GOLD, Trustee,**

**Defendants.**

**CONSENT ORDER MODIFYING AUTOMATIC STAY**

This matter was before the court on August 26, 2026, on the Motion of Truist Bank ("Plaintiff"), for relief from the automatic stay with respect to certain personal property, to-wit: 2022 Chevrolet Silverado, Vehicle Identification No. 1GC4YVEY8NF270264 ("Vehicle").

Upon consideration of which, it is:

**ORDERED:**

1. The debtor will resume making regular monthly installment payments in the amount of $1,093.51 as they become due commencing on September 5, 2026.

2. The debtor will cure the post-petition arrearage currently due to the movant through August 5, 2026 in the total amount of $9,443.65, which includes late charges, deferred late charges, filing fees and attorney's fees, by making the following payments:

**Deborah S. Kirkpatrick, Esq.**
**VSB #32987**
**Post Office Box 10275**
**Virginia Beach, VA 23450-0275**
**Ph: (757) 233-0281**
**Counsel for Truist Bank**

a. $2,000.00 on or before August 20, 2026.
b. $2,481.22 on or before September 20, 2026.
c. $2,481.22 on or before October 20, 2026.
d. $2,481.22 on or before November 20, 2026.

3. In the event the Debtor should default with regard to any payment due under this Order or the Contract, then the automatic stay imposed by 11 U.S.C § 362 shall be hereby modified and the provisions of Bankruptcy Rule 4001 (a)(4) shall be hereby waived to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit: 2022 Chevrolet Silverado, Vehicle Identification No. 1GC4YVEY8NF270264 ("Vehicle").

Dated: Aug 13 2026

/s/ Brian F Kenney
Brian F. Kenney, Judge
United States Bankruptcy Court
Eastern District of Virginia

Entered On Docket: Aug 14 2026

ENDORSEMENTS of

/s/ Deborah S. Kirkpatrick
Deborah S. Kirkpatrick, Esq.
Counsel for Truist Bank

/s/ Daniel M. Press
Daniel M. Press, Esq., Counsel for Debtor

SEEN AND NO OBJECTION:

/s/ Robert M. Marino
Robert M. Marino, Esq.,
Counsel for H. Jason Gold, Trustee

Parties to Receive Copies:

Deborah S. Kirkpatrick, Esq.
P.O. Box 10275
Virginia Beach, VA 23450-0275

Daniel M. Press, Esq.
6718 Whittier Ave. #200
McLean, VA 22101

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Robert M. Marino, Esq.
510 King St.
Suite 301
McLean, VA 22101

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

**CERTIFICATION**

I hereby certify that the foregoing Order has been endorsed by all necessary parties who are as follows: Deborah S. Kirkpatric, Esq., counsel for Plaintiff; Daniel M. Press, Esq., counsel for Debtor; and Robert M. Marion, Esq., counsel for H. Jason Gold, Trustee.

/s/ Deborah S. Kirkpatrick
Counsel for Movant

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-12714-BFK |
| Perry Everett Adler | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 2 |
| Date Rcvd: Aug 14, 2026 | Form ID: pdford1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perry Everett Adler, 6528 Cavalier Drive, Alexandria, VA 22307-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

| | |
|---|---|
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert Sergio Brandt | on behalf of Debtor Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | on behalf of Defendant Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Ryan Hamilton Keesee | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 rkeesee@mtglaw.com |
| Ryan Hamilton Keesee | on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 rkeesee@mtglaw.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com |

TOTAL: 13