**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **Perry Everett Adler,** | **Case No. 25-12714-BFK** |
| **Debtor.** | **Chapter 7** |

## ACTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR

Matthew W. Cheney, the Acting United States Trustee for Region 4 (the "United States Trustee"), and pursuant to Bankruptcy Rules 4004(b) and 1017(e), hereby requests an extension of time to file a complaint objecting to the discharge of the debtor ("the Debtor") pursuant to 11 U.S.C. § 727. In support of this request, the United States Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. §157(b)(2)(A) and 28 U.S.C. § 1334.

2. On December 29, 2025, the Debtor filed this case under chapter 11 of the Bankruptcy Code. *See* Docket No. 1.

3. On May 20, 2026, this Court entered a consent order converting this case to Chapter 7. Doc. No. 57.

4. On May 20, 2026, H. Jason Gold was appointed as the chapter 7 trustee. Docket No. 58.

5. The Section 341 Meeting of Creditors ("the 341 Meeting") was held on June 24, 2026. Docket No. 59.

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

6. Pursuant to Bankruptcy Rule 4004(a), the last day to file a complaint objecting to the discharge of the Debtor is August 24, 2026. *Id*.

7. Bankruptcy Rule 4004(b) provides that the time period for filing a complaint objecting to discharge can be extended for cause upon the motion of the United States Trustee.

8. The United States Trustee requests additional time so that he can complete his investigation of the circumstances in this case, which will enable him to determine whether filing a complaint objecting to discharge is warranted in this case.

9. The circumstances set forth above constitute sufficient cause for granting the requested extension of time.

10. Extensions of time for objecting to discharge should be granted liberally absent a clear showing of bad faith on the part of the party requesting the extension. *In re Kellogg*, 41 B.R. 836, 838 (Bankr. W.D. Okla. 1984).

11. In addition, the granting of the requested extension will not prejudice the debtor in any way and will not impede the efficient administration of the case. *See In re Knobel*, 54 B.R. 458, 461 (Bankr. D. Colo. 1985) (granting extension of time to object to debtor's discharge where extension request was not made in bad faith, the delay of the extension is insubstantial and would not adversely affect the administration of the case, and the extension would not result in any prejudice to the debtor).

12. The United States Trustee requests an extension of 60 days for the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 which is **October 23, 2026**.

WHEREFORE, the United States Trustee requests this Court to extend the time for the United States Trustee to file a complaint objecting to the discharge of the Debtor to October 23, 2026, and for such other relief as this Court deems just and fair.

Date: August 21, 2026

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: *<u>/s/ Michael T. Freeman</u>*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing Motion with the Clerk of the Court and transmitted a true and correct copy of said document electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Joshua Dylan Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Robert Sergio Brandt brandt@brandtlawfirm.com,
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov,
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

H. Jason Gold goldtrustee@fiduciaryservicesgroup.com,
VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Ryan Hamilton Keesee rkeesee@mtglaw.com

Deborah S. Kirkpatrick debbie@kirkpatrickpc.com

Wendy A Locke bkecfinbox@aldridgepite.com, wlocke@ecf.inforuptcy.com

Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com

Daniel M. Press dan@danpress.us, pressdm@gmail.com;danpress@recap.email

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist