**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **Perry Everett Adler,** | **Case No. 25-12714-BFK** |
| **Debtor.** | **Chapter 7** |

## CONSENT ORDER EXTENDING TIME FOR THE ACTING UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

Upon consideration of the motion to extend the deadline for the Acting United States Trustee to file a complaint objecting to the discharge of the debtor, the debtor having consented to the relief requested, and good cause being shown, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until **Friday, October 23, 2026** to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: _____________ ____________________________________

Brian F. Kenney
Chief United States Bankruptcy Judge

Entered on Docket: ____________________

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

We ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: *<u>/s/ Michael T. Freeman</u>*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

SEEN AND AGREED:

*<u>/s/ Daniel M. Press (by MTF with permission via email)</u>*
Daniel M. Press, VSB 37123
Law Office of Daniel M. Press
201 Washington St.
Cumberland, MD 21502
(703) 725-7600
dan@danpress.us
*Counsel for the Debtor*

**<u>Certificate of Endorsement by All Parties</u>**

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

*<u>/s/ Michael T. Freeman</u>*
Michael T. Freeman
Asst. U. S. Trustee

**Copies To**:

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Joshua Dylan Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Robert Sergio Brandt brandt@brandtlawfirm.com,
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov,
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

H. Jason Gold goldtrustee@fiduciaryservicesgroup.com,
VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Ryan Hamilton Keesee rkeesee@mtglaw.com

Deborah S. Kirkpatrick debbie@kirkpatrickpc.com

Wendy A Locke bkecfinbox@aldridgepite.com, wlocke@ecf.inforuptcy.com

Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com

Daniel M. Press dan@danpress.us, pressdm@gmail.com;danpress@recap.email