**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **Perry Everett Adler,** | **Case No. 25-12714-BFK** |
| **Debtor.** | **Chapter 7** |

**CONSENT ORDER EXTENDING TIME FOR THE ACTING UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE**

Upon consideration of the motion to extend the deadline for the Acting United States Trustee to file a complaint objecting to the discharge of the debtor, the debtor having consented to the relief requested, and good cause being shown, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until **Friday, October 23, 2026** to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Aug 21 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief United States Bankruptcy Judge

Entered on Docket: Aug 21 2026

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

We ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: _/s/ Michael T. Freeman_
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

SEEN AND AGREED:

_/s/ Daniel M. Press (by MTF with permission via email)_
Daniel M. Press, VSB 37123
Law Office of Daniel M. Press
201 Washington St.
Cumberland, MD 21502
(703) 725-7600
dan@danpress.us
*Counsel for the Debtor*

**Certificate of Endorsement by All Parties**

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

_/s/ Michael T. Freeman_
Michael T. Freeman
Asst. U. S. Trustee

**Copies To**:

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Joshua Dylan Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Robert Sergio Brandt brandt@brandtlawfirm.com,
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov,
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

H. Jason Gold goldtrustee@fiduciaryservicesgroup.com,
VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Ryan Hamilton Keesee rkeesee@mtglaw.com

Deborah S. Kirkpatrick debbie@kirkpatrickpc.com

Wendy A Locke bkecfinbox@aldridgepite.com, wlocke@ecf.inforuptcy.com

Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com

Daniel M. Press dan@danpress.us, pressdm@gmail.com;danpress@recap.email