**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **Perry Everett Adler,** | **Case No. 25-12714-BFK** |
| **Debtor.** | **Chapter 7** |

**CONSENT ORDER EXTENDING TIME FOR THE ACTING UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE**

Upon consideration of the motion to extend the deadline for the Acting United States Trustee to file a complaint objecting to the discharge of the debtor, the debtor having consented to the relief requested, and good cause being shown, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until **Friday, October 23, 2026** to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Aug 21 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief United States Bankruptcy Judge

Entered on Docket: Aug 21 2026

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
michael.t.freeman@usdoj.gov

We ask for this:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Va. Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

SEEN AND AGREED:

*/s/ Daniel M. Press (by MTF with permission via email)*
Daniel M. Press, VSB 37123
Law Office of Daniel M. Press
201 Washington St.
Cumberland, MD 21502
(703) 725-7600
dan@danpress.us
*Counsel for the Debtor*

**Certificate of Endorsement by All Parties**

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties.

*/s/ Michael T. Freeman*
Michael T. Freeman
Asst. U. S. Trustee

**Copies To**:

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Joshua Dylan Bradley jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Robert Sergio Brandt brandt@brandtlawfirm.com,
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov,
robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

H. Jason Gold goldtrustee@fiduciaryservicesgroup.com,
VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Ryan Hamilton Keesee rkeesee@mtglaw.com

Deborah S. Kirkpatrick debbie@kirkpatrickpc.com

Wendy A Locke bkecfinbox@aldridgepite.com, wlocke@ecf.inforuptcy.com

Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com

Daniel M. Press dan@danpress.us, pressdm@gmail.com;danpress@recap.email

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-12714-BFK
Perry Everett Adler Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: TatianaLa Page 1 of 2
Date Rcvd: Aug 22, 2026 Form ID: pdford5 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Perry Everett Adler, 6528 Cavalier Drive, Alexandria, VA 22307-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 22 2026 06:08:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |

| | |
|---|---|
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert Sergio Brandt | on behalf of Defendant Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | on behalf of Debtor Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Ryan Hamilton Keesee | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 rkeesee@mtglaw.com |
| Ryan Hamilton Keesee | on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 rkeesee@mtglaw.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com |

TOTAL: 13