**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **PERRY E. ADLER** | **Case no. 25-12714-BFK** |
| **Debtor** | **Chapter 7** |

**Order allowing Counsel for the Debtor to Withdraw**

This matter having come before the Court on counsel for Debtor's motion seeking to withdraw from the case, there being no opposition to the motion, and for the reasons stated from the bench, it is hereby ORDERED:

That the undersigned counsel shall be allowed to withdraw as counsel for Debtor in this case.

Dated: Aug 22 2026

/s/ Brian F Kenney

United States Bankruptcy Judge

Entered On Docket:Aug 24 2026

I Ask for This:

/s/Robert S. Brandt
Counsel for Debtor
VSB#46196
600 Cameron Street
Alexandria, VA 22314
703-342-7330

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Robert S. Brandt

Electronic Copies to:

Robert S. Brandt, counsel for Debtor