**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Perry Everett Adler, | CASE NO. 25-12714-BFK |
| DEBTOR(S). | JUDGE BRIAN F. KENNEY |

NEWREZ LLC AS SERVICER FOR DEUTSCHE

BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE

LOAN TRUST, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14

,

MOVANT,

V.

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307
DEBTOR,

H. Jason Gold
TRUSTEE
P.O. Box 57359
Washington, DC 20037
RESPONDENTS.

**LINE OF STATUS AS TO PROPOSED ORDER**

Comes now the Movant, NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14, by counsel, Ryan H. Keesee, Esq., and

files this line reporting on the status of the Order granting Movant relief from stay in this matter.

Movant and the Chapter 7 Trustee are currently discussing the possibility of resolving this matter with a Consent Order.

WHEREFORE, the Court is hereby informed that the submission of the final proposed Order in this matter may be delayed while the details of the Consent Order are negotiated.

Dated: August 24, 2026

Respectfully submitted,

By: /s/ Ryan Keesee
Ryan Keesee, VABN 98998
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: rkeesee@mtglaw.com
MTG File No.: 26-002841-01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

**Via CM/ECF electronic service**
Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314

H. Jason Gold
Chapter 7 Standing Trustee
P.O. Box 57359
Washington, DC 20037

Dated: August 24, 2026

Respectfully submitted,

By: /s/ Ryan Keesee
Ryan Keesee, VABN 98998
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: rkeesee@mtglaw.com
MTG File No.: 26-002841-01