**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 25-12714-BFK** |
| **Perry Everett Adler,** | ) | **Chapter 7 (Converted)** |
| | ) | |
| **Debtor.** | ) | |

**APPLICATION TO EMPLOY ARIZONA REAL ESTATE AGENT/BROKER AND COOPERATING VIRGINIA REAL ESTATE AGENT/BROKER**

H. Jason Gold, Trustee ("Applicant" or "Trustee"), the duly appointed Chapter 7 trustee for Perry Everett Adler ("Debtor"), by and through the undersigned proposed counsel, pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, respectfully files his Application seeking approval to (i) employ Paul Miller, Associate Broker/Sales Agent ("Miller"), and his affiliated real estate brokerage firm, Century 21 Americana ("Americana") (together, the "Arizona Agent/Broker"), as the Trustee's real estate agent and broker, and (ii) employ Stephen Karbelk ("Karbelk") (supported by Stephanie Young and Robert Walters) as the real estate agent and team leader of RealMarkets and its affiliated broker, Century 21 New Millennium ("Century 21"), as the Trustee's cooperating real estate agent and broker (together, the "Cooperating Agent/Broker") (collectively, with the Arizona Agent/Broker, the "Agents/Brokers"), for the purpose of marketing and selling certain improved residential real property located in Arizona and more particularly described below, and in support thereof states as follows:

1. On December 29, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, U.S.C. §101 et seq. (the "Bankruptcy

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

Code"), thereby commencing the above-captioned case. By Consent Order entered May 20, 2026 (Docket No. 57), the instant case was converted to a case under Chapter 7 of the Bankruptcy Code. Applicant was appointed trustee on the same date and continues to serve since the meeting of creditors conducted on June 24, 2026.

2. On the Petition Date, the Debtor was the sole owner of improved residential real property located at 33425 W Cowboy Clint Way, Seligman, Yavapai County, Arizona 86337, having a legal description of Parcel 74, Juniper Mountain Ranches, Unit II (the "Property"). The Property is improved by a single-family residence and other structures.

3. In order to market and administer the Property for maximum benefit to the estate and its creditors, it is necessary to employ the services of a licensed Arizona real estate agent/broker as well as a local cooperating agent/broker to coordinate the Trustee's marketing efforts.

4. Based on the foregoing, the Trustee desires to employ the Arizona Agent/Broker and the Cooperating Agent/Broker to procure and submit to the Trustee offers to purchase the Property. If the Property is contracted to be sold, Agents/Brokers shall have earned a brokerage fee, subject to Court approval and conditioned and payable upon the closing of the sale. The brokerage fee will be three percent (3.0 %) ("Listing Commission") of the purchase price, regardless of whether a buyer's agent is involved in the transaction. If a buyer's agent is involved, the Arizona Agent/Broker will negotiate additional compensation with the buyer's agent with guidance from the Trustee and the Cooperating Agent/Broker. The Agents/Brokers agree to split the Listing Commission as follows: seventy-five percent (75%) payable to the Arizona Agent/Broker and twenty-five percent (25%) payable to the Cooperating Agent/Broker. Agents/Brokers are expressly prohibited from acting as a designated or dual agent in this case unless otherwise authorized by the Court. Payment of the

Listing Commission and any reimbursable costs shall only be made upon further order of the Bankruptcy Court.

5. Miller and Americana have considerable experience and expertise as real estate agents in the market where the Property is located and will provide valuable assistance in facilitating a sale of said Property. Karbelk and Century 21 will serve as an appropriate intermediary for the Arizona marketing effort. The Trustee therefore submits that the retention of Agents/Brokers, under the terms described herein, is appropriate under Section 327 of the Bankruptcy Code.

6. The Property is believed to be encumbered by liens, including Union Home Mortgage Corporation, Fitzgerald All-State Bail Bonds, LLC, and Amaryllis, Inc. In order to facilitate the sale of the Property, the Trustee further requests that the Court authorize Cooperating Agent/Broker and its employees to request and obtain verbal and written payoff statements, payment histories, and related information and documents from any secured creditor (the "Secured Creditors"), and to provide such documents as may be reasonably requested by the Secured Creditors in connection with any sale.

7. If necessary, Karbelk, as cooperating agent for the Trustee, is authorized, subject to the prior approval by the Trustee, to incur title search fees, property maintenance and property preservation services and expense. Subject to a further order and approval of the Court, Karbelk shall be reimbursed for all title search fees, property maintenance expenses and property preservation expenses upon the sale of the Property.

8. The Agents/Brokers whom the Trustee proposes to employ have been informed and understand that no sale may be consummated until after notice and a hearing and with Court approval.

9. The Trustee believes that the employment of the Agents/Brokers on the terms and conditions provided for herein is in the best interest of the estate.

10. To the best of the Trustee's knowledge, Agents/Brokers have no connection with the Debtor, its creditors or any other party-in-interest in this case, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described in the *Declaration of Paul Miller* and the *Declaration of Stephen Karbelk,* which are filed herewith on behalf of each of the Agents/Brokers. Agents/Brokers are therefore disinterested persons as that term is defined in section 101(14) of the Bankruptcy Code and satisfy all the requirements for employment as a real estate agent and real estate broker under 11 U.S.C. §327(a).

WHEREFORE, the Trustee respectfully requests the entry of an Order (i) authorizing the employment of the Arizona Agent/Broker and the Cooperating Agent/Broker, all under the terms described hereinabove, and (ii) providing for such further relief as the Court deems just and proper.

Dated: August 24, 2026

Respectfully submitted,

/s/Robert M. Marino

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of August, 2026, a true copy of the foregoing Application was sent via email to Michael T. Freeman, Assistant United States Trustee at michael.t.freeman@usdoj.gov, and to all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Robert M. Marino
Robert M. Marino