**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ADLER, PERRY EVERETT | ) | CASE NO. 25-12714-BFK |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF REAL ESTATE AGENT**

I, Paul Miller, declare as follows:

1. I am a real estate agent duly licensed by the State of Arizona and affiliated with CENTURY 21 Americana, a licensed real estate broker in the State of Arizona.

2. I am familiar with the Trustee's Application to Employ Real Estate Agent and Broker and the property located at 33425 W Cowboy Clint Way, Seligman, AZ 86337 ("Property") described therein, and believe that I am qualified to represent the Trustee and the estate in connection with the marketing and sale of the Property. I have read the Trustee's Application, and I have agreed to accept employment on the terms and conditions set forth in the Trustee's Application.

3. I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

4. That to the best of my knowledge, I have no interest adverse to the Trustee or the bankruptcy estate in the matters upon which we are to be engaged by the Trustee, and have no connection with the Debtor, its creditors, other parties in interest, their respective attorneys or accountants, purchasers or potential purchasers of the subject real estate, the United States Trustee, or anyone employed by the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Paul Miller
Licensed Real Estate Agent

Date: 08 / 18 / 2026