**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 25-12714-BFK** |
| **Perry Everett Adler,** | ) | **Chapter 7 (Converted)** |
| | ) | |
| **Debtor.** | ) | |

**ORDER APPROVING APPLICATION TO EMPLOY ARIZONA REAL ESTATE AGENT/BROKER AND COOPERATING VIRGINIA REAL ESTATE AGENT/BROKER**

THIS MATTER came on before the Court upon consideration of the *Application* (Docket No. ____) of H. Jason Gold ("Trustee"), Chapter 7 trustee for Perry Everett Adler ("Debtor"), seeking authority to (i) Paul Miller, Sales Agent ("Miller"), and his affiliated real estate broker, Century 21 Americana ("Americana") (together, the "Arizona Agent/Broker"), as the Trustee's real estate agent and broker, and (ii) employ Stephen Karbelk ("Karbelk") (supported by Stephanie Young and Robert Walters) as the real estate agent and team leader of RealMarkets and its affiliated broker, Century 21 New Millennium ("Century 21"), as the Trustee's cooperating real estate agent and broker (together, the "Cooperating Agent/Broker") (collectively, with the Arizona Agent/Broker, the "Agents/Brokers"), for the purpose of marketing and selling a vacant and unimproved lot of residential real property located at improved residential real property located at 33425 W Cowboy Clint Way, Seligman, Yavapai County, Arizona 86337, having a legal description of Parcel 74, Juniper Mountain Ranches, Unit II (the "Property"); and it

APPEARING TO THE COURT that, based upon the *Declaration of Paul Miller* and the *Declaration of Stephen Karbelk*, Agents/Brokers have no connection with the Debtor, creditors of the Debtor, any other party in interest in this case, their respective attorneys and accountants, the United States Trustee or any person employed in the offices of the United States Trustee, that they do not hold or represent any interest adverse to the bankruptcy estate herein, and that they qualify as disinterested

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

persons within the meaning of the Bankruptcy Code; and that the employment off Agents/Brokers herein is necessary and in the best interests of the bankruptcy estate; and it

FURTHER APPEARING TO THE COURT that the Office of the United States Trustee (OUST), by endorsement of this Order, seeks to reserve all rights with respect to any proposed sale of the Property; and that the Trustee, in turn, also reserves all rights with respect to any proposed sale of the Property; it is, therefore

ORDERED, that the Trustee is authorized to employ the Arizona Agent/Broker and the Cooperating Agent/Broker pursuant to 11 U.S.C. § 327(a), to serve as the real estate agents/brokers in this case for the purpose of marketing and selling the Property; and it is

FURTHER ORDERED, that the employment of Agents/Brokers is subject to the terms and conditions set forth in the Application; and it is

FURTHER ORDERED, that Karbelk is authorized to incur title search fees, property maintenance and property preservation services and expense; and that, subject to further order and approval of this court, said Agent shall be reimbursed for all title search fees, property maintenance expenses and property preservation expenses upon the sale of the Property; and it is

FURTHER ORDERED, that compensation to Agents/Brokers shall only be paid upon further Order of this Court; and it is

FURTHER ORDERED, that no agent or broker in any Americana or Century 21 New Millennium office may represent a buyer for the purchase of the Property without express Court approval; provided, however, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and that any provision in the Broker’s listing agreement allowing designated representation or dual representation by agents or brokers in an Americana or Century 21 New Millennium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court; and it is

FURTHER ORDERED, that the OUST and the Trustee each reserve their respective rights with regard to any proposed sale of the Property in this case.

Dated:

_____________________________
Brian F. Kenney
United States Bankruptcy Judge

I ASK FOR THIS:
/s/Robert M. Marino
Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

SEEN AND APPROVED:

_____________________________
Michael T. Freeman, Assistant United States Trustee
Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**Certification Pursuant to Local Rule 9022-1(C)**
I hereby certify that this Order has been endorsed by all necessary parties.
/s/ Robert M. Marino
Robert M. Marino

Copies to:

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Paul Miller, Associate Broker
Century 21 Americana
1745 Rustic Timbers Lane, Suite G-3
Prescott, AZ 86303