# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**DECLARATION OF GABRIEL PRADO**

GABRIEL PRADO hereby declares as follows:

1. He is founder and CEO of Local Liquidators, LLC, an Arizona limited liability company (the "Liquidation Agent") with offices located at 2225 W. Peoria Ave., Ste 200, Phoenix, Arizona, 85029.

2. He has read the *Application for Employment of Liquidation Agent* filed by H. Jason Gold ("Trustee"), Chapter 7 Trustee for Perry E. Adler ("Debtor"), in connection with the above-captioned case and the representations therein are accurate.

3. To the best of his knowledge, the Liquidation Agent has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

a. On March 24, 2026, Liquidation Agent entered into an *Exclusive Auction Agreement* (the "Auction Agreement") with the Debtor for the purpose of conducting auction sales with respect to numerous items of personal property (the "Personal Property") stored at the Debtor's rural residential real property located at 33425 W. Cowboy Clint Way, Seligman AZ 86337 (the "Seligman Ranch").

b. Debtor did not disclose the pendency of the instant case to Liquidation Agent, nor did he seek or obtain Court approval of the *Auction Agreement*.

Except as noted below, Liquidation Agent had no independent knowledge of the pendency of the above-captioned case.

c. Acting under the terms of the *Auction Agreement* and without knowledge of the pendency of the instant case, Liquidation Agent inventoried and divided the Personal Property for the purpose of conducting four separate online auctions.

d. Two of the four online auctions were completed as follows:

i. On April 30, 2026, Local Liquidators conducted and completed an auction sale of vehicles, tools and sporting goods, Auction ID No. 23324 (the "First Auction"), generating net proceeds of $70,488.77, after commissions of $23,356.22; and

ii. On May 7, 2026, Local Liquidators conducted and completed an auction sale of farm, equestrian equipment and other items, Auction ID No. 23422 (the "Second Auction"), generating net proceeds of $50,359.50, after commissions of $16,757.03.

e. Following completion of Second Auction, Liquidating Agent was contacted by counsel for Amaryllis, Inc., a secured creditor herein, advising of the pendency of the instant case. Upon learning of the instant case, Liquidating Agent immediately ceased all further sale activities and has cooperated with the Trustee in providing full information with respect to all auction efforts, conducted or planned.

f. An inventory of the results of the First and Second Auctions, with an itemized list of all personal property items sold, has been provided to the Trustee.

g. Liquidating Agent is presently holding the aggregate sum of $160,961.52, consisting of net sales proceeds of $120,848.27 (the "Net Sales Proceeds")

and sales commissions of $40,113.25 (the "Sales Commissions"). Local Liquidators has also received and is holding a total of $24,109.20 ("Buyer's Premiums") in buyer's premiums (15% of the purchase price for each item sold, separately paid by each buyer) generated from the First and Second Auction sales and has collected and paid over to relevant taxing authorities the sum of $8,062.41 for sales taxes generated in connection with the sales of taxable items.

h. Local Liquidators has agreed to pay over the Net Sales Proceeds to the Trustee, and the Trustee has agreed, subject to Court approval, to allow Liquidating Agent to retain the Sales Commissions and Buyer's Premiums in connection with the First and Second Auctions.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: August 27, 2026

Gabriel Prado, Founder and CEO
Local Liquidators, LLC
2225 W. Peoria Ave., Ste 200
Phoenix, Arizona, 85029