# EXHIBIT A

 0748

Local Liquidators

2225 W. Peoria Ave #200
Phoenix, AZ 85029
Phone: 602-875-7336
www.LocalLiquidators.com
info@localliquidators.com

# Exclusive Auction Agreement

THIS EXCLUSIVE AUCTION AGREEMENT ("**Agreement**") is made as of the last date set forth on the signature page to this Agreement (the "**Effective Date**"), by and between Seller (as set forth below) and **Local Liquidators**, LLC, an Arizona limited liability company ("**Local Liquidators**"). In consideration of the mutual covenants and agreements set forth herein, Seller and Local Liquidators agree as follows:

SELLER NAME: Perry Adler
ADDRESS: 33425 W. Cowboy Clint Way, Seligman, AZ 86337
PHONE: 928-499-1991 CONTACT NAME: Perry Adler
FACSIMILE: — EMAIL: perry adler 2000@aol.com

Actual Auction Address: __________

1. Appointment and Acceptance. Seller hereby appoints Local Liquidators as the exclusive provider of auction services to sell the items, products or other property listed in Section 14 or otherwise designated by Seller ("**Products**") in one or more auctions (each, an "**Auction**"). Local Liquidators accept such appointment and agrees to act in the capacity described in this Agreement. This Agreement shall not be construed as to limit Local Liquidators's ability to provide auction services relating to any other products, items or property, including products that may compete with the Products. Local Liquidators shall not be required to purchase any minimum quantity of the Products.

1. Storage and Title of Products.

1.1 Unless otherwise set forth in this Agreement, all Products shall be stored at Seller's facilities and under Seller's care and direction; provided, however, Products shall not be moved off property during the term of this Agreement without the prior written consent of Local Liquidators, which consent shall not be unreasonably withheld. Local Liquidators has no obligation to insure the Products and Seller shall bear the entire risk of loss or damage to the Products at all times prior to the sale of the Products as provided under the terms of this Agreement. Seller shall (i) permit Local Liquidators to inspect the Products during regular business hours, and (ii) cooperate in good faith with any request by Local Liquidators to inspect the Products.

1.2 This Section 1.2 applies only in the case that the parties agree that Local Liquidators will take possession of any Products:

N/A (initials)

(a) Care. Local Liquidators shall use commercially reasonable efforts to store the Products in a form and manner consistent with other items stored on Local Liquidators property. The specific manner of storage shall be determined in Local Liquidators's sole discretion. Local Liquidators may move any Products between one or more locations or within one location in its sole discretion and without notice to Seller. Local Liquidators hereby disclaims any obligation or standard of care other than those expressly set forth in this

 (initials)

**Local Liquidators**

2225 W. Peoria Ave #200
Phoenix, AZ 85029
Phone: 602-875-7336
www.LocalLiquidators.com
info@localliquidators.com

Agreement, including any obligation to prevent damage or destruction to or of any Products. Except as otherwise required herein, Local Liquidators shall have no obligation to provide security for any Products in any form.

N/A

(b) Title. Seller shall at all times retain Title for and to all Products.

(c) Insurance. The Products may be covered by Local Liquidators's insurance while on Local Liquidators property, but Local Liquidators has no obligation to insure the Products on Seller's Property and Seller shall bear the entire risk of loss or damage to the Products at all times prior to the sale of the Products at Auction.

(d) Inspection. Upon at least 24 hours' notice to Local Liquidators, Local Liquidators shall permit Seller, at Seller's sole expense, to inspect the Products in Local Liquidators's possession during regular business hours.

2. Reserve. Unless otherwise mutually agreed between Seller and Local Liquidators in this Agreement or in writing, all Products have a base reserve equal to the starting bid of $5 for the Products (the base reserve, as may be increased as provided in this paragraph, is referred to as the "**Reserve**"). Except as otherwise provided in this Agreement, in the event any Product receives a bid at or exceeding the Reserve, Seller is deemed to have irrevocably accepted such bid.
** See Special Terms & Conditions at end of Agreement Section 14

3. Compensation

not titled; water truck, tractor, ATV @ 10% commission

3.1 Commission. Seller agrees to pay Local Liquidators a commission in an amount described below (the "**Commission**") for the compensation of Local Liquidators for the services it performs under this Agreement, in addition to Seller's use and access to the Local Liquidators website and auction platform. Unless otherwise set forth in this Agreement or any exhibits, riders, or addenda hereto, the Commission for all intangible assets, intellectual property and titled vehicles will equal [ 10% ] of the gross sale proceeds, and the Commission for all physical, non-titled items will equal [25% ] of the gross sale proceeds, excluding any buyer premium or applicable taxes, as determined by Local Liquidators. Local Liquidators may deduct the Commission from the gross proceeds received from Buyer in connection with the sale of any Products prior to disbursement of any remaining proceeds to Seller. This Section survives the expiration or termination of this Agreement.

