# EXHIBIT B

**Local Liquidators**
Auctions - Tag Sales - Buyouts

**LocalAuctions.com**
**2225 W Peoria Ave Suite 200**
**Phoenix, AZ 85029**
**833-622-2800 FAX**
**localauctions.com**

**Seller Number: 6748**
**Perry Adler**
**33425 W Cowboy Clint Way Seligman, AZ 86337**
**USA**
**Phone 9284991991**

**Statement Date: 06/29/2026**
**Email: perryadler2000@aol.com**

**Statement For: (FINALIZING RESULTS )SELIGMAN, AZ Ranch Estate - Vehicles, Tools, Sporting Goods and More Auction 04/30/26 ID:23324**

| Lot | Buyer | Description | Price |
|---|---|---|---|
| 1233 | 66432 | SvBony HD 20-60x80 Air-Spaced Duplet Spotters Scope with Tripod | 100.00 |
| 1236 | 235053 | Stealth Safes UL23 23-Gun Safe - 24" x 18" x 59" (Contents Not Included) | NS |
| 1238 | 228396 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" (Fast Box Fast Access Gun Safe NOT Included) | 200.00 |
| 1239 | 229366 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" (Fast Box Fast Access Gun Safe NOT Included) | 220.00 |
| 1240 | 229151 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" (Fast Box Fast Access Gun Safe NOT Included) | 195.00 |
| 1241 | 229151 | Agile Secure-It Digital Combination Gun Safe with Fast Box Fast Access Gun Safe - 20" x 15" x 52" | 225.00 |
| 1242 | 235053 | Steelwater 22-Gun Combination Gun Safe - 22" x 16" x 57" | NS |
| 1393 | 188485 | NEW Troy Lee Designs Overload Camo Motorcycle/ATV Helmet - Size Large | 40.00 |
| 1394 | 188485 | NEW Troy Lee Designs Nova Camo Motorcycle/ATV Helmet - Size Large | 40.00 |
| 1395 | 232994 | NEW Troy Lee Designs GP Anarchy Motorcycle/ATV Helmet | 30.00 |
| 1396 | 232994 | NEW Fly Racing Formula CP Solid Black Racing Motorcycle/ATV Helmet | 50.00 |
| 1415 | 231812 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" | 120.00 |
| 1416 | 228396 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" | 120.00 |
| 1417 | 231988 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" | 120.00 |
| 1418 | 231812 | Agile Secure-It Digital Combination Gun Safe - 20" x 15" x 52" | 150.00 |
| 3001 | 235053 | Ryobi 8-1/4" Table Saw with Blade and Manual - Model RTS08 | NS |
| 3002 | 229141 | DeWalt DWS716XPS 12" Double-Bevel Compound Miter Saw with Stand and (2) New Packs of Blades | 222.00 |
| 3005 | 229703 | Mobile Universal Platform | 10.00 |
| 3006 | 229141 | (2) Ruedmann 600 Lb. Ramps | 65.00 |
| 3007 | 229086 | Little Giant Folding Ladder | 80.00 |
| 3008 | 231812 | Power Smith Ash Vacuum | 30.00 |
| 3011 | 231300 | Group of Reflective Traffic Cones | 50.00 |
| 3012 | 228945 | Group of Rhino USA Abus Security Chains | 175.00 |
| 3013 | 231564 | 2-Pack Toughbuilt C700 Saw Horses/Job Site Tables | 100.00 |
| 3015 | 235381 | DeWalt Adjustable Shop Stool | 60.00 |
| 3016 | 187632 | Craftsman 6-Gallon Pancake Air Compressor with Hose - Model CMEC6150 | 91.00 |
| 3017 | 221162 | Black & Decker 0-25 Amp Battery Charger/75 Amp Engine Starter | 65.00 |
| 3019 | 231637 | Z-Creeper Shop Creeper | 40.00 |
| 3020 | 229366 | Group of Assorted Transport and Security Chains with Vero Keyed Lock | 110.00 |
| 3021 | 177875 | NEW Worx WR155 Landroid-L Cordless Electric Lawn Mower with WA0860 Anti-Collision System and Garage (Brand New Never Used) | 350.00 |
| 3022 | 25562 | Husqvarna 460 Rancher Chainsaw with Chain Oil, Extra Chain and (2) Cable Cutters (Like NEW - Only Used Once for Small Job) | 361.00 |

| | | | |
|---|---|---|---|
| 3023 | 179144 | Tevlaphee Wheel Clamp Lock | 30.00 |
| 3024 | 179144 | Tevlaphee Wheel Clamp Lock | 30.00 |
| 3025 | 235053 | (2) Yamalube Oil Change Kits - Model LUB-SXSCG-KT-35 | NS |
| 3026 | 187632 | DeWalt DCC020I 20-Volt Air Inflator with Battery, Charger and Carrying Bag | 57.00 |
| 3027 | 214415 | (12) One-Gallon Bottles of Splash RV & Marine Antifreeze | 20.00 |
| 3028 | 221162 | Nexpeak NC201 12V/24V Intelligent Pulse Repair Charger | 30.00 |
| 3029 | 235053 | Open Case of Craftsman 2-Cycle Engine Oil - 2.6 Fl. Oz. Each | NS |
| 3030 | 214415 | Group of (7) New Master Lock Pro Series Hidden Shackle Padlocks | 50.00 |
| 3031 | 235046 | (5) Greenstar Touch'n Hold Smooth Door Openers | 12.50 |
| 3032 | 179144 | New In Box Dkjx Digital Multimeter | 10.00 |
| 3033 | 235053 | New in Open Box The Equipment Lock Co. Heavy-Duty Garage Door Combo Lock | NS |
| 3034 | 235053 | NEW Kryptonite Keeper 5-S2 Disc Lock Kit | NS |
| 3036 | 179144 | NEW Pneumatic Air Bag Jack (Brand New Never Used) | 70.00 |
| 3037 | 235053 | Abus and Vulcan Security Chains | NS |
| 3038 | 235053 | Workpro Spade Drill Bit Set, 80-Grit Sanding Sponges, P120 Sand Paper Sheets and More | NS |
| 3039 | 235053 | Tilt TV Wall Mount - Model HV9601, Mingyue Faucet & Sink Install Tool, Delamu CC01 Cable Raceway and More | NS |
| 3040 | 187632 | (6) Cans of Fix-a-Flat and (3) Fia-a-Flat Compact Tire Inflators - Model S40071 | 40.00 |
| 3041 | 214415 | (6) Cans of CRC Brakeleen Brake Parts Cleaner and (4) Cans of Shop Pro Brake Cleaner | 60.00 |
| 3042 | 227746 | New in Open Box Nanpu Pneumatic Compressor Filter - Model FRPD46D/NPT | 30.00 |
| 3043 | 230481 | Sealed TR Industrial Forestry Safety Helmet - Model TR88011 (Stock Photo Used for Reference Only) | 20.00 |
| 3044 | 179144 | Sealed Baseus A2Pro Car Vacuum Cleaner (Stock Photo Used for Reference Only) | 25.00 |
| 3046 | 235053 | Avhrit Cordless Grinder Kit | NS |
| 3047 | 235053 | Roll of Gallagher Turbo Wire, Small Jar of Behr Premium Waterproofing Stain/Sealer, New Hyper Tough Keyed Entry Deadbolt and More | NS |
| 3049 | 233767 | Group of Assorted Load Straps, Might Mule Pin Lock and HDX 12-Gallon Flip Top Tote | NS |
| 3050 | 179144 | Tevlaphee 2-Piece Wheel Lock Kit - For 7" to 11.5" Wide Tires (Brand New Never Used) | 45.00 |
| 3051 | 233130 | Reese Towpower 10" Travel Bolt-On Swivel Trailer Jack - Model 74410 (Brand New Never Used) | 21.00 |
| 3052 | 229703 | Sealed Groz Fuel Dispensing Kit - Model FDK/3/3-4/N (Stock Photo Used for Reference Only) | 55.00 |
| 3054 | 229703 | Nexpeak NC201 12V/24V Intelligent Pulse Repair Charger, T3-R Pest Repellers, Siligun and More | 20.00 |
| 3055 | 221162 | Bigacover Vehicle Cover (Size Uknown) | 40.00 |
| 3056 | 221162 | Reflective Vehicle Cover (Size Uknown) | 40.00 |
| 3057 | 221162 | Budge Vehicle Cover - Size 9 - Model 5LTF9 | 40.00 |
| 3058 | 221162 | 5UVB Vehicle Cover | 25.00 |
| 3060 | 235053 | Group of Combination Padlocks | NS |
| 3061 | 11298 | (9) New Kidde Home Use Certified Fire Extinguishers | 80.00 |
| 3063 | 235046 | New Spool of Nassau National Cable UFB0603 Cable | 180.00 |
| 3064 | 235053 | Group of Assorted Chemicals Includes Antifreeze/Coolant, General Purpose Caulk, Rain-X Glass Cleaner and More | NS |
| 3066 | 229086 | Craftsman 50-Foot Cord Reel | 40.00 |
| 3067 | 235053 | Boil Boss Crawfish Boiler Pot Cooler | NS |
| 3068 | 235053 | Smooth-Pro Painters Kit, Paint Rollers, Mud Trays and More | NS |
| 3069 | 227746 | NEW Campbell Hausfeld Portable 30-Gallon Air Compressor with Manual - Model XC302100AJ (Brand New Never Used/Stock Photo Used for Reference Only) | 545.00 |
| 3072 | 233767 | Ufond LED 2-Head Work Light with Stand | NS |

