# EXHIBIT C

**Local Liquidators**
Auctions - Tag Sales - Buyouts

**LocalAuctions.com**
**2225 W Peoria Ave Suite 200**
**Phoenix, AZ 85029**
**833-622-2800 FAX**
**localauctions.com**

**Seller Number: 6748**
**Perry Adler**
**33425 W Cowboy Clint Way Seligman, AZ 86337**
**USA**
**Phone 9284991991**

**Statement Date: 06/29/2026**
**Email: perryadler2000@aol.com**

**Statement For: (FINALIZING RESULTS) SELIGMAN, AZ Ranch Estate - Farm, Equestrian Equipment and More Auction 05/07/26 ID:23422**

| Lot | Buyer | Description | Price |
|---|---|---|---|
| 3003 | 231661 | Simplay3 Easy Haul Flat Bed Cart | 50.00 |
| 3018 | 235381 | Chapin 1-Gallon Lawn & Garden Sprayer | 12.50 |
| 3053 | 229139 | (6) Cases of Fence Stakes - 10 per Box (60 Total) | 51.00 |
| 3059 | 228643 | Amdro Gopher Gasser Pack, Victor Mouse Traps, Rescue Fly Trap and More | 45.00 |
| 3070 | 228643 | Bucket of Airmax All-Natural Pond Cleaner, Solar Sound & Light Alarm, Summit Clear-Water Barley Straw Pond Treatment and More | 7.50 |
| 3086 | 229703 | RJ Designs Vertical Mounted Rops Toolbox - Model RTB001 | 40.00 |
| 3103 | 229547 | Simplay3 Wheel Barrow | 46.00 |
| 3108 | 229547 | Tym Tractors Tractor Element Filter - Model 13831221120 | 7.50 |
| 3117 | 229703 | Larin ATV/Tractor Tool Box - Model MTB-28R | 40.00 |
| 3118 | 229703 | Larin ATV/Tractor Tool Box - Model MTB-20R | 40.00 |
| 3158 | 229037 | SawHaul Universal Chainsaw Carrier | 70.00 |
| 3194 | 229547 | Ultrasonics Mouse Blocker Rodent Deterrent - Model 1000x | 130.00 |
| 3222 | 229547 | 4-Piece Gardening Tools and Landscape Staples | 21.25 |
| 3228 | 232872 | Sealed Mag-1 AW-ISO-4G Hydraulic Oil, Universal Premium Tractor Fluid and Valvoline Oil with (2) Hand Pumps | 120.00 |
| 3239 | 229547 | Worx Aerocart WG050 8-in-1 Yard Cart with WA0230 Snow Plow Attachment (Stock Photo Used for REFERENCE ONLY) | 100.00 |
| 3273 | 229405 | Solar Intellishock 120 Premier-1 Portable Energizer for Electric Fence (Solar Panel Not Included) | 85.00 |
| 3284 | 229366 | NEW Wall-Mounting Stainless Steel Hose Reel - Model 709-S2 (Stock Photo Used for Reference Only) | 70.00 |
| 3285 | 229086 | NEW Wall-Mounting Stainless Steel Hose Reel - Model 709-S2 (Stock Photo Used for Reference Only) | 75.00 |
| 3286 | 229086 | NEW Wall-Mounting Stainless Steel Hose Reel - Model 709-S2 (Stock Photo Used for Reference Only) | 70.00 |
| 3301 | 231661 | Gravel Shovel, Straw Broom, Push Broom and More | 55.00 |
| 3323 | 229139 | Plastic Watering Can, Gloves and Garden Stakes | 15.00 |
| 3373 | 229037 | Gorilla Carts Wheel Barrow (2) Pick Axes, Spade Shovel and Chicken Wire | 100.00 |
| 3374 | 231661 | Rubbermaid Wheel Barrow (Handle Needs Repair, Damaged, Contents Not Included) | 140.00 |
| 3375 | 235381 | Gorilla Carts Wagon - Tires May Need Air (Wagon Only) | 110.00 |
| 3385 | 229139 | (2) Apded Shovels, Rubber Handle Sledge Hammer, Weed Cutter and Hoe | 50.00 |
| 3390 | 175740 | New in Open Box Commercial Stainless Steel Left-Hand Drainboard Sink | 70.00 |
| 3399 | 229366 | (5) New Rolls of Reinforced Plastic Pipe - 35.5" x 30m | 85.00 |
| 3400 | 212719 | Sealed Scott Pond Aerator and Black & Decker Electric Hedge Trimmer | NS |
| 3401 | 229139 | (4) Mixed Chem Sprayers | 10.00 |
| 3404 | 228643 | (3) Rolls of Landscape Tubing, Rain Gutter Spout, (4) Inflatable Tires and More | 15.00 |
| 3406 | 178527 | Suncast Multipurpose Cart, Gravel Shovel, Spade Shovel and (2) Steel Rakes | 40.00 |

