**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | )<br>)<br>)<br>) | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO RATIFY PRE-CONVERSION AUCTION SALES OF PERSONAL PROPERTY, DIRECT TURNOVER OF NET SALES PROCEEDS AND AUTHORIZE PAYMENT OF COMPENSATION TO AUCTIONEER**

PLEASE TAKE NOTICE that H. Jason Gold ("Trustee"), the duly appointed, qualified and acting Chapter 7 Trustee herein for Perry Everett Adler (the "Debtor") in the above-captioned converted case, by and through the undersigned counsel, has filed papers (specifically that certain *Trustee's Motion To Ratify Pre-Conversion Auction Sales Of Personal Property, Direct Turnover Of Net Sales Proceeds And Authorize Payment Of Compensation To Auctioneer* (the "Motion")) requesting the entry of an Order (i) ratifying certain pre-conversion auction sales conducted by Local Liquidators, LLC, an Arizona limited liability company ("Local Liquidators"), acting as auctioneer for the Debtor, with respect to certain personal property stored at the Debtor's rural residential real property located at 33425 W. Cowboy Clint Way, Seligman AZ 86337, (ii) directing that Local Liquidators turn over to the Trustee the net sales proceeds generated from the auction sales in the amount of $120,848.27, and (iii) authorizing Local Liquidators to retain sales commissions of $40,113.25 and buyer's premiums of $24,109.20 as compensation in connection with the pre-conversion auction sales. A copy of the *Motion*, a proposed *Order* and supporting exhibits may be viewed at the Bankruptcy Court's website (http://www.vaeb.uscourts.gov/) or may be obtained by written request to the undersigned counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **September 18, 2024 (the "Response Deadline"),** which is twenty-one (21) days after the date of service of this Notice, you or your attorney must:

- ◊ File with the Court, at the following address, Clerk of Court, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting Memorandum, as required by Local Rule 9013-1(G). **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, AND TREAT THE MOTION AS CONCEDED.** If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date noted above. You must also mail a copy to the persons listed below.
- ◊ **Send a copy of any written response to the following persons:**

| | |
|---|---|
| Robert M. Marino, Esq.<br>Redmon Peyton & Braswell LLP<br>510 King Street, Suite 301<br>Alexandria, Virginia 22314 | The Office of the United States Trustee, Region 4<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314 |

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

◊ **Attend a hearing to consider the relief requested in the Motion that is scheduled for TUESDAY, September 29, 2026, at 9:30 A.M., before the Honorable Brian F. Kenney, Chief United States Bankruptcy Judge, Courtroom I, Second Floor, 200 South Washington Street, Alexandria, Virginia 22314.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the *Motion* and may enter an order granting that relief.

Dated: August 28, 2026

Respectfully Submitted,
/s/ Robert M. Marino
Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of August, 2026, caused a copy of the foregoing *Notice* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and by email and/or first-class mail, postage prepaid, to the following persons:

Joshua Dylan Bradley
Rosenberg Martin Greenberg LLP
Email: jbradley@rosenbergmartin.com
Counsel for Amaryllis, Inc.

Michael T. Freeman, Assistant United States Trustee
Office of the US Trustee
Email: Michael.T.Freeman@usdoj.gov

Daniel M. Press
Law Office of Daniel M. Press
Email: dan@danpress.us
Counsel for Debtor

And was also mailed, first class postage prepaid to all creditors and parties in interest on the attached service list (a copy of the service list is not being mailed with this Notice).

/s/ Robert M. Marino
Robert M. Marino