Amaryllis, Inc.
c/o Joshua D. Bradley
25 S. Charles St., 21st Fl.
Baltimore, MD 21201-3330

Amaryliss Inc
3701 West Street
c/o Richard Davis
Hyattsville, MD 20785-2327

PHH Mortgage Corporation
c/o Aldridge Pite, LLP
Attn: Wendy Locke
3333 Camino del Rio South, Suite 225
San Diego, CA 92108-3808

Truist Bank
c/o Deborah S. Kirkpatrick PC
PO Box 10275
Virginia Beach, VA 23450-0275

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-1041

Amex
Correspondence Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

CJ Peterson, Esq
25 South Charles Street
21st floor
Baltimore, MD 21201-3322

Cbna
Attn: Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0046

Citi Card/Best Buy
Attn: Citicorp
PO Box 790040
St Louis, MO 36179-0040

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Citibank
Attn: Bankruptcy Department
P.O.Box 6500
Sioux Falls, SD 57117-6500

DLL Finance LLC
POB 2000
Johnston, IA 50131-0020

Deutsche Bank National Trust Company
c/o Onity Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Discover Financial Services, LLC
PO Box 3025
New Albany, OH 43054-3025

Fairfax County Dept of Revenue
12000 Government Central Pkwy
S 223
Fairfax, VA 22035-0002

Fairfax Radiological Consultants
PO Box 1198
Somerset PA 15501-0336

Fitzgerald All-State Bail Bond
989 Copper Basin Rd
Prescott, AZ 86303-4507

Goldman Sachs Bank USA
Attn: Bankruptcy
PO Box 70379
Philadelphia, PA 19176-0379

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Inova Health Systems
8095 Innovation Park Drive
Fairfax VA 22031-4868

Kenneth Ray II, Esq
P.O. Box 2521
Prescott, AZ 86302-2521

Nordstrom Signature Visa
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

O'Learry Eaton law firm
115 Grove Ave
Prescott, AZ 86301-2909

PHH Mortgage Services
1661 Worthington Road
S 100
West Palm Beach, FL 33409-6488

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

PayPal Credit
PO Box 71707
New York, NY 10176-0000

PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416-4738

SoFi
2750 East Cottonwood Pkwy
Suite 300
Salt Lake City, UT 84121-7285

Sofi Bank, National Association
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mohela
Claims Department
633 Spirit Drive
Chesterfield, MO 63005-1243

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Truist Financial
Attn: Bankruptcy
214 North Tryon Street
Charlotte, NC 28202-0129

USAA Federal Savings Bank
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288-0002

Union Home Mortgage Co
950 Trade Centre Way
Kalamazoo, MI 49002-0493

VA Dept of Taxation
PO Box 2156
Richmond, VA 23218-2156

Western Progressive Va Inc
4250 N Fairfax Drive
Suite 600
Arlington, VA 22203-1665

Yamaha Finacial Services
PO Box 200710
Dallas, TX 75320-0710

Yamaha Motor Finance Corp USA
P.O. Box 2429
Cypress, CA 90630-1929

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307-1305