**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Perry Everett Adler,** | ) | **Case No. 25-12714-BFK** |
| | ) | **Chapter 7 (Converted)** |
| **Debtor.** | ) | |

**ORDER APPROVING APPLICATION TO EMPLOY ARIZONA REAL ESTATE AGENT/BROKER AND COOPERATING VIRGINIA REAL ESTATE AGENT/BROKER**

THIS MATTER came on before the Court upon consideration of the *Application* (Docket No. 113) of H. Jason Gold ("Trustee"), Chapter 7 trustee for Perry Everett Adler ("Debtor"), seeking authority to (i) Paul Miller, Sales Agent ("Miller"), and his affiliated real estate broker, Century 21 Americana ("Americana") (together, the "Arizona Agent/Broker"), as the Trustee's real estate agent and broker, and (ii) employ Stephen Karbelk ("Karbelk") (supported by Stephanie Young and Robert Walters) as the real estate agent and team leader of RealMarkets and its affiliated broker, Century 21 New Millennium ("Century 21"), as the Trustee's cooperating real estate agent and broker (together, the "Cooperating Agent/Broker") (collectively, with the Arizona Agent/Broker, the "Agents/Brokers"), for the purpose of marketing and selling improved residential real property located at located at 33425 W Cowboy Clint Way, Seligman, Yavapai County, Arizona 86337, having a legal description of Parcel 74, Juniper Mountain Ranches, Unit II (the "Property"); and it

APPEARING TO THE COURT that, based upon the *Declaration of Paul Miller* and the *Declaration of Stephen Karbelk*, Agents/Brokers have no connection with the Debtor, creditors of the Debtor, any other party in interest in this case, their respective attorneys and accountants, the United States Trustee or any person employed in the offices of the United States Trustee, that they do not hold or represent any interest adverse to the bankruptcy estate herein, and that they qualify as disinterested persons within

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

the meaning of the Bankruptcy Code; and that the employment off Agents/Brokers herein is necessary and in the best interests of the bankruptcy estate; and it

FURTHER APPEARING TO THE COURT that the Office of the United States Trustee (OUST), by endorsement of this Order, seeks to reserve all rights with respect to any proposed sale of the Property; and that the Trustee, in turn, also reserves all rights with respect to any proposed sale of the Property; it is, therefore

ORDERED, that the Trustee is authorized to employ the Arizona Agent/Broker and the Cooperating Agent/Broker pursuant to 11 U.S.C. § 327(a), to serve as the real estate agents/brokers in this case for the purpose of marketing and selling the Property; and it is

FURTHER ORDERED, that the employment of Agents/Brokers is subject to the terms and conditions set forth in the Application, except that—by agreement of the Trustee and the OUST as evidenced by the endorsement of their respective counsel to this Order—paragraph 7 of the *Application* is expressly stricken and shall have no further force and effect in this case; and it is

FURTHER ORDERED, that compensation to Agents/Brokers shall only be paid upon further Order of this Court; and it is

FURTHER ORDERED, that no agent or broker in any Americana or Century 21 New Millennium office may represent a buyer for the purchase of the Property without express Court approval; provided, however, that an agent or broker operating from a franchised, independently owned and operated Century 21 office may represent a buyer for the purchase of the Property; and that any provision in the Broker's listing agreement allowing designated representation or dual representation by agents or brokers in an Americana or Century 21 New Millennium office is not approved and not permitted except as set forth herein or as otherwise ordered by the Court; and it is

FURTHER ORDERED, that the OUST and the Trustee each reserve their respective rights with regard to any proposed sale of the Property in this case.

Dated: Aug 27 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: Aug 27 2026

I ASK FOR THIS:
/s/Robert M. Marino
Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

SEEN AND APPROVED:

/s/ Michael T. Freeman (with written permission)
Michael T. Freeman, Assistant United States Trustee
Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**Certification Pursuant to Local Rule 9022-1(C)**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Stephen Karbelk
Team Leader, RealMarkets
Century 21 New Millennium
6629 Old Dominion Drive
McLean, VA 22101

Paul Miller, Associate Broker
Century 21 Americana
1745 Rustic Timbers Lane, Suite G-3
Prescott, AZ 86303

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-12714-BFK

Perry Everett Adler Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaLa | Page 1 of 2 |
| Date Rcvd: Aug 27, 2026 | Form ID: pdford9 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| RE | + | Paul Miller, Century 21 Americana, 1745 Rustic Timbers Lane, Suite G-3, Prescott, AZ 86303-4975 |
| RE | + | Stephen Karbelk, Team Leader, RealMarkets, Century 21 New Millennium, 6629 Old Dominion Drive, McLean, VA 22101-4516 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 28 2026 02:26:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |

| | |
|---|---|
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert Sergio Brandt | on behalf of Defendant Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Robert Sergio Brandt | on behalf of Debtor Perry Everett Adler brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Ryan Hamilton Keesee | on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 rkeesee@mtglaw.com, ecfnotifications@mtglaw.com |
| Ryan Hamilton Keesee | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 rkeesee@mtglaw.com, ecfnotifications@mtglaw.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com |

TOTAL: 13