**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Perry Everett Adler,** | ) | **Case No. 25-12714-BFK** |
| | ) | **Chapter 7 (Converted)** |
| **Debtor.** | ) | |

**ORDER APPROVING APPLICATION FOR**
**EMPLOYMENT OF LIQUIDATION AGENT**

THIS MATTER came on before the Court upon consideration of the *Application* (Docket No. 116) of H. Jason Gold ("Trustee"), the duly appointed Chapter 7 trustee for Perry Everett Adler ("Debtor"), seeking authority to employ Local Liquidators, LLC, an Arizona limited liability company ("Local Liquidators" or "Liquidation Agent"), as liquidation agent to the Trustee for the purpose of conducting an online auction sale, private treaty sale, tag sale, or negotiated bulk offer sale of certain tangible personal property more particularly described in the *Application* (the "Remaining Personal Property"); and upon the *Declaration of Gabriel Prado*, it appearing that Liquidation Agent has no connection with the Debtor, creditors of the Debtor, any other party in interest in this case, their respective attorneys and accountants, the United States Trustee or any person employed in the offices of the United States Trustee, except as stated in the *Declaration*, that Liquidation Agent does not hold or represent any interest adverse to the bankruptcy estate herein, and that it qualifies as a disinterested person within the meaning of the Bankruptcy Code; it further appearing that Liquidation Agent's employment herein is necessary and in the best interests of the bankruptcy estate; it is, therefore

Robert M. Marino, Esq. VSB#26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-694-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

ORDERED, that the Application is GRANTED; that Trustee is authorized to employ Local Liquidators, LLC, pursuant to 11 U.S.C. § 327(a), as liquidation agent to the Trustee for the purpose of purpose of conducting an online auction sale, private treaty sale, tag sale, or negotiated bulk offer sale of the Remaining Personal Property; that Liquidation Agent's employment is subject to the terms and conditions set forth in the Application, with the exception that no Buyer's Premium (as that term is defined in the Application) shall be charged or collected by Liquidation Agent; and that compensation to Liquidation Agent shall only be paid upon further Order of this Court.

Dated: Sep 1 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: Sep 2 2026

I ASK FOR THIS:

/s/Robert M. Marino
Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

SEEN AND APPROVED:

/s/ Michael T. Freeman (with written permission)
Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT**

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced order.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

Gabriel Prado, Founder and CEO
Local Liquidators, LLC
2225 W. Peoria Ave., Ste 200
Phoenix, Arizona, 85029