**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | )<br>)<br>)<br>) | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**ORDER AUTHORIZING TRUSTEE TO CONDUCT AUCTION SALE, PRIVATE TREATY SALE, TAG SALE, AND/OR NEGOTIATED BULK OFFER SALE OF PERSONAL PROPERTY**

THIS MATTER came on before the Court upon the *Trustee's Motion for Authority to Conduct Auction Sale, Private Treaty Sale, Tag Sale, and/or Negotiated Bulk Offer Sale of Personal Property* (Docket No. ____) (the "Motion") filed by H. Jason Gold ("Trustee"), the duly appointed Chapter 7 trustee for Perry Everett Adler ("Debtor"), seeking an Order authorizing the Trustee, through his approved liquidating agent, Local Liquidators, LLC, an Arizona limited liability company ("Local Liquidators"), to conduct an auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of all tangible personal property (the "Personal Property") stored at the Debtor's rural residential real property located at 33425 W. Cowboy Clint Way, Seligman AZ 86337 (the "Seligman Ranch"); and it

APPEARING TO THE COURT that the Personal Property is unencumbered by any liens; and it

FURTHER APPEARING TO THE COURT that the proposed auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale is a sound and proper exercise of the Trustee's business judgment; and that good cause exists to authorize the auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of the Personal Property in the manner proposed by the Trustee; and it

FURTHER APPEARING TO THE COURT that notice of the *Motion* has been properly provided to all parties in this case as required by the Federal Rules of Bankruptcy Procedure; it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED; that the Trustee be, and hereby is, authorized to conduct through Local Liquidators, his approved liquidating agent, an auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of each item of Personal Property physically located at the Seligman Ranch to the highest cash offeror, as described in the *Motion*; and that the Trustee, through Local Liquidators acting as his liquidating agent, is hereby authorized to take any and all actions

Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

reasonably calculated to consummate the sale of each item of Personal Property to the highest cash offeror, including but not limited to executing and delivering appropriate bills of sale; and it is

FURTHER ORDERED that each purchaser of an item or items of Personal Property shall be considered a good faith purchaser within the meaning of 11 U.S.C. §363(m); and it is

FURTHER ORDERED that Local Liquidators shall be compensated by payment at closing of a commission equal to (i) 10% of the purchase price for all intangible assets, intellectual property and titled vehicles, and (ii) 25% of the purchase price for all physical non-titled Personal Property (collectively, the "Liquidator's Compensation"); that Local Liquidators will also collect and pay all relevant sales taxes ("Sales Taxes") at closing; that following completion of the sale(s) of the Personal Property, Local Liquidators will pay over to the Trustee all net proceeds of sale after payment of the Liquidator's Compensation and all Sales Taxes; and that the Trustee shall hold all net proceeds of sale pending further order of the Court.

Dated:

________________________________________
Brian F. Kenney
Chief Judge

I ask for this:
/s/ Robert M. Marino

Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H Jason Gold, Trustee

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**

I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

Gabriel Prado, Founder and CEO
Local Liquidators, LLC
2225 W. Peoria Ave., Ste 200
Phoenix, Arizona, 85029
Alexandria, VA 22314

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Nicholas T. Arrington
PO Box 738
Gainesville, VA 20156