**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | )<br>)<br>)<br>) | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO CONDUCT**
**AUCTION AND/OR PRIVATE TREATY SALE OF PERSONAL PROPERTY**

H. Jason Gold ("Trustee"), duly appointed Chapter 7 Trustee herein for Perry Everett Adler ("Debtor"), by and through the undersigned counsel, has filed papers (specifically that certain *Trustee's Motion for Authority to Conduct Auction Sale, Private Treaty Sale, Tag Sale, and/or Negotiated Bulk Offer Sale of Personal Property* (the "Motion")) requesting the entry of an Order authorizing an auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of all tangible personal property (the "Personal Property") stored at the Debtor's rural residential real property located at 33425 W. Cowboy Clint Way, Seligman AZ 86337 (the "Seligman Ranch"). The proposed auction sale will be conducted by the Trustee's approved liquidating agent, Local Liquidators, LLC ("Local Liquidators"), an Arizona limited liability company. The Personal Property is unencumbered by liens and will be sold to the highest cash offeror at sale. Local Liquidators will be compensated by payment at closing of a commission equal to (i) 10% of the purchase price for all intangible assets, intellectual property and titled vehicles (there is presently no known property of this kind at the Seligman Ranch), and (ii) 25% of the purchase price for all physical non-titled Personal Property (collectively, the "Liquidator's Compensation"). Local Liquidators will also collect and pay all relevant sales taxes at closing. The Trustee will file a report of sale with the Court following the consummation of all sales. A copy of the Motion and proposed Order may be viewed at the Bankruptcy Court's website (http://www.vaeb.uscourts.gov/) or may be obtained by written request to the undersigned counsel.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before September 25, 2026 (the "Response Deadline"), which is twenty-one (21) days after the date of service of this Notice, you or your attorney must:

◊ File with the Court, at the following address, Clerk of Court, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting Memorandum, as required by Local Rule 9013-1(G). **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, AND TREAT THE MOTION AS CONCEDED**. If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before the date noted above. You must also mail a copy to the persons listed below.

◊ **Send a copy of any written response to the following persons:**

Robert M. Marino, Esq.
Redmon Peyton & Braswell LLP
510 King Street, Suite 301
Alexandria, Virginia 22314

The Office of the United States Trustee, Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314

Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

◊ **Attend a hearing to consider the relief requested in the Motion that is scheduled for TUESDAY, September 29, 2025, at 9:30 A.M., before the Honorable Brain F. Kenney, Chief Judge, United States Bankruptcy Court, Courtroom I, Second Floor, 200 South Washington Street, Alexandria, Virginia 22314.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the *Motion* and may enter an order granting that relief.

Dated: September 4, 2026

Respectfully submitted,

/s/Robert M. Marino

Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of September, 2026, caused a copy of the foregoing *Notice* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and by email and/or first-class mail, postage prepaid, to the following persons:

Joshua Dylan Bradley
Rosenberg Martin Greenberg LLP
Email: jbradley@rosenbergmartin.com
Counsel for Amaryllis, Inc.

Michael T. Freeman, Assistant United States Trustee
Office of the US Trustee
Email: Michael.T.Freeman@usdoj.gov

Daniel M. Press
Law Office of Daniel M. Press
Email: dan@danpress.us
Counsel for Debtor

And was also mailed, first class postage prepaid to all creditors and parties in interest on the attached service list (a copy of the service list is not being mailed with this Notice).

/s/ Robert M. Marino
Robert M. Marino