**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE:

Perry Everett Adler

CASE NO.: 25-12714
CHAPTER: 7
JUDGE: Brian F Kenney

**Debtor(s)**
____________________________________/

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 2002 and 9010(b), the undersigned enters an appearance in this case on behalf of NewRez LLC as servicer for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-14. Request is made that all notices given or required to be given in this action and all related actions, be given and served upon the following:

Eric P. Kelner
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
ekelner@hillwallack.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes, but not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any Amendments to the Schedules or Statements of Financial Affairs, all pleadings, all creditors committee notices, demands and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the above attorney's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

This notice of appearance does not constitute consent to acceptance of service of process of any subpoena, summons, or other process subject to service pursuant to Bankruptcy Rules 7004 or 9016.

Dated: September 9, 2026

Respectfully submitted,

/s/ Eric P. Kelner
Eric P. Kelner, VA BN 101443
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
Phone: 609-734-4451
Email: ekelner@hillwallack.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before September 9, 2026, via the manner of service indicated below.

**VIA CM/ECF ELECTRONIC NOTICE**

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

**Robert M. Marino**
Redmon Peyton & Braswell, LLP
510 King Street
Suite 301
Alexandria, VA 22314-3143

**Michael T. Freeman**
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307

Dated: September 9, 2026

*/s/ Tolga Beyaz*
Tolga Beyaz