**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-12714-BFK** |
| **Perry Everett Adler,** | ) | **Chapter 7 (Converted)** |
| **Debtor.** | ) | |

**CORRECTED NOTICE OF HEARING ON TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**
**(6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)**

PLEASE TAKE NOTICE that H. Jason Gold ("Trustee"), the duly appointed, qualified and acting Chapter 7 Trustee herein for Perry Everett Adler (the "Debtor"), by and through the undersigned counsel, has filed papers (specifically that certain *Trustee's Motion To Sell Real Property Free and Clear of All Liens, Claims, Encumbrances And Interests (6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)* (the "Motion")) requesting the entry of an Order approving the terms and conditions of a *Residential Sales Contract* dated September 14, 2026, and ratified on September 16, 2026 (the "Sales Contract"), negotiated at arm's length, providing for the sale to Ahmed Mohamed Mostafa and Mohamed Elagazy ("Purchasers") of improved residential real property located at 6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305, having a legal description of Lot 22, Block E of the subdivision of Parcel 3, Section 1-A, Bucknell Manor, Tax ID No. 0931 23E 0022 (the "Property"). The Property is improved by a single-family residence. The proposed sale is for a price of $575,000 with a $1000 seller subsidy to offset closing costs. The *Sales Contract* is subject to Bankruptcy Court approval. The Property is being sold in "as-is, where-is" condition and is subject to higher and better offers. Title will be conveyed by special warranty deed. The Trustee is requesting authorization to convey the Property free and clear of any and all liens, claims, encumbrances, and interests, with all known valid liens, claims, encumbrances and interests attaching to the proceeds of sale in the same order of priority as they attached prepetition to the Property. The Property is encumbered by two lien of record: (i) a first position consensual lien with an approximate balance of not less than $389,213.18, evidenced by a *Deed of Trust* dated August 2, 2006, and recorded August 3, 2006 (the "First Deed of Trust") among the Fairfax County Land Records, presently held by Deutsche Bank National Trust Company as Trustee for Harborview Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-14 ("Deutsche") and serviced by NewRez, LLC, and (ii) a second position consensual lien with an approximate balance of not less than 800,000, evidenced by a *Deed of Trust* dated August 23, 2025, and recorded November 12, 2025, among the Land Records, presently held by Amaryllis, Inc. ("Amaryllis"). Said liens are more particularly described in the *Motion*. Although the Debtor in Schedule C of the *Schedule of Assets and Liabilities* filed in this case has claimed an exemption of $50,000 (the "Exemption Claim") under the homestead provisions of Virginia Code §34-4, there is no equity in the Debtor's ownership interest above and beyond the consensual liens evidenced by the *First* and *Second Deeds of Trust* and the Exemption Claim has no force or effect in this case. The sale of the Property to the Purchasers will produce net proceeds that are sufficient, after satisfaction of all unpaid real estate taxes and costs of sale, to pay in full the valid consensual lien evidenced by the *First Deed of Trust*. However, the remaining net proceeds generated from the Property will only be sufficient to pay a small portion of the Second Deed of Trust. Amaryllis is expected to consent to the sale of the Property, free and clear of the lien of the *Second Deed of Trust*, conditioned on its receipt at closing of the net proceeds generated from the Property (estimated at $101,000), after payment of (i) all unpaid real estate taxes, (ii) all costs of sale, including a brokerage fee of five and one-half percent (5.5%) of the Purchase Price, with three percent (3.0%) paid to RealMarkets and its affiliated broker, Century 21 New Millennium, the Trustee's approved Agent/Broker herein, and two and one-half percent (2.5%) paid to Compass Real Estate, the Purchasers' agent, (iii) the sum of up to $500 to reimburse RealMarkets for any expenses incurred for title search, utilities and/or other expenses associated with the Property (iv) the full amount owed to Deutsche or its authorized servicer in connection with the *First Deed of Trust*, and (v) the sum of $46,000 to the Trustee, which will be held pending further order of the Court. A copy of the *Motion*, a proposed *Order* and supporting documents may be viewed at the Bankruptcy Court's website (http://www.vaeb.uscourts.gov/) or may be obtained by written request to the undersigned counsel.

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **October 16, 2026 (the "Response Deadline"),** which is twenty-one (21) days after the date of service of this Notice, you or your attorney must:

◊ File with the Court, at the following address, Clerk of Court, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting Memorandum, as required by Local Rule 9013-1(G). **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, AND TREAT THE MOTION AS CONCEDED.** If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date noted above. You must also mail a copy to the persons listed below.

◊ **Send a copy of any written response to the following persons:**

| | |
|---|---|
| Robert M. Marino, Esq.<br>Redmon Peyton & Braswell LLP<br>510 King Street, Suite 301<br>Alexandria, Virginia 22314 | The Office of the United States Trustee, Region 4<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314 |

◊ **Attend a hearing to consider the relief requested in the Motion that is scheduled for TUESDAY, October 20, 2026, at 9:30 A.M., before the Honorable Brian F. Kenney, Chief Judge, United States Bankruptcy Court, Courtroom I, Second Floor, 200 South Washington Street, Alexandria, Virginia 22314.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the *Motion* and may enter an order granting that relief.

Dated: September 25, 2026

Respectfully Submitted,
/s/ Robert M. Marino
Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 25th day of September, 2026, caused a copy of the foregoing *Notice* to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and by email and/or first class mail, postage prepaid, to the following persons, including persons who are believed to hold liens of record on or interests in the subject Property:

Eric P. Kelner, Esq.
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
Email: ekelner@hillwallack.com
Counsel for NewRez LLC, as servicer for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-14

Joshua Dylan Bradley
Rosenberg Martin Greenberg LLP
25 S. Charles St., 21st Floor
Baltimore, MD 21201
Email: jbradley@rosenbergmartin.com
Counsel for Amaryllis, Inc.

Daniel M. Press, Esq.
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502
Email: dan@danpress.us
Counsel for Debtor

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307
Debtor

Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Email: Michael.T.Freeman@usdoj.gov

And was also mailed, first class postage prepaid to all creditors and parties in interest on the attached service list (a copy of the service list is not being mailed with this Notice).

/s/ Robert M. Marino
Robert M. Marino