**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**ORDER AUTHORIZING TRUSTEE TO CONDUCT AUCTION SALE, PRIVATE TREATY SALE, TAG SALE, AND/OR NEGOTIATED BULK OFFER SALE OF PERSONAL PROPERTY**

THIS MATTER came on for hearing before the Court on September 29, 2026, for consideration of the unopposed *Trustee's Motion for Authority to Conduct Auction Sale, Private Treaty Sale, Tag Sale, and/or Negotiated Bulk Offer Sale of Personal Property* (Docket No. 121) (the "Motion") filed by H. Jason Gold ("Trustee"), the duly appointed Chapter 7 trustee for Perry Everett Adler ("Debtor"), seeking an Order authorizing the Trustee, through his approved liquidating agent, Local Liquidators, LLC, an Arizona limited liability company ("Local Liquidators"), to conduct an auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of all tangible personal property (the "Personal Property") stored at the Debtor's rural residential real property located at 33425 W. Cowboy Clint Way, Seligman AZ 86337 (the "Seligman Ranch"); and it

APPEARING TO THE COURT that the Trustee has agreed that the Personal Property to be sold shall NOT include the following items: (i) any guns located at the Seligman Ranch, (ii) any clothing, (iii) any toiletry items, (iv) any personal papers, and (v) the 2022 Chevrolet Silverado; and it

FURTHER APPEARING TO THE COURT that the Trustee intends to sell all other motor vehicles situated at the Seligman Ranch, subject to any valid exemptions properly asserted by the Debtor under Virginia law; and it

FURTHER APPEARING TO THE COURT that the Personal Property is unencumbered by any known liens; and it

FURTHER APPEARING TO THE COURT that the proposed auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale is a sound and proper exercise of the Trustee's business

Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

judgment; and that good cause exists to authorize the auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of the Personal Property in the manner proposed by the Trustee; and it

FURTHER APPEARING TO THE COURT that notice of the *Motion* has been properly provided to all parties in this case as required by the Federal Rules of Bankruptcy Procedure; and that no objections, timely or otherwise, have been filed; it is therefore

ORDERED that the *Motion* be, and it hereby is, GRANTED; that the Trustee be, and hereby is, authorized to conduct through Local Liquidators, his approved liquidating agent, an auction sale, private treaty sale, tag sale, and/or negotiated bulk offer sale of each item of Personal Property physically located at the Seligman Ranch to the highest cash offeror, as described in the *Motion*; and that the Trustee, through Local Liquidators acting as his liquidating agent, is hereby authorized to take any and all actions reasonably calculated to consummate the sale of each item of Personal Property to the highest cash offeror, including but not limited to executing and delivering appropriate bills of sale; and it is

FURTHER ORDERED that the sale of any motor vehicle shall be subject to any valid exemptions properly asserted by the Debtor under Virginia law; and that the Trustee may pay the Debtor any such valid exemptions out of the proceeds of the sale of any motor vehicle to which the exemptions apply; and it is

FURTHER ORDERED that each purchaser of an item or items of Personal Property shall be considered a good faith purchaser within the meaning of 11 U.S.C. §363(m); and it is

FURTHER ORDERED that Local Liquidators shall be compensated by payment at closing of a commission equal to (i) 10% of the purchase price for all intangible assets, intellectual property and titled vehicles, and (ii) 25% of the purchase price for all physical non-titled Personal Property (collectively, the "Liquidator's Compensation"); that Local Liquidators will also collect and pay all relevant sales taxes ("Sales Taxes") at closing; that following completion of the sale(s) of the Personal Property, Local Liquidators will pay over to the Trustee all net proceeds of sale after payment of the Liquidator's Compensation and all Sales Taxes; and that the Trustee shall hold all net proceeds of sale pending further order of the Court; and it is

FURTHER ORDERED that following the conclusion of the sale of the Personal Property, the Trustee shall file a report of sale in this case.

Dated: Sep 30 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: September 30, 2026

I ask for this:
/s/ Robert M. Marino
Robert M. Marino, Esq. (VSB #26076)
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**

I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:
H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

Daniel M. Press, Esq.
Law Offices of Daniel M. Press
201 Washington St
Cumberland MD 21502

Gabriel Prado, Founder and CEO
Local Liquidators, LLC
2225 W. Peoria Ave., Ste 200
Phoenix, Arizona, 85029
Alexandria, VA 22314

Robert M. Marino, Esquire
Redmon, Peyton & Braswell, L.L.P.
510 King Street, #301
Alexandria, VA 22314

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-12714-BFK

Perry Everett Adler Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Elizabeth Page 1 of 2

Date Rcvd: Oct 01, 2026 Form ID: pdford11 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Gabriel Prado, Founder and CEO, Local Liquidators, LLC, 2225 W. Peoria Ave., Ste 200, Phoenix,, AZ 85029-4938 |
| liq | + | Local Liquidators, LLC, 2225 W. Peoria Ave., Ste 200, Phoenix, AZ 85029-4938 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 02 2026 03:49:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| Eric Kelner | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan |

| | |
|---|---|
| | Pass-Through Certificates, Series 2006-14 ekelner@hillwallack.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com |
| Ryan Hamilton Keesee | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 rkeesee@mtglaw.com, ecfnotifications@mtglaw.com |
| Ryan Hamilton Keesee | on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 rkeesee@mtglaw.com, ecfnotifications@mtglaw.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com |

TOTAL: 12