UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Perry Everett Adler,<br>Debtor. | 25-12714-BFK<br>Chapter 7 |

**U.S. TRUSTEE'S SECOND CONSENT MOTION TO EXTEND TIME TO (1) OBJECT TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND (2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, files this Second Consent Motion to Extend Time to Object to Discharge Pursuant to 11 U.S.C. § 727 and to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707. In support of his motion, the U.S. Trustee states:

**JURISDICTION**

1. The Court has jurisdiction pursuant to 28 U.S.C. §§ 1334(b) and 157(a) and the Order of Reference of the U.S. District Court for the Eastern District of Virginia dated August 15, 1984. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue of this proceeding is proper under 28 U.S.C. §§ 1408 and 1409.

**FACTS**

2. On December 29, 2025 (Petition Date), the debtor filed a voluntary chapter 11 petition under Title 11 of the United States Code.

3. An order converting this case from chapter 11 to one under chapter 7 was entered on May 20, 2026. See ECF No. 57.

4. H. Jason Gold serves as the chapter 7 trustee in this matter.

5. Prior to conversion several estate assets were sold via auction. *See* ECF No. 117.

Michael T. Freeman, Esq. AUST, VSB No. 65460
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176

6. The debtor appeared and testified via Zoom at his chapter 7 initial 341(a) meeting of creditors on June 24, 2026.

7. The U.S. Trustee requested additional documents from the debtor to ascertain his current and past financial situation and business transactions.

8. The debtor requires additional time to gather the requested documents and information.

9. The U.S. Trustee also needs additional time to review the documents and information to be produced by the debtor to evaluate whether a complaint under section 727 or motion to dismiss under section 707 is appropriate.

10. The current deadline to file an objection to the entry of the debtor's discharge or motion to dismiss case is October 23, 2026. *See* ECF No. 109.

11. This Motion is timely.

12. The debtor consents to the U.S. Trustee's request to extend the time to object to discharge under section 727 or file a motion to dismiss under section 707 until and including **January 25, 2027**. *See* Ex. 1 (Proposed Consent Order).

**CONCLUSION**

WHEREFORE, the U.S. Trustee respectfully requests that the deadlines for filing a motion to dismiss this case under 11 U.S.C. §707 and a complaint under 11 U.S.C. § 727 be extended until **January 25, 2027** and for such other and further relief as the Court shall deem appropriate and just.

Respectfully Submitted,
Matthew W. Cheney, Acting U.S. Trustee
for Region 4

By: /s/ Nicholas S. Herron
Nicholas S. Herron, Esq.
Trial Attorney

**CERTIFICATE OF SERVICE**

I certify that on **October 8, 2026** service on all attorney Users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 04/22/2026. A copy of this Motion, Notice of Motion, and proposed order was mailed on the same date by First Class U.S. Mail, postage prepaid addressed as follows: Perry Everett Adler, 6528 Cavalier Drive, Alexandria, Virginia 22307 (Debtor); Daniel M. Press, Esq., Law Office of Daniel M. Press, 201 Washington Street, Cumberland, Maryland 21502 (Debtor's Counsel).

.

/s/ Nicholas S. Herron