UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Perry Everett Adler,<br>Debtor. | 25-12714-BFK<br>Chapter 7 |

**NOTICE OF U.S. TRUSTEE'S CONSENT MOTION TO EXTEND TIME TO (1) OBJECT TO DISCHARGE AND (2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, has filed a Consent Motion to Extend Time to Object to Discharge and to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**THEN BEFORE THE ENTRY OF THE ORDER, YOU OR YOUR ATTORNEY MUST:**

__X_ File with the Court, at the address shown below, a written request for a hearing. If you mail your request for hearing to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above.

__X__ File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above.

(1) File with the clerk's office at:

**U.S. Bankruptcy Court**
**200 S. Washington Street**
**Alexandria, Virginia 22314**

(2) You must also mail a copy to:

**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, Virginia 22314**

Michael T. Freeman, Esq. AUST, VSB No. 65460
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176

(3) Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: October 8, 2026 /s/ Nicholas S. Herron

## CERTIFICATE OF SERVICE

I certify that on **October 8, 2026** service on all attorney Users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 04/22/2026. A copy of this Notice of Motion, Motion, and proposed order was mailed on the same date by First Class U.S. Mail, postage prepaid addressed as follows: Perry Everett Adler, 6528 Cavalier Drive, Alexandria, Virginia 22307 (Debtor); Daniel M. Press, Esq., Law Office of Daniel M. Press, 201 Washington Street, Cumberland, Maryland 21502 (Debtor's Counsel).

/s/ Nicholas S. Herron