**U.S. Department of Justice**
**United States Trustee**

*Room 625, Federal Building*
*200 Granby Street*
*Norfolk, Virginia 23510*

Official Business
Penalty for Private Use $300

FIRST-CLASS
U.S. OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE IMI PITNEY BOWES
ZIP 23510
02 7H
0005951719
$ 001.07⁰
OCT 08 2026

Daniel M. Press, Esq.
Law Office of Daniel M. Press
201 Washington Street
Cumberland, Maryland 21502

---

**U.S. Department of Justice**
**United States Trustee**

*Room 625, Federal Building*
*200 Granby Street*
*Norfolk, Virginia 23510*

Official Business
Penalty for Private Use $300

FIRST-CLASS
U.S. OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE IMI PITNEY BOWES
ZIP 23510
02 7H
0005951719
$ 001.07⁰
OCT 08 2026

Perry Everett Adler
6528 Cavalier Drive
Alexandria, Virginia 22307