# Law Office of Robert Brandt

600 Cameron Street
Alexandria, VA 22314

# INVOICE

Invoice # 15
Date: 10/08/2026
Due On: 11/07/2026

Perry Adler

## 00015-Adler

## chapter 11 filing

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/22/2025 | t/c with client | 0.25 | $400.00 | $100.00 |
| Service | 12/24/2025 | Review of settlement agreement and email from other bankruptcy attorney | 0.34 | $400.00 | $136.00 |
| Service | 12/26/2025 | Review of emails/documents sent by client. | 0.75 | $400.00 | $300.00 |
| Service | 12/28/2025 | Review PACER (MD District court lawsuit), began preparation of bankruptcy petition, and emails with client. | 0.75 | $400.00 | $300.00 |
| Service | 12/29/2025 | Emails with client, finalizing bankruptcy petition, filing bankruptcy petition to halt foreclosure taking place next day. | 1.00 | $400.00 | $400.00 |
| Service | 12/31/2025 | t/c with opposing counsel (main creditor re former employer) regarding history of the case and eventual settlement of the case. | 0.50 | $400.00 | $200.00 |
| Service | 01/05/2026 | t/c with client (25 minutes) and brief review of slew of emails from client | 0.50 | $400.00 | $200.00 |
| Service | 01/06/2026 | Motion seeking extension of time to file schedules | 0.09 | $400.00 | $36.00 |
| Service | 01/07/2026 | Cursory review of documents delivered to my office by client. | 0.17 | $400.00 | $68.00 |
| Service | 01/07/2026 | t/c with bail bondsman and client upon being detained. | 0.17 | $400.00 | $68.00 |
| Service | 01/10/2026 | Review of documents produced by client which were left at my office | 0.50 | $400.00 | $200.00 |
| Service | 01/11/2026 | Review of slew of emails and attachments exchanged by client and opposing counsel post settlement. | 0.67 | $400.00 | $268.00 |
| Service | 01/12/2026 | Review of file/documents and detailed long email to client requesting a slew of additional | 1.25 | $400.00 | $500.00 |



EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | information. | | | |
| Service | 01/13/2026 | I filed application to employ me as counsel with the court | 0.25 | $400.00 | $100.00 |
| Service | 01/20/2026 | Review of emails and documents sent by client in preparation of IDI and delivering documents to USTO for IDI. | 1.17 | $400.00 | $468.00 |
| Service | 01/21/2026 | t/c with client to discuss latest issues, hiring professionals, selling house in Arizona, preparation of schedules and IDI. | 1.25 | $400.00 | $500.00 |
| Service | 01/21/2026 | t/c with opposing counsel representing former employer. | 0.17 | $400.00 | $68.00 |
| Service | 01/21/2026 | Attended IDI. | 1.25 | $400.00 | $500.00 |
| Service | 01/23/2026 | Finalized schedules, t/c with client (40 minutes), and filed with court. | 2.75 | $400.00 | $1,100.00 |
| Service | 01/27/2026 | Submitted post-IDI documents to USTO and responded to client emails. | 0.25 | $400.00 | $100.00 |
| Service | 01/28/2026 | Prepared and filed December MOR. | 0.25 | $400.00 | $100.00 |
| Service | 01/30/2026 | Attended 341 hearing. | 1.50 | $400.00 | $600.00 |
| Service | 01/30/2026 | t/c with client to discuss status of case and matters needing to be addressed following 341. | 0.59 | $400.00 | $236.00 |
| Service | 01/30/2026 | t/c with Debtor's criminal defense attorney about getting him retained and filing application to employ | 0.25 | $400.00 | $100.00 |
| Service | 01/30/2026 | t/c with real estate attorney out of AZ for the purpose of getting the firm retained re AZ ranch issue with neighbor | 0.25 | $400.00 | $100.00 |
| Service | 01/30/2026 | Reviewed emails from client and responded to email by criminal defense attorney re: getting employed, | 0.17 | $400.00 | $68.00 |
| Service | 02/05/2026 | Emails with broker from Arizona re sale of AZ ranch and application to employ | 0.09 | $400.00 | $36.00 |
| Service | 02/11/2026 | Drafted and filed application to employ criminal defense attorney, Mr. Ray. | 0.92 | $400.00 | $368.00 |
| Service | 02/20/2026 | Review 341 transcript and prepare ameded schedules | 0.84 | $400.00 | $336.00 |
| Service | 02/20/2026 | Attended 2nd 341 hearing. | 0.59 | $400.00 | $236.00 |
| Service | 02/20/2026 | Post 341 t/c with client to discuss what needs to be done moving forward | 0.42 | $400.00 | $168.00 |
| Service | 02/25/2026 | Reviewed MTD filed by UST office | 0.09 | $400.00 | $36.00 |

