UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Perry Everett Adler,<br>Debtor. | 25-12714-BFK<br>Chapter 7 |

**CONSENT ORDER ON THE UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO (1) OBJECT TO DISCHARGE AND (2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

The United States Trustee moved the Court to extend the deadline to object to the debtor's discharge under 11 U.S.C. § 727 and file a Motion to Dismiss under 11 U.S.C. § 707. All parties having desired to resolve the request for relief contained in U.S. Trustee's Motion; and the Court noting the consent of the parties to the form, substance, and entry of this Order; and for good cause shown:

It is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**; and
2. The deadline for filing a complaint under 11 U.S.C. § 727, as to the U.S. Trustee only, is extended to and including **January 25, 2027**; and
3. The deadline for filing a motion to dismiss under 11 U.S.C. 707, as to the U.S. Trustee only, is extended to and including **January 25, 2027**.

ENTER: Oct 8 2026

/s/ Brian F Kenney
United States Bankruptcy Judge

Notice of entry of Order
or Judgment entered on
Docket on ___________________

Entered On Docket: Oct 8 2026

Michael T. Freeman, Esq. AUST, VSB No. 65460
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176

I ask for this:
/s/ Nicholas S. Herron
Counsel for Matthew W. Cheney
Acting United States Trustee for Region 4

SEEN AND AGREED:

*/s/ Daniel M. Press, Esq.* (*permission to affix electronic signature provided via electronic correspondence dated October 8, 2026 at 8:05 a.m.*).
Daniel M. Press, Esq.
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Nicholas S. Herron

**PARTIES TO RECEIVE COPIES**

Perry Everett Adler
6528 Cavalier Drive
Alexandria, Virginia 22307
(Debtor)

Daniel M. Press, Esq.
Law Office of Daniel M. Press
201 Washington Street
Cumberland, Maryland 21502
(Debtor's Counsel)

U.S. Trustee (Email Only)

H. Jason Gold (Email Only)
(Chapter 7 Trustee)