3.2 Marketing Fee. If Seller elects to use Local Liquidators's optional marketing services., Seller shall pay to Local Liquidators a marketing fee (the "**Marketing Fee**") in an amount equal to the greater of [ 0 %] of the Reserve for all Products or [$ 0.00 ], unless otherwise provided in Section 14. The Marketing Fee is due and payable concurrently with the execution of this Agreement.

4. Proceeds. Local Liquidators shall use commercially reasonable efforts to remit net proceeds from the sale of any Products due to Seller within [ 15 ] business days after the Auction ends. Funds will only be dispersed to the entity or individual named as Seller in this agreement, or such Local Liquidators's or individual's authorized representative, provided that Local Liquidators may in its sole discretion determine what documentation or evidence is required to deem a person an authorized representative and may withhold disbursement until satisfactory documentation has been provided. Seller, at its option, may pick up a check in person at 2225 W. Peoria Ave. #200, Phoenix AZ 85029. Unless Seller makes this election, Local Liquidators will mail the check to Seller at the address set forth in the preamble to this Agreement. In

Local Liquidators
2225 W. Peoria Ave #200
Phoenix, AZ 85029
Phone: 602-875-7336
www.LocalLiquidators.com
info@localliquidators.com

~~the event that any legitimate dispute exists in Local Liquidators's discretion. Local Liquidators may withhold any payment to Seller without liability or risk thereof for the same.~~

5. Marketing. Seller hereby grants Local Liquidators with all requisite right and authority to market the Auction or Products in the manner and means determined by Local Liquidators in its sole discretion, including, without limitation, online advertising, social media, press releases and any other marketing or advertising means deemed necessary or proper by Local Liquidators. Seller waives, releases and discharges all claims, disputes, demands, warranties and causes of action, known and unknown, arising out of any and all of Local Liquidators's marketing or advertising efforts pursuant to this Section

6. Local Liquidators Obligations; Disclaimers. Unless otherwise expressly set forth herein, Local Liquidators's sole duty shall be to use commercially reasonable efforts to affect a sale of the Products during the term of this Agreement, with the understanding that Local Liquidators makes no warranty as to whether the Products will be sold at Auction or the revenues that may or may not be derived therefrom (or amounts of revenues) and that Local Liquidators shall not be liable for any loss suffered by Seller relating to the Products including, without limitation, to a Buyer refusing or otherwise failing to complete a purchase of the Products. Local Liquidators shall not be charged with the custody of the Products, their management, maintenance, security, insuring, or repair.

7. Withdrawal of Products; Buyer Nonpayment.

Seller acknowledges and agrees that (i) withdrawal or modification of any Products after the submission or deadline for the same is strictly prohibited, and (ii) this Agreement is an exclusive agreement to sell the Products. If Seller sells, transfers, or exchanges (including forfeiture or disgorgement) any Products and violates its obligations in this Agreement, Local Liquidators may pursue any remedies set forth in this Agreement, all of which shall be deemed to be cumulative.

If Buyer fails to pay for or pick-up any Products in accordance with Local Liquidators's terms and conditions applicable to Buyer, Local Liquidators will remove the Product(s) from the Seller's settlement report and Seller shall retain title and ownership to such Product(s). However, Local Liquidators may, at its option, place the Product(s) in a future Auction. Local Liquidators reserves the right to act on the Buyer's behalf and pay for, pick-up or take possession of items in which case such items ~~will remain~~ on Seller's settlement report and be compensated the same. with Seller's agreement.

8. Auction Cancellation. **ONCE AN AUCTION HAS COMMENCED, SELLER CANNOT CANCEL THE AUCTION.** If Seller violates the foregoing and terminates any Auction ~~or modifies the Products in an Auction~~ after such Auction has commenced, Seller agrees to pay Local Liquidators liquidated damages of [ $2500] plus [___0___%] of the estimated sale price of the applicable Products plus [___0___%] for lost buyers premium on the applicable Products to compensate Local Liquidators for expenses it has incurred to execute this Agreement and prepare and commence any such Auctions on Seller's behalf. The parties acknowledge and agree that (i) it would be extremely impracticable to accurately determine Local Liquidators's damages caused by Seller's cancellation of an Auction ~~or modification of the Products in an Auction,~~ and (ii) the liquidated damages described in this Section are of a fair and reasonable amount such that they may compensate Local Liquidators for damages incurred.

Local Liquidators

2225 W. Peoria Ave #200
Phoenix, AZ 85029
Phone: 602-875-7336
www.LocalLiquidators.com
info@localliquidators.com

9. Seller Review. Seller shall verify the accuracy of all Products, including any pictures or descriptions, in an Auction prior to 48 hours before the Auction commences. Seller shall promptly advise Local Liquidators of any errors, omissions, misstatements or other misrepresentations and further advise Local Liquidators on how to correct the same.

10. Exclusivity. On the Effective Date of this Agreement, Seller shall immediately discontinue all forms of advertisement or solicitation for any Products, except advertisement or solicitation for the Auction on the Local Liquidators platform. Seller's failure to strictly comply with this Section constitutes a material default of this Agreement, unless waived in writing by Local Liquidators in its sole discretion. This paragraph is not intended to limit Seller's ability to advertise and promote the Auction, and Seller is encouraged to advertise and promote the Auction in addition to the marketing done by Local Liquidators.