| | | | |
|---|---|---|---|
| 3075 | 235053 | Steel Head Brand Tool Bag, Assorted Hand Tools and Driver Kit | NS |
| 3076 | 198490 | NEW 8-Ton Long Ram Jack with Torin Big Red Jacks Chain Block Chain Pulley (Brand New Never Used) | 150.00 |
| 3077 | 214415 | Paint Roller Heads, Roller, Paint Mixer Attachment and More | 20.00 |
| 3078 | 198490 | (2) Tevla Wheel Locks with Keys | 45.00 |
| 3079 | 235053 | (2) Black and (2) Red Casters | NS |
| 3080 | - | New in Open Box Furnace Blower Motor - Model S653CXSJB-7032 | NS |
| 3081 | - | Skull Hooker Dual Shoulder Mount Kit, Elite Gear Picture Hanging Kit, Skull Hooker European Skull Mounting Kit and More | NS |
| 3082 | 235053 | Group of Grill Covers Includes Jieuso 26" Grill Cover (Tote NOT Included) | NS |
| 3083 | 179144 | Bongbada Floodlight Bulbs, Enforcer LED Strobe Lights, Hompavo LED Flame Light Bulb and More (Tote NOT Included) | 7.50 |
| 3085 | 235053 | Scuddles Measuring Wheel with Digital Display - Model SCMW5 (Brand New Never Used) | NS |
| 3087 | 235381 | Adco Multi-Axle Tire Gard - Model Double-Axle-Small-Black (Brand New Never Used) | 40.00 |
| 3089 | 214415 | Orea Auto 14-Gallon Portable Fuel Caddy Kit | 61.00 |
| 3090 | 11497 | Freego X60 Plus Multifunctional Off-Road Balance Scooter - Retail $2,200 | 1,125.00 |
| 3091 | 231564 | Louisville Fiberglass 8-Foot Step Ladder | 60.00 |
| 3092 | 235053 | DeWalt DXL3810-06 Fiberglass 6-Foot Step Ladder | NS |
| 3094 | 235053 | Werner Fiberglass 6-Foot Step Ladder | NS |
| 3095 | 235053 | 2022 Harley-Davidson 114 Vivid Black Fat Boy Motorcycle (Cost Over $25,000) - VIN# 1HD1YGK13NB067939 - ODO: 4,680 - 5,000 Mile Service Recently Done at Dealership | NS |
| 3096 | 229141 | Goeners Bike Repair Stand (Brand New Never Used) | 58.00 |
| 3097 | 229703 | Rod Brackets, Ace All-Weather Outlet Box Cover, Caulk Gun and More (Tote NOT Included) | 20.00 |
| 3098 | 235053 | Arcan ALFJ48 3-Ton/48" Farm Jack | NS |
| 3099 | 198490 | Vevor Waste Oil Evacuator and (4) 24-Quart Waste Oil Collection Tanks (Might Contain Used Oil) | 45.00 |
| 3100 | 198490 | Tuffiom Red 20/30/35 Gallon Portable Fuel Storage Tank | 260.00 |
| 3101 | 198490 | Tuffiom Black 20/30/35 Gallon Portable Fuel Storage Tank | 200.00 |
| 3102 | 229141 | 55-Gallon Drum Burn Kit with Screens and Tongs and Drum Dolly | 40.00 |
| 3104 | 228884 | SuperHandy Electric Power Dolly | 450.00 |
| 3105 | 231637 | Vestil Mfg. Co. Pallet Jack | 200.00 |
| 3106 | 235381 | Parkit 360° Force Battery Powered Trailer Dolly | 410.00 |
| 3109 | 235381 | Seineca Retractable Sunshade for Car Windshield | 7.50 |
| 3110 | 224795 | Backyard Discovery Electric Pergola Power Box - Model 9205413 | 100.00 |
| 3111 | 235053 | Metabo HPT 18GA Cordless Brad Nailer Kit | NS |
| 3112 | 229086 | EnerTwist Drill Bitx Index | 55.00 |
| 3114 | 224795 | Group of Tool Box Organizers | 30.00 |
| 3115 | 229141 | NEW Wen 4214 12" Variable Speed Drill Press with Deming Drill Bits and DeWalt Safety Glasses (Brand New Never Used) | 155.00 |
| 3116 | 8843 | Stainless Steel Commercial Tool Box with Butcher Block Top - 96" x 19" x 37" | 680.00 |
| 3119 | 229141 | Bike Hand Professional Mechanical Shimano Bicycle Tool Kit - Model YC-799AB (Brand New Never Used) | 45.00 |
| 3120 | 231637 | Toolant Tap & Die Kit | 80.00 |
| 3121 | 230481 | Wiha 8-Piece Pliers & Cutters Set | 90.00 |
| 3122 | 221162 | Auto Air Conditioning Manifold Gauge (Brand New Never Used) | 45.00 |
| 3123 | 235046 | KingTool 318-Piece Screwdriver & Drill Bits Set | 40.00 |
| 3124 | 229141 | Avid Power Cordless 20-Volt Inflator Kit - Model ACAP115D | 37.00 |
| 3125 | 227911 | 17-Piece SDS Plus Rotary Hammer Drill Bit and Chisel Set | 45.00 |