| | | | |
|---|---|---|---|
| 3411 | 229547 | 2022 TYM HST T474C 48 HP 4WD Loader with Bucket, Box and Hydrostatic Transmission - 746.9 Run Hours - Retail $42,950 - Excellent Condition - Cab has A/C, Heater, Radio, Bluetooth - Oil and Hydraulic Fluid Recently Changed | 21,500.00 |
| 3412 | 229547 | (Retail $4,500) NEW Bush Hog Single-Spindle Rotary Cutter - Model BH216 (New, Never Used) | 2,200.00 |
| 3413 | 228785 | John Deere 314 Lawn Tractor with Trailer (Needs Repair) | 90.00 |
| 3414 | 229366 | New in Open Box Vevor EPDM Pond Liner - 20' x 25' (Stock Photo Used for Reference Only) | 218.00 |
| 3419 | 233962 | NEW EZ Groomer Equine/ATV Arena Drag Groomer (New, Never Used) | 1,525.00 |
| 3425 | 227746 | Group of Stable/Ranch Hay Feeders | 166.00 |
| 3426 | 178527 | New in Open Box Mobile Horse Pen - Model STEELAID-118" | 90.00 |
| 3428 | 229547 | TYM BY75 Backhoe Attachment | 5,850.00 |
| 3429 | 229547 | Titan Implement Post-Hole Digger Attachment | 730.00 |
| 3430 | 232872 | SitePro Forklift Carriage with Tines, | 1,000.00 |
| 3431 | 229547 | Titan Implement Tractor Rake | 700.00 |
| 3432 | 229547 | Group of Mixed Post Hole Auger Bits | 190.00 |
| 3434 | 212719 | Ego 56-Volt Cordless 21" Self-Propelled Lawn Mower | NS |
| 3435 | 229547 | (Retail $6,100) Ariens APEX-60 Zero Turn Ride-On Lawn Mower (Like New, Only Used Once) | 4,000.00 |
| 3437 | 229230 | Pen Rail-Mount Hay Feeder - 22" x 18" x 28" | 70.00 |
| 3438 | 227746 | Pen Rail-Mount Hay Feeder - 22" x 18" x 28" | 60.00 |
| 3439 | 231661 | Pen Rail-Mount Hay Feeder - 22" x 18" x 28" | 80.00 |
| 3440 | 231300 | Pen Rail-Mount Hay Feeder - 22" x 18" x 28" | 85.00 |
| 3441 | 227746 | Pen Rail-Mount Hay Feeder - 22" x 18" x 28" | 61.00 |
| 3442 | 231300 | Behlen Country 103-Gallon Round End Tank | 81.00 |
| 3443 | 227746 | Behlen Country 103-Gallon Round End Tank | 72.00 |
| 3444 | 231661 | Behlen Country 103-Gallon Round End Tank | 80.00 |
| 3445 | 229080 | Galvanized Round End Tank - 67" x 24" x 24" | 85.00 |
| 3447 | 231879 | Pen Rail-Mount Hay Feeder | 35.00 |
| 3448 | 231879 | Pen Rail-Mount Hay Feeder | 35.00 |
| 3449 | 231879 | Pen Rail-Mount Hay Feeder | 35.00 |
| 3450 | 229405 | Pen Rail-Mount Hay Feeder | 30.00 |
| 3451 | 233130 | Pen Rail-Mount Hay Feeder | 46.00 |
| 4001 | 231661 | NEW Priefert Automatic/Manual Squeeze Chute - Model S0191 (New, Never Used) | 4,100.00 |
| 4002 | 227746 | Behlen Country 103-Gallon Round End Tank | 76.00 |
| 4004 | 227746 | Pen Rail-Mount Hay Feeder | 61.00 |
| 4005 | 233130 | Pen Rail-Mount Hay Feeder - 22" x 17" x 29" | 76.00 |
| 4007 | 229080 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 180.00 |
| 4008 | 229080 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 180.00 |
| 4009 | 231661 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 175.00 |
| 4010 | 229405 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 181.00 |
| 4011 | 229405 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 190.00 |
| 4012 | 229080 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 171.00 |
| 4013 | 229230 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 180.00 |
| 4014 | 229080 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 201.00 |
| 4015 | 231661 | Galvanized Steel Cattle Bunk Feeder - 8' x 30" x 18" | 195.00 |
| 4016 | 230093 | Outdoor Water Solutions Galvanized Steel Wind Mill - 123" Tall | 400.00 |
| 4017 | 229210 | (2) Boxes of Fresh Step Cat Litter - 18.5 Lbs. Each | 17.50 |
| 4018 | 229405 | (2) Bags of SafeGuard DeWormer and (3) Bags of Nutrigood Senior Snax Horse Treats | 10.00 |
| 4019 | 229703 | (2) Mixed Bottles of Rodent Repellent | 20.00 |
| 4020 | 229727 | Lavex Janitorial 32-Gallon Gray Container with Lid, Wheeled Base and Horse Treats | 55.00 |
| 4021 | 233767 | | NS |