Invoice # 15 - 10/08/2026

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/27/2026 | T/c with client to discuss MTD filed by UST and related issues. | 0.17 | $400.00 | $68.00 |
| Service | 03/02/2026 | Prepared and filed amended schedules | 0.25 | $400.00 | $100.00 |
| Service | 03/03/2026 | Prepared proposed order re employment of criminal defense attorney and emails to USTO | 0.17 | $400.00 | $68.00 |
| Service | 03/05/2026 | Prepared and emailed Arizona broker with application to employ and verified statement for her signature | 0.75 | $400.00 | $300.00 |
| Service | 03/09/2026 | Letter of indigency re: criminal case | 0.17 | $400.00 | $68.00 |
| Service | 03/10/2026 | Corrected December MOR | 0.25 | $400.00 | $100.00 |
| Service | 03/10/2026 | Prepared and filed January MOR | 0.42 | $400.00 | $168.00 |
| Service | 03/10/2026 | Email with client pertaining to what accounts are still open vs. closed re: upcoming Feb MOR. | 0.09 | $400.00 | $36.00 |
| Service | 03/30/2026 | t/c with client re: status of case and upcoming hearing seeking permission to employ criminal defense counsel | 0.17 | $400.00 | $68.00 |
| Service | 03/31/2026 | court appearance re: permission to employ criminal defense attorney and discussion with client at the conclusion of the hearing. | 0.42 | $400.00 | $168.00 |
| Service | 04/06/2026 | Cursory review of complaint for non-dischargeability filed by debtor's former employer. | 0.09 | $400.00 | $36.00 |
| Service | 04/08/2026 | t/c with Debtor re: motions to be be filed related to sale of personal property, complaint filed by former employer, and Feb MOR. | 0.42 | $400.00 | $168.00 |
| Service | 04/13/2026 | t/c with client and prepared and filed Feb MOR | 0.42 | $400.00 | $168.00 |
| Service | 04/29/2026 | Reviewed opposition to my motion to sell personal property | 0.09 | $400.00 | $36.00 |
| Service | 04/29/2026 | Reviewed proof of claim filed by former employer | 0.09 | $400.00 | $36.00 |
| Service | 04/29/2026 | Reviewed complaint for non-dischargeability and began to draft answer. | 1.50 | $400.00 | $600.00 |
| Service | 04/30/2026 | T/c with client and finalized Answer to Complaint for non-dischargeability. | 1.50 | $400.00 | $600.00 |
| Service | 05/03/2026 | Prepared and fled April MOR | 0.34 | $400.00 | $136.00 |
| Service | 05/06/2026 | Reviewed motion to show cause as to why case should not be dismissed/converted | 0.09 | $400.00 | $36.00 |
| Service | 05/06/2026 | Reviewed 2nd motion to dismiss/convert by UST | 0.09 | $400.00 | $36.00 |
| Service | 05/07/2026 | t/c with opposing counsel (J Bradley) about status of case | 0.17 | $400.00 | $68.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/11/2026 | t/c with client as to latest status of case given motion to show cause and motion to convert by UST | 0.42 | $400.00 | $168.00 |
| Service | 05/11/2026 | t/c with auctioneer in Arizona as to what happens next. | 0.25 | $400.00 | $100.00 |
| Service | 05/13/2026 | t/c with Michael Freemen re conversion of case | 0.09 | $400.00 | $36.00 |
| Service | 05/15/2026 | t/c with opposing counsel, Amarylis, as to what transpired with the auction. | 0.17 | $400.00 | $68.00 |
| Service | 05/15/2026 | Email with client re consequences of conversion and what happens next. | 0.17 | $400.00 | $68.00 |
| Service | 06/02/2026 | Attended court with client re: show cause issued by the Court | 0.50 | $400.00 | $200.00 |
| Service | 06/02/2026 | Conference with client following court hearing on show cause by Court | 0.42 | $400.00 | $168.00 |
| **Non-billable entries** | | | | | |
| Service | 12/19/2025 | Initial t/c with client | ~~0.50~~ | ~~$400.00~~ | ~~$200.00~~ |
| Service | 12/19/2025 | initial t/c with client | ~~0.50~~ | ~~$400.00~~ | ~~$200.00~~ |
| Service | 12/22/2025 | email to client re: engaging me for chapter 11 case | ~~0.09~~ | ~~$400.00~~ | ~~$36.00~~ |
| Service | 04/07/2026 | Filed motion and scheduled hearing with the court re: permission to consign personal property with the Real Real. | ~~0.84~~ | ~~$400.00~~ | ~~$336.00~~ |
| Service | 04/07/2026 | Prepared application to employ Local Liquidators and verified statement. | ~~0.75~~ | ~~$400.00~~ | ~~$300.00~~ |
| Service | 07/07/2026 | Filed motion to withdraw from the case and the AP by former employer | ~~0.75~~ | ~~$400.00~~ | ~~$300.00~~ |
| Service | 08/11/2026 | Attended court on my motion to withdraw from both cases | ~~0.50~~ | ~~$400.00~~ | ~~$200.00~~ |
| Service | 08/13/2026 | Prepared orders allowing me to withdraw | ~~0.17~~ | ~~$400.00~~ | ~~$68.00~~ |
| Service | 10/08/2026 | Prepared and filed motion to approve my fee application | ~~0.92~~ | ~~$400.00~~ | ~~$368.00~~ |

**Total** **$11,868.00**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 15 | 11/07/2026 | $11,868.00 | $0.00 | $11,868.00 |
| | | | **Outstanding Balance** | **$11,868.00** |
| | | | **Total Amount Outstanding** | **$11,868.00** |

Please make all amounts payable to: Law Office of Robert Brandt

Please pay within 30 days.