11. Buybacks; Seller Bidding. Buybacks are prohibited. Neither Seller nor any of its agents, representatives, employees, principals, or contractors shall bid on any of Seller's Products. Local Liquidators reserves the right to (i) remove any Products from any Auction if Local Liquidators reasonably believes Seller or any of its agents, representatives, employees, principals, or contractors are or have bid on any of Seller's Products; (ii) assign a value or values to the Product or Products, in its sole discretion, and charge to Seller a Commission based on the assigned value; and (iii) return the Product or Products to Seller and prohibit Seller's participation, use or access of the Local Liquidators website or platform.

12. Term and Termination.

Term. Unless earlier terminated as provided herein, this Agreement has a term of 90 days commencing on the Effective Date, the date the contract is executed by both parties. Either party may terminate this Agreement upon written notice to the other party not less than 60 days prior to the end of the then-effective 90 day period.

Termination for Breach. Seller is in default under this Agreement if: (i) it materially breaches a term of this Agreement and such breach continues for a period of ten (10) days after it has been notified of the breach, or (ii) it ceases conducting business in the normal course, become insolvent, make a general assignment for the benefit of creditors, suffer or permit the appointment of a receiver for its business or assets (and such receiver is not discharged within 30 days), or avails itself of or become subject to any proceeding under the Federal Bankruptcy Act or any other federal or state statute relating to insolvency or the protection of rights of creditors. Upon the occurrence of an event of default as described in the previous sentence, Local Liquidators may immediately terminate this Agreement by giving written notice to Seller.

Survival. All terms and conditions which by their nature are intended to survive termination of this Agreement shall survive to the extent necessary to preserve the rights and expectations of the parties hereto.

13. Limitation of Liability; Waiver and Release. NEITHER PARTY SHALL BE LIABLE TO THE OTHER OR TO ANY THIRD PARTY FOR ANY INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES (INCLUDING LOST PROFITS) IN CONNECTION WITH ANY BUSINESS RELATING TO OR ARISING OUT OF THIS AGREEMENT, HOWEVER CAUSED, EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THESE LIMITATIONS APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED UNDER ANY TERM OF THIS AGREEMENT. SELLER HEREBY IRREVOCABLY WAIVES, RELEASES AND DISCHARGES ALL CLAIMS, DISPUTES, DEMANDS,

Local Liquidators

2225 W. Peoria Ave #200
Phoenix, AZ 85029
Phone: 602-875-7336
www.LocalLiquidators.com
info@localliquidators.com

WARRANTIES AND CAUSES OF ACTION, KNOWN AND UNKNOWN (COLLECTIVELY, "CLAIMS"), ARISING OUT OF OR CONNECTED IN ANY WAY TO LOCAL LIQUIDATORS'S DESCRIPTIONS, PHOTOGRAPHS OR DEPICTIONS OF ANY PRODUCTS OR, IF APPLICABLE, ~~STORAGE OR POSSESSION OF THE PRODUCTS~~, OR ANY DAMAGES, LOSSES, LIABILITY OR OTHER EXPENSES OF ANY KIND, INCLUDING PROPERTY DAMAGE AND INJURY TO PERSONS (INCLUDING DEATH), EXCEPT FOR ANY CLAIMS CAUSED DIRECTLY FROM LOCAL LIQUIDATORS'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT. THIS PARAGRAPH SURVIVES THE EXPIRATION OR TERMINATION OF THIS AGREEMENT. SELLER ACKNOWLEDGES THIS SECTION IS MATERIAL TO LOCAL LIQUIDATORS'S WILLINGNESS TO ENTER THIS AGREEMENT AND IT WOULD NOT HAVE OTHERWISE ENTERED INTO THIS AGREEMENT BUT FOR THIS PARAGRAPH.

** 14. Special Terms and Conditions; Payee Change. Notwithstanding anything to the contrary in this Agreement, the parties hereby agree to the following modifications to this Agreement, the intent being that this Section 14 shall control over any other term in this Agreement conflicting with anything in this Section 14.

Payee Change: If Seller is not the party who will receive sale proceeds, the correct payee is...

NAME: N

ADDRESS: A

PHONE: ______ EMAIL: ______

Other special terms and conditions. Full service contract at 25% commission rate. Reserves will be determined and agreed upon between Seller and Auction Director Chris Rushford. Seller reserves right to discontinue sale of any item(s)/lots if Reserve is not met. (PA)

The parties have executed this Agreement themselves or through their duly authorized representatives as of the date written below the parties' signatures.

| Seller | Local Liquidators LLC |
|---|---|
| Signature: [signature] | Signature: [signature] |
| Name: Perry Adler | Name: Liz Wyatt |
| Title: | Title: Online Sales Manager |
| Dated: 3/23/2026 | Dated: 3/24/2026 |