| | | | |
|---|---|---|---|
| 3126 | 231812 | Autoxel 19-piece Auto Trim Removal Tool Kit | 15.00 |
| 3127 | 235053 | Bonsai Tree Tool Kit | NS |
| 3128 | 235053 | Amazon Basics 4-Piece Adjustable Wrench Set | NS |
| 3129 | 235053 | Irwin Hanson 35-Piece Screw Extractor & Cobalt Alloy Steel Drill Bit Set - Model 11135ZR | NS |
| 3130 | 230481 | Midwest Military Equipment LMTV Hub Lock Nut Wrench | 5.00 |
| 3131 | 231637 | DWTPT1/8-1SET 6-Piece NPT Pipe Tap Set | 20.00 |
| 3132 | 235053 | DeWalt 45-Piece Screwdriver Bit Set, 14-Piece Drill Bit Set and 5-Piece Drill Bit Set | NS |
| 3133 | 228884 | New Kynup Digital Caliper | 26.00 |
| 3134 | 235053 | Drainx Pro Steel Drum Auger (Brand New Never Used) | NS |
| 3135 | 9868 | New Motechom Carpenters Chisel Set | 20.20 |
| 3136 | 229139 | 240-Piece Car Clip Set | 30.00 |
| 3137 | 235053 | Amartisan Screwdriver Kit (Incomplete) | NS |
| 3138 | 235053 | Group of Assorted Drill Bits and Punch | NS |
| 3139 | 235053 | PSI Dial Gauge, Screwdriver Bits, Hitch Rings and More | NS |
| 3140 | 229037 | Set of Self-Setting Spanners, Wera Clamp and Pony C-Clamps | 65.00 |
| 3141 | 235053 | Screwdriver Bits, Velocity Exterior Wood Screws, Black Nail Assortment Kit and More | NS |
| 3142 | 233767 | Platinum Edge Drill Bit Assortment, Wellock Assortment, Picture Hanging Kit and More | NS |
| 3143 | 229037 | Horusdy Rubber Mallet, Estwing 3 Lb. Hand Held Sledge Hammer - Model MRF3LB, Horusdy Ball Peen 32 Oz. Hammer and More | 80.00 |
| 3144 | 11298 | Group of Assorted Hardware, DeWalt Driver Bits, Micrometer, Laser Line Level and More | 45.00 |
| 3145 | 233767 | Duru Stainless Steel Cable Clamp Kit, Self Drilling & Tapping Assortment, Stainless Steel Drill Tapping Screw Assortment and More | NS |
| 3146 | 235053 | Group of Assorted Craftsman Screwdrivers and Dremel EZ Lock Accessory Kit | NS |
| 3147 | 235053 | Jiuli Tools Chain Wrench, Irwin Pliers, Malco Fin Straightener and More | NS |
| 3148 | 229366 | Zip Tie Assortment and Cable Clamp R-Type Assortment | 20.00 |
| 3149 | 235053 | Rubber Grommet Hole Plug Assortment Kit, Urlwall Threaded Insert Nuts Kit, O-Ring Assortment and More | NS |
| 3150 | 235053 | Airaj Hack Saw, Irwin Coping Saw, Yellow Hack Saw and More | NS |
| 3151 | 235053 | Magpie VH-80 LASER Distance Measurer, Meat Scissors, Snips and More | NS |
| 3152 | 235053 | Masonry Drill Bit Set, Assorted Snips, Lock-n-Lube Grease Coupler and More | NS |
| 3153 | 235053 | Speed Square, Horusdy Grease Gun, Self Hanger Drill Bit and More | NS |
| 3154 | 235053 | Group of Assorted Upholstery Tacks, Hardware Nail Kit, Nail Assortment Kit and More | NS |
| 3155 | 11298 | Aettl Phillips Drive Self-Tapping Screw Assortment, Puch-Button Latch Set - Model MP5006, UV Cable Clamp and More | 31.00 |
| 3156 | 227746 | Sealed Autotown 102-Piece Tire Repair Kit, TidyHelper Cable Clips, Bolts and More | 20.00 |
| 3157 | 235053 | Weld-on Plumbing PVC Primer-Cement Set, Grade-5 Hitch Pin, Orange Coiled Hose and More | NS |
| 3159 | 11497 | (4) Spartan Mosquito ProTech Mosquito Concentrate Killer Packs | 50.00 |
| 3160 | 229703 | (4) Geveelife IP67 Waterproof Outdoor Enclosures and StarLink Router - Model UTR-211 | 61.00 |
| 3161 | 235053 | Bosch PR011 Plunge Base | NS |
| 3163 | 229037 | Neilsen CT2097 Auto Body Repair Tool Set | 25.00 |
| 3165 | 214415 | EnerTwist Drill Bitx Index | 42.00 |
| 3166 | 233767 | Bolt and Nuts Brand Hardware Assortment with Metal Case | NS |
| 3167 | 228945 | Vigrue Alloy Steel Bolt & Nut Assortment with Plastic Case | 30.00 |
| 3168 | 229139 | Dremel 8220 Cordless Tool Kit with Accessory Pack | 86.00 |

| | | | |
|---|---|---|---|
| 3169 | 233767 | DeWalt 8-Piece Combination Wrench Set | NS |
| 3170 | 229703 | Cartman 148-Piece Tool Set (May Be Incomplete) | 18.50 |
| 3171 | 86193 | Byniiur Auto Body Repair Tool Set | 25.00 |
| 3172 | 229086 | Chentuopo File Set | 25.00 |
| 3173 | 46574 | Cable/Bolt Cutter Kit | 20.00 |
| 3174 | 11298 | Hitch/Linch/Double Pins Assortment | 41.00 |
| 3180 | 216314 | Yellow 50' Glow 15A 125V 1875W Rating Plug Extension Cord (Stock Photo Used for Reference Only) | 35.00 |
| 3181 | 179144 | Jar-Owi Cordless Drill Kit | 5.00 |
| 3183 | 235053 | Curt Rebellion XD Adjustable Cushion Hitch - Model 45951 | NS |
| 3185 | 227746 | Drill Rubber Grommet Assortment, Clarks Hose Clamp Assortment and Duru Stainless Steel Cable Clamp Kit | 25.00 |
| 3186 | 235053 | Sealed Xdovet Bi-Metal Hole Saw Kit | NS |
| 3187 | 229141 | KeenPower Cordless Inflator Kit (Brand New Never Used) | 31.00 |
| 3188 | 229703 | Deway Battery-Powered Transfer Pump with User-Operated Nozzle - Model WSAYPUMP14 (Brand New Never Used) | 45.00 |
| 3189 | 233767 | Wire Brush Drill Set, Wall Stud Finder - Model TH410, Autocraft Magnetic Tray and New Craftsman Ratcheting Screwdriver Set | NS |
| 3190 | 214415 | Group of Tool Organizer Rack | 25.00 |
| 3191 | 235053 | AstroAI Cordless Inflator with Battery | NS |
| 3192 | 231812 | DeWalt DCD771 Cordless Drill, DCB107 Charger, DCD708 Drill and Batteries | 85.00 |
| 3193 | 229366 | (1) ABUS Security Chain - Retail $153 | 60.00 |
| 3193A | 235053 | (1) ABUS Security Chain - Retail $153 | NS |
| 3193B | 235053 | (1) ABUS Security Chain - Retail $153 | NS |
| 3195 | 11298 | Tool Organizer Trays | 25.00 |
| 3196 | - | (2) Rebar Cages | NS |
| 3198 | 232991 | Door Security Strike Plates, Router HingeMate-150, Atlin Corner Chisel and More | 7.50 |
| 3199 | 235053 | Hose Clamps, Ecodite Steel Wire Brushes, Auger Drill Bit and More | NS |
| 3200 | 235053 | Winch Cable Roller Fairlead | NS |
| 3201 | 231637 | Briggs & Stratton Smart-Fill Fuel Filling System 5-Gallon Can | 35.00 |
| 3203 | 235053 | Lever Action Bucket Oil Pump (Brand New Never Used) | NS |
| 3204 | 227746 | Performance Tool Lever Action Dispenser - Model W54232 (Brand New Never Used) | 26.00 |
| 3205 | 214415 | Medical Trauma Bag with Assorted Contents - Model SCHTB500R | 160.00 |
| 3206 | 229703 | (2) Briggs & Stratton Plastic 5-Gallon Fuel Cans | 25.00 |
| 3207 | 229703 | (2) Mixed Plastic Fuel Cans and Dispos-Oil Container | 12.50 |
| 3208 | - | (3) Sure Filter Heavy Duty Air Filters - Model SFA-5588P | NS |
| 3208A | - | (2) Wix Premium Oil Filters - Model WL7237 | NS |
| 3208B | - | (4) Duramax Hydraulic Filters - Model P169078 | NS |
| 3208C | 235053 | (4) Kubota Fuel Filter/Separators Elements - Model 1G311-43380 | NS |
| 3209 | - | Box of Garage Door Insulation | NS |
| 3211 | 235381 | Open Box of Snow Poles - Model A1019 | 17.50 |
| 3213 | 235053 | (3) Wen Carpeted Furniture Dollies | NS |
| 3214 | 235053 | Plastic Furniture Dolly | NS |
| 3215 | 235053 | Plastic Furniture Dolly | NS |
| 3216 | 229703 | Ronlap Folding Hand Truck | 7.50 |
| 3217 | 229703 | Rhino Cart All-Terrain Mover Furniture Dolly | 70.00 |
| 3218 | 179144 | Powerbuilt TripleLift 3000 Lbs. Auto/Motorcycle/ATV Jack | 70.00 |
| 3220 | 231637 | Vulcan 8-Lasso Strap Car Tie-Down Kit with O-Rings | 55.00 |
| 3221 | 56036 | Group of Assorted Funnels, Open Bottle of Car Wash, Prestone Concentrate Coolant (Dominator NOT Included) | 10.00 |
| 3224 | 235053 | Lifeline Snowbound Travel Kit, Roadside Reflective Triangles and More | NS |