| | | | |
|---|---|---|---|
| | | Lavex Janitorial 32-Gallon Gray Container with Lid, Wheeled Base and Feed | |
| 4026 | 235381 | Behrens Metalware Trash/Utility 20-Gallon Can with Lid and Some Feed | 30.00 |
| 4027 | 233130 | Behrens Metalware Trash/Utility 20-Gallon Can with Lid | 25.00 |
| 4028 | 227746 | Behrens Metalware Trash/Utility 20-Gallon Can with Lid and NutriGood Low-Sugar Horse Snacks | 30.00 |
| 4032A | 229405 | (4) Boxes of Rainbird Micro Sprays on Stake, Model MSSTKTH1SX (8 Per Box) | 30.00 |
| 4033 | 231300 | Fiberglass Handle Flat Shovel, Fiskars Garden Fork, Beverly Bird Spade Shovel and More | 75.00 |
| 4035 | 228643 | (2) Bags of Victor Snake-A-Way | 25.00 |
| 4039 | 229139 | (2) LifeCore Larson Mid-View Windows - Model 37050042 | 200.00 |
| 4044 | 229547 | Group of Mixed New Horse Fly Masks | 125.00 |
| 4046 | 235381 | Suncast Multipurpose Cart (Contents Not Included) | 40.00 |
| 4047A | 229547 | Add-On Heavy Duty Teeth for Tractor Bucket | 120.00 |
| 4048 | 229547 | Leather Saddle, Southwestern Pro-Series Equine Blanket and Saddle Rack | 545.00 |
| 4052 | 66432 | A.M. Leonard 6 Cu. Ft. Wheel Barrow | 55.00 |
| 4053 | 11298 | Group of Mixed Hoses | 7.50 |
| 4054 | 231300 | Blue 3-Step Mounting Step | 75.00 |
| 4056 | 235381 | (3) Mini Round Point Digging Shovels | 40.00 |
| 4057 | 178527 | AirBike Cordless Trimmer with Saw Blade, Rubber Handle Axe and Hatchet | 25.00 |
| 4059 | 231879 | Horsemen's Pride 3-Step Mounting Step | 75.00 |
| 4060 | 231661 | SnowJoe Snow Shovel, Pick Axe, Edging Shovel and More | 50.00 |
| 4067 | 229405 | New in Open Box LED Barn Light | 60.00 |
| 4068 | 175740 | Suncast Multi-Purpose Cart | 35.00 |
| 4072 | 229703 | Jumper Cables, Tabor Tools Shears, EZ-Cut Branch Loppers and Dragonfire Log Grabber | 50.00 |