| | | | |
|---|---|---|---|
| 3225 | - | Group of Assorted Sizes Filters and FY-Power 11-Piece Air Accessories Kit | NS |
| 3226 | 229305 | New in Open Box Wireless Magnetic Trailer Camera Kit | 70.00 |
| 3227 | 235053 | Scorpio Motorcycle Alarm, Blue Coiled Air Hose, Oil Filter Wrenches and More | NS |
| 3229 | 235053 | 4-Swicth Wall Plate, Outlet Safety Plugs, Self-Drilling Roofing Screws and More | NS |
| 3231 | 11298 | AKM Tool 16-Piece Magnetic Extra Long Nut Driver Set | 32.00 |
| 3232 | 229703 | CTEK MUS 4.3 Test & Charge Battery Charger | 60.00 |
| 3233 | 229703 | (2) Packs of 15-Minute Safety Flares, Non-Marring Impact Socket Set, Wobble Wedges and Westinghouse Saf-T-Brace | 35.00 |
| 3234 | 235053 | Rubbermaid Commercial Products Drop-Handle Flat Cart (Stock Photo Used for REFERENCE ONLY) | NS |
| 3235 | 235053 | **UPDATED WITH SPECS** 2004 Chevrolet Corvette ZO6 Commemorative Edition Track/Road Car (Cost Over $86,000) - VIN: 1G1YY12S845131789 - ODO: 33,608 - Only 40 Miles of Track Use - Includes Ported and Polished Throttle-body, (4) additional Yokohama Advan Sport A/S 255/40R17 94W Tires with Rims, Carbotech Front and Rear Brake Pads and much more (See Additional Specs in the Link Below) | NS |
| 3235A | 235053 | 2013 Interstate Tandem-Axle Enclosed Car Hauler Trailer Includes Some Accessories - VIN: 1UK500J22D1076708 (Cost Over $18,000) | NS |
| 3237 | 233767 | Rockseed Cross-Line Laser Level | NS |
| 3238 | 229703 | Angel Sar 8"/700 Lbs. Heavy-Duty Furniture Dolly & Lifter Tool Kit (Tote NOT Included) | 17.50 |
| 3241 | 233767 | Bosch BT160 Professional Tripod and Huepar S04CG 4D 16-Lines Laser Level | NS |
| 3242 | 235053 | Master Lock Camouflage 6-Foot Cable Lock, Jxmox Digital Cable Lock, Boot Jack and More (Tote NOT Included) | NS |
| 3243 | 235053 | Workpro 6-Piece Quick-Release Bar Clamp Set - Model W00144A | NS |
| 3244 | 229366 | Vcoros Motorcycle Equipment Indian Helmet - Size Large - Model F-07 | 31.00 |
| 3245 | 229139 | Triangle Poly Shield Motorcycle Helmet - Size Large - Model 0P12A | 35.00 |
| 3246 | 229366 | Rechargeable Searchlight | 30.00 |
| 3247 | 179144 | (2) Fortem 4-Pack Ratchet Straps Sets | 25.50 |
| 3248 | 231564 | Craftsman Wet/Dry Vac with Attachments - Model CMXEVBE176560 | 95.00 |
| 3249 | 229703 | Harley-Davidson 5-Amp Weather-Resistant Battery Tender Charger | 15.00 |
| 3250 | 229139 | Group of Outdoor Solar Spotlights | 31.00 |
| 3251 | 231988 | Toolant Tap & Die Kit | 75.00 |
| 3252 | 198490 | New in Open Box Natural Gas Hose - Model OF-US-SZ-RQPJ0117-PVC1 | 10.00 |
| 3253 | 198490 | Big Red Jacks Engine Leveler | 17.50 |
| 3254 | 229703 | Eaz-Lift Heavy Duty Trailer Spare Tire Mount | 15.00 |
| 3255 | 179144 | Eaz-Lift Heavy Duty Trailer Spare Tire Mount | 12.50 |
| 3256 | 229139 | NEW Mighty Mule FM143 Automatic Gate Lock | 50.00 |
| 3257 | 231988 | Husky Rolling Tool Cabinet - 72" x 24" x 37.56" | 700.00 |
| 3258 | 235053 | Newdeli Stainless Steel Cable Clamp Kit, Air Blow Gun, Stainless Steel Connectors and More | NS |
| 3259 | 233767 | Group of Assorted Craftsman Combination Wrenches | NS |
| 3260 | 235053 | Group of Assorted Allen Key Wrenches | NS |
| 3261 | 229037 | Group of T-Handle Drivers, Retention Pins, Cotter Pins and More | 30.00 |
| 3262 | 235053 | Assorted Tape Rolls and (2) Plastic Auger Bits | NS |
| 3263 | 235053 | Group of Assorted Sockets, Ratchet, Torque Wrench and Extensions | NS |
| 3264 | - | JEI Bash Bar for 4x4 | NS |
| 3265 | 235053 | HaulPro Conversion Dolly | NS |

| | | | |
|---|---|---|---|
| 3266 | 235053 | Group of Assorted Craftsman Combination Wrenches and Adjustable Wrenches | NS |
| 3267 | 231637 | Group of Assorted Socket Holder Trays | 12.50 |
| 3268 | 233767 | Group of Wrench Holders, Auger Bit and Wood Drilling Set | NS |
| 3269 | 229037 | (5) Mixed Adjustable Wrenches, Wire Stripper and More | 35.00 |
| 3270 | 65966 | (2) Giklux 45-Pack Tool Organizer Tray Sets, Upholstery Nails, Steel Wire Cable Grip, Micrometer and More | 26.00 |
| 3271 | 216314 | (2) Flemon 3-Pack Outdoor Extension Cord Covers, 3-Outlet Glow Extension Cord, Cord Safe Kit and More | 45.00 |
| 3272 | 235053 | Black Hose, Roll of Tool Box Liner, Quick Connector - Model PA66-GF30 and More | NS |
| 3275 | 235053 | Abus Granit X-Plus 540 Bike Lock | NS |
| 3275A | 235053 | Abus Granit X-Plus 540 Bike Lock | NS |
| 3276 | 229141 | Sealed Ares Torque Limiting Extension Bar Set - Model 70367 | 40.00 |
| 3277 | 216314 | Sealed Reetai-Four 10-Piece Wall Hole Saw Kit | 30.00 |
| 3278 | 235053 | Rotoshovel Automatic Handheld Shovel with Auger | NS |
| 3279 | 235053 | Combowise 246-Piece Drill Bit Set | NS |
| 3280 | 235046 | Kata Carbon Steel Hole Saw Kit | 35.50 |
| 3281 | 229703 | Trimax Receiver/Coupler Set - Model SXTM33 | 18.00 |
| 3282 | 235053 | Sealed Klein Tools Electrical Test Kit | NS |
| 3283 | 229141 | Craftsman Multi-Piece Tool Kit (May be Incomplete) | 26.50 |
| 3287 | 235053 | Sealed 12" Ceramic Tile Lifter | NS |
| 3288 | 229703 | Janniress 2-Piece 12" Lifter | 20.00 |
| 3289 | 235053 | Kohree 3-in-1 Manual Nail Gun, Workpro 4-in-1 Heavy-duty Stapler and RexBeti Utility Folding Saw | NS |
| 3291 | 179144 | Sealed Worksite Tools & Equipment 3-Power Source Inflator/Deflator - Model CAP328 | 20.00 |
| 3293 | 198490 | Amzcnc YQK-70 Hydraulic Crimping Tool | 50.00 |
| 3295 | 46574 | Aerial HD4 WN572HG3 AC1200 Dual-Band High Power Outdoor Wireless AP/Range Extender, Chef Professional Kitchen Torch, Divolight Multifunction Water Quality Tester and More | 50.00 |
| 3296 | 235053 | Group of Assorted Kwik Safety Straps, Fence Shock Tightener and More (Tote NOT Included) | NS |
| 3297 | - | 4-Wheel Base Rack | NS |
| 3298 | 235053 | Reusable Respirator Masks, Filters and Goggles | NS |
| 3299 | 229366 | Group of Assorted Multi-Use Covers and Tarps (Brand New Never Used) | 15.00 |
| 3303 | 216314 | Group of Mixed Extension Cords and 250-Foot Copper Building Wire | 110.00 |
| 3304 | 235053 | Open Box of Smoak Cooking Wood - White Oak | NS |
| 3305 | 235053 | NEW Bosch PR20EVSNK Palm Router and RA1054 Base | NS |
| 3306 | 235053 | Simple Green Cleaner, Black & Decker Laser Level, Olympia Tools Tool Bag and More | NS |
| 3307 | 235053 | Bob's Industrial Supply Red Cylinder Dolly | NS |
| 3308 | 65966 | The Deck Demon Pry Bar | 32.00 |
| 3309 | 235053 | NEW Turnart Universal Trailer Lock, Torq Polisher, Landscape Flood Light and More (All New Never Used) | NS |
| 3310 | 187632 | Sealed Dremel Flex Shaft Rotary Tool | 30.00 |
| 3311 | 231812 | Sealed Saker Mini-Electric Cordless Chainsaw | 25.00 |
| 3312 | 235053 | Sealed Black & Decker 20-Volt 5-1/2" Circular Saw (Tool Only) | NS |
| 3313 | 235053 | DeWalt DWH304DH Dust Extractor | NS |
| 3314 | 235053 | Adir Pro 22X Transit Level - Model 714-22 | NS |
| 3315 | 235053 | Adir Pro 22X Transit Level - Model 714-22 | NS |
| 3316 | 231812 | DeWalt DCH293B SDS Plus 20-Volt Rotary Hammer (Tool Only) | 225.00 |
| 3317 | 235053 | DeWalt DCV517B Wet/Dry 1/2 Gallon 20-Volt Vacuum Pump (Tool Only) | NS |
| 3318 | 229366 | DeWalt 3-Shelf Rack - 49.5" x 18" x 48" | 75.00 |