| 4074 | 229139 | Excalibur Food Dehydrator | 20.00 |
| 4075 | 229139 | (2) Deerdance LED Barn Light Fixtures - Model HW0SP01 | 101.00 |
| 4075A | 214415 | (2) Lithonia Lighting VW1501 LED Wall Packs | 30.00 |
| 4075B | 229037 | (2) Barn Light Wall Fixtures | 10.00 |
| 4075C | 229547 | Solar LED Stone with Bluetooth Speaker | 141.00 |
| 4075D | 228643 | (2) 6-Watt LED Wall Sconces - Black with Frosted Glass, Brown Solar Lights and Smart Driveway Alarm Sensor | 30.00 |
| 4075E | 229703 | Gear Snake Guard Snake Gaiters and Box of 2-Each 2-Lb. Bottles of Ortho Snake-B-Gon Snake Repellent Granules | 40.00 |
| 4076 | 229366 | Lot Updated: (6) Wal Pack Lights - Model WPXW120U - New Never Used | 245.00 |
| 4080 | 229547 | Trencher Gas-Powered Trench Digger - Retail $2,999 | 1,500.00 |
| 4081 | 229547 | Group of Stall Panel Screens, Shade Cloths, Livestock Feed Tray and More | 111.00 |
| 4082 | 229139 | (4) Boxes of Ultra Cat Litter | 55.00 |
| 4085 | 229139 | (6) Boxes of Fresh Step Cat Litter | 77.00 |
| 4088 | 212719 | Leaf Rake, Bedding Fork, Post-Hole Digger and More | NS |
| 4095 | 229547 | (2) New Dynatrap Electric Insect Traps | 120.00 |
| 4103 | 229405 | (2) Tripod Radiant Heaters | 55.00 |
| 4104 | 231300 | Updated with Pics: (5) Behrens Metalware Galvanized Trash/Utility Cans with Lids (Some Full of Horse/Animal Feed and Treats) | 130.00 |
| 4105 | 214415 | New in Open Box Heavy-Duty Dog Crate | 57.00 |
| 4106 | 228643 | (Retail $389) Hessaire MC37M 3100CFM Evaporative Cooler (New Never Used) | 200.00 |
| 4107 | 229405 | Neiko Heavy-Duty Magnetic Sweeper, Equine Leads and More | 90.00 |
| 4108 | 229080 | Werner Fiberglass 6-Foot Step Ladder | 25.00 |
| 4109 | 231661 | Bedding Fork, Gravel Shovel, Bolt Cutters and More | 65.00 |
| 4110 | 231661 | Equine Leads, Rope, (2) Thermometers and More | 130.00 |