| | | | |
|---|---|---|---|
| 3319 | 229366 | DeWalt 3-Shelf Rack - 49.5" x 18" x 48" | 70.00 |
| 3320 | 233767 | DeWalt 3-Shelf Rack - 49.5" x 18" x 48" | NS |
| 3321 | 216314 | (4) Boxes of Leviton 10-Pack Switches, Leviton 10-Pack Outlets, 3-Pack Rocker Dimmers and More | 35.00 |
| 3322 | 230481 | Group of Assorted Humvee Parts Including Side View Mirrors, Midwest Military Co. Left-Hand Outer Item - Model SD-M001-L and More | 30.00 |
| 3324 | 216314 | (5) Tubes of Dap Alex Fast Dry Caulk and (2) GE Silicon Tubes | 15.00 |
| 3325 | 229366 | Scott Shop Towels, Autocrat Microfiber Towels, Microfiber Car Wash Towels and More | 20.00 |
| 3327 | 235053 | Popoman MTR420B Power Grinder/Angle Grinder Kit | NS |
| 3328 | 229141 | DeWalt DCS356 Cordless Oscillating Multi-Tool Kit | 70.00 |
| 3329 | 235053 | Zep Driveway Cleaner, Rain-X All-Season Windshield Washer Fluid, Howard Restor-A-Finish Dark Walnut Finish and More | NS |
| 3330 | 231812 | NEW Champion Power Equipment Semi-Trash Water Pump with Hose - Model 100743 - Retail $500 (Brand New Never Used) | 230.00 |
| 3331 | 179144 | DeWalt DCP580 Cordless Planer with Battery and Charger | 120.00 |
| 3332 | 235053 | DeWalt DCD771 Cordless Drill Kit | NS |
| 3333 | 179144 | DeWalt DCS367 Cordless Reciprocating Saw Kit | 155.00 |
| 3334 | 231812 | DeWalt DCF809 Impact Driver, Tool Bag and (2) Batteries | 100.00 |
| 3334A | 233767 | DeWalt DCL043 Jobsite LED Spotlight with Battery | NS |
| 3335 | 235053 | DeWalt DCS570 7-1/4" Circular Saw with Battery and Blade | NS |
| 3336 | 231637 | DeWalt DCGG571 Cordless Grease Gun Kit | 120.00 |
| 3337 | 235053 | Greenworks ISG402 40-Volt Impact Driver Kit | NS |
| 3338 | 235053 | Huepar Laser Line Receiver | NS |
| 3339 | 216314 | Greenworks DDG401 40-Volt Drill with Battery and Charger | 20.00 |
| 3340 | 216314 | Black & Decker Cordless Drill with Battery and Charger - Model LDX120 | 20.00 |
| 3341 | 229037 | DeWalt Small Parts Organizer Case, Driver Bits, Hole Saw Kit and More | 30.00 |
| 3342 | 231988 | Dremel 8240 Cordless Tool with Battery and Charger | 35.00 |
| 3343 | 235053 | AideLife Drilling Dust Collection Attachment - Model AD-1805 | NS |
| 3344 | 229703 | NEW Greenworks 60-Piece Multi-Material Drill & Driver Kit (New Never Used) | 20.00 |
| 3345 | 229037 | New Skil Self-Leveling Red Cross Line Laser - Model LL932301 | 35.00 |
| 3346 | 229037 | Rexbeti REX042 10-Piece Wood Chisel Set | 30.00 |
| 3347 | 11497 | New Wagner Furno-700 Heat Gun | 35.00 |
| 3348 | 121520 | NEW GearWrench Tap & Die Kit | 65.00 |
| 3349 | 231564 | (2) Worx Quick Grip Clamps | 40.00 |
| 3350 | 235053 | Rain Gutter Splash Block, LED Headlight Kit, Touch-Up Cup and Koova Grease Gun Storage Holder | NS |
| 3352 | 235053 | New in Open Box Landworks Cordless Lifting & Pulling Tool | NS |
| 3355 | 229703 | Buyers Products 4" Drop/2" Ball Hitch, Dual Size Hitch, Trailer Hitch Lock Set and More | 70.00 |
| 3356 | 229139 | Husqvarna 445 X-Torq Chainsaw | 250.00 |
| 3357 | 230481 | (3) Tripod Lawn Sprinklers | 47.00 |
| 3358 | 216314 | Portable Outdoor Shower | 55.00 |
| 3359 | 229029 | Craftsman Cordless lawn Tool Pack Incudes Battery and Charger | 45.00 |
| 3360 | 235053 | Scrub Brushes with Poles, Extendable Paint Roller, Extension Pole and More | NS |
| 3362 | 235053 | Driver Bit Kit (Incomplete), Sunzone LED Light, Wobble Wedges and More | NS |
| 3363 | 229029 | Autographed Snell SA-2005 Pyrotect Racing Helmet - Size Large | 12.50 |
| 3364 | 227746 | Snell SA-2010 Racing Helmet -Size Large with Shock Doctor Carrying Bag | 20.00 |
| 3365 | 11497 | Bleffe Racing Helmet - Size Large with G-Force Carrying Bag | 7.50 |