| | | | |
|---|---|---|---|
| 4111 | 212719 | (Retail $389) Hessaire MC37M 3100CFM Evaporative Cooler (New Never Used) | NS |
| 4115 | 214415 | NEW Liberty Wall-Mounting Stainless Steel Hose Reel - Model 709-S2 (Stock Photo Used for Reference Only) | 76.00 |
| 4117 | 212719 | NEW Winsome Eleanor Quilt Rack | NS |
| 4118 | 227746 | Portable Livestock Hay Feeder | 83.00 |
| 4120 | 111141 | New in Open Box Portable Saddle Stand (Stock Photo Used for Reference Only) | 30.00 |
| 4121 | 229080 | Galvanized Steel Cattle Bunk Feeder | 110.00 |
| 4124 | 175740 | Stainless Steel Garden Hose and (2) Styrofoam Coolers | 15.00 |
| 4128 | 229405 | Orange T-Post Puller | 30.28 |
| 4129 | 229139 | Louisville Aluminum 8-Foot Step Ladder | 80.00 |
| 4130 | 231300 | Wood Storage Bench with (2) Waterproof Turnout Blankets - 48" Wide | 50.00 |
| 4131 | 212719 | Updated with pics: Wood Storage Bench with Horse Blanket, Hog Deterrent and more - 48" Wide | NS |
| 4133 | 229703 | Group of Assorted Wood Planks, Shingles, Plywood Panels and More | 50.00 |
| 4138 | 231661 | Group of Horse Cinches, Girth Straps and More | 160.00 |
| 4139 | 235381 | Plastic Utility Wagon, Rope Leads and More | 45.00 |
| 4140 | 233130 | Bales of Straw | 7.50 |
| 4141 | 227746 | Behlen Country 103-Gallon Round End Tank | 76.00 |
| 4142 | 227746 | Behlen Country 103-Gallon Round End Tank | 76.00 |
| 4143 | 229080 | Behlen Country 103-Gallon Round End Tank | 76.00 |
| 4145 | 229230 | (2) Behlen Country 103-Gallon Round End Tanks | 160.00 |
| 4147 | 229139 | Stainless Steel Left-Side Drainboard Sink with Faucet - 7' Wide | 500.00 |
| 4148 | 229361 | Bevles Commercial Stainless Steel Heated Holding Cabinet with Assorted Contents | 30.00 |
| 4153 | 187632 | Group of Yellow Glow-Plug Extension Cords | 55.00 |
| 4154 | 11298 | Vintage Admiral Custom Dual-Temp Refrigerator/Freezer (Visible Interior Damage, Extension Cord Sold Separately) | 5.00 |
| 4155 | 214415 | Kenmore Side-by-Side Refrigerator/Freezer (Cosmetic Wear) | 5.00 |
| 4158 | 66432 | Sealed Case of 50-Each Step-In Fence Posts | 60.00 |
| 4159 | 228643 | Sealed Case of 50-Each Step-In Fence Posts | 60.00 |
| 4163 | 229151 | Gorilla Carts Wheel Barrow | 160.00 |
| 4166 | 229547 | Sealed Bug 4500-Volt Solar Zapper | 50.00 |
| 4167 | 214415 | Flambeau 14" Dry Box - Model 6430SD (Appears New) | 21.00 |
| 4175 | 228643 | Kindling Wood Sticks and Box of Billy Buckskin Starter Wood | 33.00 |
| 4176 | 212719 | Group of Assorted Cooking Wood and Fire Starters | NS |
| 4177 | 212719 | Mr.Mar-B-Q Hardwood Lump Charcoal, Carolina Cookwood Backyard Pizza Oven Splits White OPAk Cooking Wood, Smoak Cooking Wood and More | NS |
| 4187 | 229361 | Equestrian Phantom Breeding Mount | 510.00 |
| 4191 | 229151 | Group of Ground Anchors and Landscape Staples | 10.00 |
| 4192 | 229405 | Gorilla Carts Wagon - Tires May Need Air (Contents Not Included) | 40.00 |
| 4192A | 229405 | Group of Fence Mounting Cattle-Search Brushes (Wagon Not Included) | 75.00 |
| 4207 | 227746 | Kenmore Upright Garage Ready Freezer - Model 253.2240110 | 80.00 |
| 4216 | 227746 | Rubbermaid Size "E" Storage Chest (Contents Not Included) | 55.00 |
| 4217 | 229230 | Disassembled Animal Shelter Canopy | 118.00 |
| 4219 | 227746 | Rubbermaid Size "E" Storage Chest (Contents Not Included) | 50.00 |
| 4222 | 212719 | (2) 36" Dome Driveway or Warehouse Mirrors | NS |
| 5060 | 111141 | Portable Saddle Stand | 35.00 |
| 5084 | 229547 | Authentic Hilason Leather Saddle with Stand | 250.00 |
| 5097 | 229210 | Hilason Synthetic Leather Roper's Saddle with Stand | 140.00 |
| 8001 | 231661 | (10) Priefert "Brown" Steel 12' Utility Stall Panels (Visible Damage on Some) | 1,225.00 |