| | | | |
|---|---|---|---|
| 3366 | 229366 | Salomon Snowboarding Helmet, Oakley Goggles, Lens Cleaning Kit and Summit Racing Carrying Bag | 20.00 |
| 3369 | 229086 | (4) 15-Foot 304 Stainless Steel Metal Garden Hoses | 60.00 |
| 3370 | 235053 | 2022 Yamaha Wolverine RMAX 1000 High-Performance Parallel-Twin Side-by-Side UTV - VIN: 5Y4AN40Y2NA102010 (Cost Over $34,000) - 108-HP/999cc - 64" Wide with 30" Tires - Fox QS3 Suspension - Up to 70 MPH | NS |
| 3371 | 228945 | Yamaha Wolverine RMAX 1000 Magellan Adventure Pro, Super ATV Yamaha Door - Model 0902, Mudbusters Item, S2 UTV Side Mirror Kit and More | 275.00 |
| 3376 | 231812 | Red Cylinder Dolly , Toch Accessory and Blue Rhino Propane Tank (Fill Level Unknown) | 40.00 |
| 3377 | 235053 | Bob's Industrial Supply Gray Platform Cart | NS |
| 3378 | 231988 | USMC Built Armored Enhanced 4x4 Humvee (Cost Over $88,000) Built for the Israeli Military with Gichner Shelter Systems Electrical Shelter, Head Sets, SmartTech Battery Charger, Fuel/Water Separator and More Accessories - Model M1152A1B2FK5 - USMC Reg. No. 623901 - NSN# 2320-01-581-8566 - Manufacturer Serial Number: 249027 - ODO: 8,985.9 Miles - One of only 13 Made Available to the Public | 50,000.00 |
| 3379 | 221162 | (1) Reflective Car Cover | 7.50 |
| 3380 | 229366 | Gray Car Cover with Apron (Vehicle Not Included) | 12.50 |
| 3381 | 229366 | Gray Car Cover with Dashield Apron (Vehicle Not Included) | 20.00 |
| 3382 | 4950 | CoverKing Reflective Car Cover with Apron (Vehicle Not Included) | NP |
| 3383 | 232991 | Gray Car Cover with Apron (Vehicle Not Included) | 7.50 |
| 3384 | 179144 | New Natural Gas Water Heater - Model GCR-40-400 | 60.00 |
| 3392 | 216314 | Efield Washing Machine Outlet Box, Microfiber Mop Pads, Alex Tech Split Wire Loom Tubing and More (Tote NOT Included) | 5.00 |
| 3393 | 228884 | Hicfm 20" High-Velocity Pedestal Fan | 50.00 |
| 3394 | 228884 | Master 48" Warehouse Fan - Model SFB-484-29-17M-2-B - Retail $800 | 110.00 |
| 3395 | 235381 | Group of Eco-Fuel Wood Pellets | 17.50 |
| 3396 | - | Group of Mixed Sanded Grout Mix | NS |
| 3398 | 232147 | Group of Stick Stacks Fire Starters, Galvanized Ice Bucket and Wrought Iron Stand | 81.00 |
| 3403 | 235053 | Kingsford Quick Start Charcoal Chimney Starter, Chapin Chemical Sprayer, Yellow Extension Cord, Outdoor Fan for Barbeque, Sifter and More (Tote NOT Inlcuded) | NS |
| 3407 | 229366 | Stamina Pull-Up/Dip Rack | 228.00 |
| 3408 | 231564 | Adjustable Dip Bar/Parallel Rack | 30.00 |
| 3410 | 214415 | 2001 Stewart & Stevenson Services, Inc. Tactical MTV Water Tanker (Cost Over $127,000) - VSN/USA# NL1EAF - Mfg. Serial# T-014668EFDK - NSN# 2320-01-447-3893 - Model M1088A1 - ODO: 1,719.3 Miles - Sold with Bill of Sale | 61,000.00 |
| 3415 | 231812 | Yitamotor 43" x 45" Forklift Safety Cage | 170.00 |
| 3420 | 232859 | PAN-22G1-14E Hi-Cube Sea Container - 238" x 95" x 102" (Contents Sold Separately) | 2,025.00 |
| 3421 | 235053 | PAN-22G1-14E Hi-Cube Sea Container - 238" x 95" x 102" (Contents Sold Separately) | NS |
| 3422 | 231637 | White Car Port Canopy Cover - 239" x 238" | 790.00 |
| 3423 | 57092 | Lincoln Electric Eagle 10,000 Plus Welder and Aluminum Trailer - 78" x 88" x 41" (Both Tires are Flat/Cropping Tool on back NOT Included) | 4,000.00 |
| 3424 | 229703 | Loral Electro-Optical Systems M80 Launcher Transport Box with Branch Cutters, Auto Battery, and More - 62" x 24" x 24" | 25.00 |
| 3427 | 11497 | Abus 72" Security Chain - Retail $92.00 | 40.00 |
| 3427A | 11497 | Abus 72" Security Chain - Retail $92.00 | 40.00 |
| 3427B | 11497 | Abus 72" Security Chain - Retail $92.00 | 40.00 |
| 3436 | 51049 | Large Little Giant SkyScraper Ladder - Over 30ft Fully Extended - Retail $1,447 | 510.00 |
| 4020A | 231879 | Apex Adjustable Ab Bench | 35.00 |
| 4022 | 229703 | Little Giant Work Platform - Model 10104 | 7.50 |

| | | | |
|---|---|---|---|
| 4025A | 229139 | NEW Thunderbay 6-Person See Through Hunting Blind, Model D450WD (Brand New Never Used) | 201.00 |
| 4031 | 11497 | NEW OPEAK HUMMER-UNIK electric bike (Cost Over $1,600) - long-distance travel companion with 48V 13.6AH removable battery, 750W high-speed brushless motor, top speed of 28 mph, cruising range of up to 46 miles, three riding modes: pure human pedaling, pedal assist and pure electric mode | 850.00 |
| 4032 | 11497 | NEW Velowave E-Bike - Model VWFMTB3 - Retail $1,100 - provides 3 riding modes: Pure electric mode, pedal-assist mode, classic bike mode - Max Speed: 28+MPH by pedal; 20 MPH by throttle; Range: up to 65+ Miles by Pedal; 35+ Miles by Throttle - New in Box | 850.00 |
| 4033A | 231812 | Fold Away Inversion Table with Air Soft Leg Holders | 50.00 |
| 4034 | 235053 | Peak Portable Power System 450 Jump Starter/Inflator | NS |
| 4034A | 19907 | NEW UWS Metal "Black" Under Tonneau Chest Truck Box, Model 19417986 (Brand New Never Used) | 111.00 |
| 4036 | 214415 | (2) 5-Qt. Bottles of Valvoline Advanced 10W-30 Motor Oil | 35.00 |
| 4036A | 235053 | Aierxuan Boutique "Black" Front Bucket Seat Covers | NS |
| 4037 | 189636 | Michelin LT265/70R18 Tire | NP |
| 4037A | 231812 | Three Head Solar Powered 182 LED Cordless Light with PIR Sensor & CDS Night Sensor | 65.00 |
| 4038A | 232147 | Wooden 8' Straight Pathway | 35.00 |
| 4039A | 8843 | Crown Shades 8' Folding Canopy | 60.00 |
| 4040 | 235053 | (2) DiversiTech 18x38 Shelves | NS |
| 4041 | 229139 | Forney Portable Oxy-Acetylene Cutting & Welding Outfit | 90.00 |
| 4042 | 235053 | Sealed Champion Global Power Equipment Portable Generator - Model 100416 - Retails $1,300.00 (Stock Photo Used for Reference Only) | NS |
| 4043 | 179144 | Open Box of Lincoln Electric Welding Sticks | 45.00 |
| 4043A | 231812 | Rigid RDS-Series PRO Light Bar - Retail Over $1,000 | 320.00 |
| 4044A | 235053 | EGO Head for Trimmer & 40V Lithium Edge Trimmer | NS |
| 4045 | 233767 | Sealed DeWalt DXST4500 Industrial 3-Shelf Rack (Stock Photo Used for Reference Only) | NS |
| 4045A | 9868 | Running Boards for Land Rover | 5.00 |
| 4048A | 229139 | (5) Metal Shooting Range Signs (50, 75, 100, 150, & 200 Yards) | 80.00 |
| 4049 | 235053 | Honeywell Home LTE-L57A Lynx Touch LTE Communicator, Powsaf RV Surge Protector, Wyze Home 5-Piece Monitoring System and More (Tote NOT Included) | NS |
| 4051 | 235053 | Group of Mixed Equine Gear Includes Oral Paste, Fly Mask, Leads and More (Tote NOT Included) | NS |
| 4055 | 9868 | (2) Greenworks Cordless Pole-Saws, (1) String Trimmer and (1) Hedge Trimmer | 45.00 |
| 4058 | 13388 | Black & Decker Electric Edger | NP |
| 4061 | 11298 | Rubbermaid Maximizer Dustpan, Mop and Wood Handle Squeegee | 30.00 |
| 4062 | 229703 | Group of Leviton Tabletop Dimmers, Wallplates, Taymac Weather Proof Covers and More | 40.00 |
| 4063 | 235053 | Open Case of Stainless Steel Supply Hoses | NS |
| 4065 | 235053 | DeWalt Lone Level and (2) Mixed Blue Line Levels | NS |
| 4069 | 216314 | Green Extension Cord | 7.50 |
| 4070 | 229703 | NEW 4-Prong RV Extension Cord | 55.00 |
| 4071 | 235053 | Worx 40-Volt HydroShot | NS |
| 4073 | 235053 | DeWalt 23-Piece Drive Impact Socket Set and Group of Paint Brushes (Tote NOT Inlcluded) | NS |
| 4077 | 235053 | Orlich Tripod LED Worklight - Model ALT-W02A-60 | NS |
| 4078 | 235053 | Vestil Lightweight Door & Panel Dolly | NS |
| 4079 | 187632 | Kingsford Quick Start Charcoal Chimney Starters and Coleman Propane Lantern Case | 15.00 |
| 4083 | 231394 | Used Ridgid Wayne Pump | 20.00 |
| 4086 | 179144 | DeWalt DCR025 20-Volt Job Site Radio | 75.00 |
| 4087 | 235053 | | NS |