| | | | |
|---|---|---|---|
| 8012 | 229139 | (10) Priefert "Brown" Steel 12' Utility Stall Panels | 1,426.00 |
| 8022 | 229139 | (10) Priefert "Brown" Steel 12' Utility Stall Panels | 1,351.00 |
| 8032 | 229139 | (10) Priefert "Brown" Steel 12' Utility Stall Panels | 1,426.00 |
| 8042 | 229139 | (8) Priefert "Brown" Steel 12' Utility Stall Panels | 1,175.00 |
| 8050 | 111141 | (10) Steel Utility Stall Panels | 610.00 |
| 8060 | 227746 | (10) Steel Utility Stall Panels | 685.00 |
| 8070 | 111141 | (10) Steel Utility Stall Panels | 630.00 |
| 8080 | 66432 | (10) Steel Utility Stall Panels | 660.00 |
| 8090 | 229405 | (10) Steel Utility Stall Panels | 711.00 |
| 8100 | 111141 | (10) Steel Utility Stall Panels | 706.00 |
| 8110 | 227746 | (8) Steel Utility Stall Panels | 671.00 |
| 8118 | 229405 | (7) Steel Utility Stall Panels | 681.00 |

**Refunds**

| | | | |
|---|---|---|---|
| 3430 | 232872 | Refund for 3430 (Invoice # 719612) | (500.00) |
| 4017 | 229210 | Refund for 4017 (Invoice # 719600) | (17.50) |
| 4075 | 229139 | Refund for 4075 (Invoice # 719598) | (101.00) |
| 4163 | 229151 | Refund for 4163 (Invoice # 719599) | (80.00) |

| | |
|---|---|
| 6/29/2026 Lot 4017 - credit consignor $17.50 – taken by another buyer | 17.50 |
| 6/29/2026 Lot 4075 - credit consignor $71.00 – buyer of lot 4075A took 4075 instead ($71 diff.) | 71.00 |

**Summary of Sales Activity at (FINALIZING RESULTS) SELIGMAN, AZ Ranch Estate - Farm, Equestrian Equipment and More Auction 05/07/26 ID:23422**

Commissions are Calculated on a Percent of the Sale Price of EACH LOT.

Commission Summary:

| Commission Description | Commission Rate | Amount Sold | Comm. Amount |
|---|---|---|---|
| Less: No Sales 10 Lots | 0.00% | 808.00 | 0.00 |
| | 25.00% | 67,028.03 | 16,757.03 |

| Statement Totals | |
|---|---|
| 166 Lots Sold. | |
| Total Sales | $68,534.53 |
| Less: No Sales | $(808.00) |
| Less: Refunds | $(698.50) |
| Less: Commissions | $(16,931.66) |
| Adjustments: Commission Refunds | $174.63 |
| Manual Adjustments | $88.50 |
| Net to Client | $50,359.50 |
| Payments to Client | $0.00 |
| Balance Due | $50,359.50 |