| | | | |
|---|---|---|---|
| | | Champion Power Equipment 25-Foot Generator Cable and Generator Cover | |
| 4094 | 179144 | Group of Coleman All-Purpose Fuel | 30.00 |
| 4112 | 235053 | NEW Flojet Pressurized Bladder Tank - Model 02840100, Automatic Booster Pump and More - Retail Over $600 | NS |
| 4123 | 235053 | NEW KB Fenesis KBAC-Series NEMA 4X/IP65 AC Motor Speed Control | NS |
| 4125 | 11298 | Yellow Portable Fuel Caddy with Handle | 90.00 |
| 4126 | 187632 | Greenworks 2000PSI Pressure Washer | 80.00 |
| 4127 | 11298 | Oreal Red Auto Fuel Caddy | 90.00 |
| 4134 | 235046 | Sears/Craftsman Table Saw with 100ft Yellow Extension Cord with Glow-Plug | 40.00 |
| 4135 | 198490 | Detecto Platform Scale | 7.50 |
| 4136 | 235046 | Airless Paint Sprayer | 7.50 |
| 4137 | 229703 | Chrome 4-Shelf Storage Rack, 4-Drawer Vertical File Cabinet, Orange Wheel Chocks and More | 30.00 |
| 4149 | 235053 | Sealed Rush Creek Creations Barn Wood 8-Gun Floor Rack - Retail $119.99 | NS |
| 4150 | 235053 | Sealed Rust Creek Creations Barn Wood 8-Gun Floor Rack - Retail $119.99 | NS |
| 4151 | 235053 | Sealed Rust Creek Creations Barn Wood 8-Gun Floor Rack - Retail $119.99 | NS |
| 4152 | 235053 | Sealed Rust Creek Creations Barn Wood 8-Gun Floor Rack - Retail $119.99 | NS |
| 4160 | 235381 | (2) Worx WX065 Clamping Saw Horses | 52.00 |
| 4162 | 229139 | (2) Buckets of Bourbon Barrel Smoking Chunks | 61.00 |
| 4165 | 216314 | Igloo Marine Quantum 52 Qt. Roller Ice Cooler | 30.00 |
| 4172 | 229029 | Used KBAC-Series AC Motor Control | 5.00 |
| 4173 | 229029 | Used Marathon General Purpose Motor - Model EVB 56T17F5303E P | 5.00 |
| 4174 | 179144 | Coleman 316-Series Wheeler Cooler | 36.00 |
| 4178 | 235053 | Pelican 65 Qt. Elite Cooler - Retail $539 | NS |
| 4179 | 187632 | Arcan Professional Tools 3-Ton Aluminum Floor Jack | 125.00 |
| 4180 | 235381 | Coleman Powermate Pulse 1850 Portable Generator | 95.00 |
| 4181 | 229086 | Cap Flat Bench - Model FM-703B | 10.00 |
| 4182 | 235046 | Rheem Rheemglas Fury 6-Gallon Water Heater | 25.00 |
| 4183 | 235053 | Folding 3-Step Painter's Ladder | NS |
| 4184 | 235053 | Louisville Fiberglass 6-Foot Step Ladder - Model FS1506 | NS |
| 4185 | 229703 | Little Giant 22-Velocity Ladder - Retail $484 | 110.00 |
| 4186 | 51049 | Little Giant 21-Sky Scraper Ladder - Retail $1,090 | 400.00 |
| 4188 | - | Apex Declined Bench | NS |
| 4189 | 227746 | Blue Air Compressor Pipe | 12.50 |
| 4190 | 227746 | NEW Auto Hydra DVS-2040 Wheel Balancer with Manual (Brand New Never Used) | 901.00 |
| 4195 | 235053 | Electric Stair Climbing Hand Truck (May Need to be Charged) | NS |
| 4196 | 187632 | Fitness Select Dumbbell Weights | 15.00 |
| 4198 | 227746 | Kinchoix Enclosure | 14.50 |
| 4199 | 235053 | Open Box of Wood Handle Plungers | NS |
| 4200 | 233780 | Gas-Powered Earth Auger (Appears New) | NP |
| 4201 | 229703 | Oreal Auto Fuel Caddy | 85.00 |
| 4205 | 227746 | NEW Auto Hydra 24" Tire Changing Machine (Brand New Never Used) | 1,026.00 |
| 4206 | 235053 | Group of Assorted Sealed Bags of Charcoal | NS |
| 4208 | 198490 | Group of Mixed Sized Tires | 130.00 |
| 4209 | 231812 | LifePro Curl Bench | 7.50 |
| 4210 | 227746 | Yellow Single Door Security Cage | 7.50 |
| 4211 | 233767 | Camplux Mini-Tank Water Heater (Stock Photo Used for Reference Only) | NS |

| | | | |
|---|---|---|---|
| 5050 | 229141 | Zozen Collapsible Measuring Wheel | 30.00 |
| 5055 | 229366 | Barska Spotter's Scope with Tripod | 160.00 |
| 5108 | 235053 | (2) Maxxima MEW-DM650A 600-Watt 3-Way Slide Dimmer Rocker Switches | NS |
| 9163 | 231812 | (4) Cage Permanent Hub Blinds Hunting Stands 10' x 10' Each | 400.00 |
| 9164 | 235046 | Group of Steel Braided Rope | 100.00 |
| 9165 | 235053 | HaulPro Conversion Dolly | NS |
| 9166 | 229139 | NEW High & Wild Adjustable Paper Target Stand (Stock Photo Used for Reference Only) | 21.00 |
| 9167 | 229703 | (3) NEW Popper Gun Steel Targets | 80.00 |
| 9168 | 229037 | NEW D10 Battery Fan (Stock Photo Used for Reference Only) | 17.00 |
| 9169 | 229703 | (2) Allen Hard Rock Boomslang Gong Targets | 70.00 |
| 9170 | 232994 | Group of Valterra Stackers Blocks | 12.50 |
| 9171 | 231812 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 110.00 |
| 9172 | 229139 | NEW High & Wild AR500 Bullseye Torso Target - Model HOST-MC220 (Stock Photo Used for Reference Only) | 120.00 |
| 9173 | 179144 | Eagle Peak Camping Table (Stock Photo Used for Reference Only) | 30.00 |
| 9174 | 229139 | NEW Birchwood Boomslang Gong Metal Target (Stock Photo Used for Reference Only) | 120.00 |
| 9175 | 229703 | NEW Birchwood Boomslang Gong Metal Target (Stock Photo Used for Reference Only) | 100.00 |
| 9176 | 229703 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 100.00 |
| 9177 | 229139 | NEW Birchwood Boomslang Gong Metal Target (Stock Photo Used for Reference Only) | 120.00 |
| 9178 | 229703 | NEW Birchwood Boomslang Gong Metal Target (Stock Photo Used for Reference Only) | 100.00 |
| 9179 | 229703 | NEW High & Wild BX1 Series Steel Target Stand - Model HOST-B1E2 | 95.00 |
| 9180 | 229141 | NEW Porter-Cable LED 110-Watt Worklight (Stock Photo Used for Reference Only) | 40.00 |
| 9181 | 229703 | NEW Porter-Cable LED 110-Watt Worklight (Stock Photo Used for Reference Only) | 35.00 |
| 9182 | 231812 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 110.00 |
| 9183 | 229703 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 100.00 |
| 9184 | 231812 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 95.00 |
| 9185 | 229703 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 100.00 |
| 9186 | 231812 | NEW Birchwood Long Range Spoiler Alert Target - Model BC-LCSPLR (Stock Photo Used for Reference Only) | 100.00 |
| 9187 | 235053 | NEW Pelican 80-Quart Elite Cooler - Retail $692 (Stock Photo Used for Reference Only) | NS |
| 9188 | 229703 | GSM, LLC. Body Flipper AR400 Target with 2-Piece Base - Model BC-47443 (Stock Photo Used for Reference Only) | 100.00 |
| 9189 | 229004 | New in Open Box Savior 30" Specialist Covert Rifle Case (Stock Photo Used for Reference Only) | NP |
| 9190 | 229703 | Group of Boomslang Targets, Mounting Chains, Torso Target and More | 120.00 |
| 9191 | 229405 | NEW Stansport Camp Table with Benches (Stock Photo Used for Reference Only) | 50.00 |
| 9192 | 233767 | NEW Stansport Camp Table with Benches (Stock Photo Used for Reference Only) | NS |
| 9193 | 229703 | Boomslang Target Stand with (1) Target | 70.00 |
| 9194 | 229703 | Iron Flipper Target | 50.00 |
| 9195 | 229151 | NEW GCI Outdoor Slim-Fold Cook Station (Stock Photo Used for Reference Only) | 45.00 |
| 9196 | 25562 | NEW Chunk Mo' Foam Chunk Layered Foam Target | 55.00 |

| | | | |
|---|---|---|---|
| 9197 | 11298 | NEW Chunk Mo' Foam Chunk Layered Foam Target | 40.00 |
| 9198 | 202714 | Caldwell Ultimate Target Stand | NP |
| 9199 | 229703 | Caldwell Ultimate Target Stand | 15.00 |
| 9200 | 229703 | NEW Caldwell Ultimate Target Stand 2-Pack Includes Spines (Stock Photo Used for Reference Only) | 20.00 |
| 9201 | 235053 | NEW Caldwell Ultimate Target Stand 2-Pack Includes Spines (Stock Photo Used for Reference Only) | NS |
| 9202 | 229141 | NEW Caldwell Ultimate Target Stand 2-Pack Includes Spines (Stock Photo Used for Reference Only) | 25.00 |
| 9204 | 235053 | NEW Savior Mobile Folding Rack - Model RK-RIF6-ST-TN (Rack Only, Stock Photo Used for Reference Only) | NS |
| 9205 | 229139 | NEW Savior Mobile Folding Rack - Model RK-RIF6-ST-TN (Rack Only, Stock Photo Used for Reference Only) | 81.00 |
| 9206 | 231812 | NEW SME Heavy-Duty Gong Target (Stock Photo Used for Reference Only) | 60.00 |
| 9207 | 231812 | NEW High & Wild .44 Centerfire Double Gong Spinner Target (Stock Photo Used for Reference Only) | 85.00 |
| 9208 | 229004 | NEW Savior Rifle Wall-Mounting Rack - Model RK-RIF6-WALL-BK (Stock Photo Used for Reference Only) | NP |
| 9209 | 229004 | NEW Savior Rifle Wall-Mounting Rack - Model RK-RIF6-WALL-BK (Stock Photo Used for Reference Only) | NP |
| 9211 | 228884 | Folding Camp Cot | 25.00 |
| 9212 | 228884 | Folding Camp Cot | 25.60 |
| 9213 | 11298 | NEW High & Wild Steel Target Dueling Tree - Model HOST-DU831 (Stock Photo Used for Reference Only) | 210.00 |
| 9214 | 227746 | Group of Western Tube TT-548 Conduit Tubes | 81.00 |
| 9215 | 231988 | Wall Mounting Rifle Rack Neck | 20.00 |
| 9216 | 233767 | NEW Ultra Tough Backpack Cooler | NS |
| 9217 | 229139 | Camouflage Netting - 4x6 | 21.00 |
| 9218 | 229139 | Camouflage Netting - 4x7 | 21.00 |
| 9219 | - | Set of Stabilizer Arms | NS |
| 9220 | 231988 | NEW in Open Box The Transistor Target - Model AR500 Steel-Target (Stock Photo Used for Reference Only) | 110.00 |
| 9221 | 229703 | Used Target Tree (May be Incomplete) | 60.00 |
| 9222 | 235053 | NEW Pole Saw Blade and More with Bag (Brand New Never Used) | NS |
| 9223 | 187632 | NEW in Open Box Crown Shades Commercial Pop-Up Canopy - 10x10 | 90.00 |
| 9224 | 228884 | NEW Rapidshelter 2-Room Privacy Shelter (Brand New Never Used) | 60.00 |
| 9225 | 231812 | NEW in Open Box Thunderbay 6-Person Hunting Blind (Stock Photo Used for Reference Only) | 100.00 |
| 9241 | 229139 | Folding Shooter's Stand (Stock Photo Used for Reference Only) | 80.00 |
| 9242 | 229703 | Shooter's Stand Base | 25.00 |
| | | | |
| **Refunds** | | | |
| 1241 | 229151 | Refund for 1241 (Invoice # 713420) | (105.00) |
| 3206 | 229703 | Refund for 3206 (Invoice # 713424) | (12.50) |
| 3369 | 229086 | Refund for 3369 (Invoice # 713417) | (60.00) |
| 3378 | 231988 | Refund for 3378 (Invoice # 713432) | (50,000.00) |
| 3420 | 232859 | Refund for 3420 (Invoice # 713434) | (2,025.00) |
| 4039A | 8843 | Refund for 4039A (Invoice # 713382) | (60.00) |
| 4180 | 235381 | Refund for 4180 (Invoice # 713442) | (95.00) |
| 9202 | 229141 | Refund for 9202 (Invoice # 713419) | (25.00) |
| | | | |
| 6/29/2026 Lot 1241 - credit consignor the refunded $105 – Our mistake | | | 105.00 |
| 6/29/2026 Lot 4039A - credit consignor $60 – Item was refunded and then went missing | | | 60.00 |
| 6/29/2026 Lot 3369 - credit consignor $60 – Items were stolen | | | 60.00 |

| | |
|---|---|
| 6/29/2026 Lot 3206 - credit consignor $12.50 – one gas can was stolen | 12.50 |
| 6/29/2026 Lot 3221 - credit consignor $123.19 for Dominator – Not included per description but was given to buyer anyway | 123.19 |
| 6/29/2026 Lot 3046 – credit consignor $60 – grinder was stolen | 60.00 |

**Summary of Sales Activity at (FINALIZING RESULTS )SELIGMAN, AZ Ranch Estate - Vehicles, Tools, Sporting Goods and More Auction 04/30/26 ID:23324**

Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

Commission Summary:

| Commission Description | Commission Rate | Amount Sold | Comm. Amount |
|---|---|---|---|
| Less: No Sales 154 Lots | 0.00% | 70,182.34 | 0.00 |
| No Bids 13 Lots | - | - | 0.00 |
| Not Picked Up 8 Lots | 25.00% | 234.50 | 58.63 |
| | 25.00% | 93,424.30 | 23,356.23 |

| Statement Totals | |
|---|---|
| 324 Lots Sold. | |
| Total Sales | $216,223.64 |
| Less: No Sales | $(70,182.34) |
| Less: Not Picked Up | $(234.50) |
| Less: Refunds | $(52,382.50) |
| Less: Commissions | $(36,451.85) |
| Adjustments: Commission Refunds | $13,095.63 |
| Manual Adjustments | $420.69 |
| Net to Client | $70,488.77 |
| Payments to Client | $0.00 |
| Balance Due | $70,488.77 |