# EXHIBIT A

Redmon, Peyton & Braswell, L.L.P.
510 King Street
Suite 301
Alexandria, VA 22314
Tel: (703) 684-2000
Fax: (703) 684-5109

RP&B

October 01, 2026
Billed through September 30, 2026
Statement Number 096302-00122 16136 RMM
5

Mr. H. Jason Gold, Chapter 7 Trustee
P.O Box 57359
Washington, DC 20037

Re: Perry Everett Adler

| | |
|---|---|
| Balance forward as of last statement | $0.00 |
| Payments received | ($0.00) |
| Net balance forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 05/26/26 | RMM | Prepare and electronically file and serve pleadings to employ RPB as counsel to the Trustee in the Adler case and submit order through BOPS. | 0.60 | 475.00/hr | 285.00 |
| 05/29/26 | RMM | Telephone conference with Trustee and counsel for Amyrilis re background, auction sales, liens on real property, potential adversary actions (0.8). Follow-up with Trustee re same (0.2). | 1.00 | 475.00/hr | 475.00 |
| 06/01/26 | RMM | Prepare email to auctioneer Prado requesting immediate turnover of all sales proceeds from unauthorized auction sale, accounting of disposition of same, and a list of all property in auctioneer's possession. | 0.70 | 475.00/hr | 332.50 |
| 06/02/26 | RMM | Telephone call from Mr. Prado, auctioneer, regarding postpetition auction sales and related issues (0.5). Follow-up with Trustee re same (0.2). | 0.70 | 475.00/hr | 332.50 |
| 06/03/26 | RMM | Telephone call from Mr. Press, possible new counsel for Debtor, re background on Adler case, various issues that need to be addressed. | 0.30 | 475.00/hr | 142.50 |
| 06/29/26 | RMM | Telephone call with counsel for Mr. Adler re issues relating to postpetition auctions. | 0.30 | 475.00/hr | 142.50 |
| 07/16/26 | RMM | Review lift stay motion filed by New Rez LLC with respect to Alexandria real property (0.5). Follow-up with counsel for lender re continuance of hearing on lift stay motion (0.3). | 0.80 | 475.00/hr | 380.00 |
| 07/17/26 | RMM | Prepare pleadings to employ real estate agent/broker to market and sell Alexandria residential real estate. | 0.60 | 475.00/hr | 285.00 |
| 07/20/26 | RMM | Prepare response and opposition to New Rez lift stay motion re Alexandria property. | 0.80 | 475.00/hr | 380.00 |
| 07/23/26 | RMM | Revise and finalize response and opposition to NewRez lift stay motion re Alexandria real property and electronically file and serve same. | 0.40 | 475.00/hr | 190.00 |
| 07/29/26 | RMM | Telephone call with counsel for Debtor issues relating to marketing of Alexandria VA property and follow-up email re same. | 0.40 | 475.00/hr | 190.00 |

| | | | | | |
|---|---|---|---|---|---|
| | RMM | Follow-up call with Arizona auctioneer re engagement of services and turnover of proceeds of previous auction sales. | 0.20 | 475.00/hr | 95.00 |
| 07/30/26 | RMM | Review updated title bringdown on Alexandria residence for existing liens and encumbrances. | 0.30 | 475.00/hr | 142.50 |
| | RMM | Revise and finalize pleadings to employ real estate agent/broker to sell Alexandria residence and electronically file and serve same. | 0.40 | 475.00/hr | 190.00 |
| | RMM | Follow-up with Trustee and realtor regarding need to engage auctioneer to address possible sale of personal property in Alexandria residence and follow-up with Mr. Arrington and Debtor's counsel re same. | 0.30 | 475.00/hr | 142.50 |
| 07/31/26 | RMM | Finalize order approving engagement of real estate agent/broker for Alexandria property and submit through BOPS. | 0.10 | 475.00/hr | 47.50 |
| | RMM | Review correspondence from counsel for Debtor re various issues relating to Alexandria residence and personal property and follow-up with Trustee, realtor and auctioneer re same (0.3). Further follow-up re same (0.2). | 0.50 | 475.00/hr | 237.50 |
| 08/03/26 | RMM | Review additional background for preparation of application to employ auctioneer for remaining personal property in Seligman, AZ. | 0.50 | 475.00/hr | 237.50 |
| 08/04/26 | RMM | Review background on postpetition preconversion auction sales conducted by Local Liquidators for personal property at Seligman Ranch (0.8). Prepare application to employ Local Liquidators as liquidating agent for the purpose of selling the personal property at Seligman Ranch in AZ, providing for turnover of proceeds from pre-conversion sales (1.8). Begin revising proposed Local Liquidators auction/agency agreement for sale of remaining personal property at Seligman ranch (0.8). | 3.40 | 475.00/hr | 1,615.00 |
| 08/05/26 | RMM | Continue revisions to liquidating agent agreement with Local Liquidators (1.5). Further revisions to Application to Employ liquidating agent (0.5). Prepare Declaration for Gabriel Prado in connection with employment application (0.6). | 2.60 | 475.00/hr | 1,235.00 |
| 08/06/26 | RMM | Revise draft application to employ liquidation agent to sell Seligman remaining personal property (0.6). Revise proposed declaration of Mr. Prado (0.2). Prepare proposed order re same (0.5). Review procedural issues regarding inclusion of turnover/payment of commissions for preconversion sale (0.3). Further revisions to exclusive agency agreement with Liquidation Agent (0.6). Email to Mr. Prado transmitting all documents (0.4). | 2.60 | 475.00/hr | 1,235.00 |
| 08/07/26 | RMM | Telephone call with Local Liquidators regarding further clarification of status of sale proceeds from first and second preconversion auctions, procedural issues associated with ratification of auctions (0.2). Prepare Motion and proposed order to ratify preconversion auctions, direct turnover of net sales proceeds and authorize compensation to Local Liquidators (1.5). | 1.70 | 475.00/hr | 807.50 |
| 08/12/26 | RMM | Review issues relating to lift stay motion on Alexandria property (0.1). Follow0up with counsel for first trustholder re same (0.4). Further follow-up with counsel for debtor re same (0.3). Telephone call with auctioneer re sale of personal property situated in Alexandria property (0.2). | 1.00 | 475.00/hr | 475.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/19/26 | RMM | Telephone call from counsel for Amaryllis regarding status of Chapter 7 case asset sale efforts. | 0.50 | 475.00/hr | 237.50 |
| 08/20/26 | RMM | Review proposed order lifting stay for first trustholder with respect to Alexandria property and follow-up with lender's counsel requesting drop dead provisions to allow for marketing and sale of property. | 0.40 | 475.00/hr | 190.00 |
| 08/22/26 | RMM | Further follow-up with counsel for New Rez re lift stay order. | 0.40 | 475.00/hr | 190.00 |
| 08/24/26 | RMM | Prepare application to employ Arizona listing broker and cooperative listing agent for sale of Seligman ranch property and circulate for approval by Trustee and realtor (1.3). Electronically file and serve all pleadings (0.2). | 1.50 | 475.00/hr | 712.50 |
| | RMM | Prepare and finalize application to employ Arizona listing real estate agent/broker and Virginia cooperating real estate agent/broker to market and sell the Seligman, AZ property (1.2). Electronically file and serve same (0.2). | 1.40 | 475.00/hr | 665.00 |
| 08/25/26 | RMM | Review additional information obtained from auctioneer in connection with pre-conversion auction sales (0.3). Revise and finalize pleadings to obtain ratification of pre-converion auction sales, direct turnover of net sales proceeds and allow auctioneer to retain commissions and buyer's premiums (1.0). Email transmitting all pleadings to Trustee for final approval prior to filing (0.2). | 1.50 | 475.00/hr | 712.50 |
| | RMM | Revise and finalize pleadings to employ Local Liquidators as liquidating agent to auction personal property in Seligman, AZ (0.8). Email transmitting all documents to Trustee for review and approval prior to filing (0.2). | 1.00 | 475.00/hr | 475.00 |
| | RMM | Email to Mr. Prado and Local Liquidators transmitting draft pleadings to engage liquidating agent and to ratify pre-conversion auction sales. | 0.40 | 475.00/hr | 190.00 |
| 08/26/26 | RMM | Submit proposed order re application to employ Arizona realtor and cooperating realtor to sell Seligman property. | 0.10 | 475.00/hr | 47.50 |
| 08/27/26 | RMM | Revise pleadings and agency agreement to employ AZ auctioneer to sell Seligman, AZ personal property and forward same to auctioneer for endorsement of Declaration and agreement (0.5). Follow-up call with Mr. Prado re issues related to auction of personal property (0.1). | 0.60 | 475.00/hr | 285.00 |
| | RMM | Revise pleadings to ratify pre-conversion auction sales. | 0.50 | 475.00/hr | 237.50 |
| | RMM | Email to counsel for Amaryllis re status on engagement of auctioneer, ratification of pre-conversion auctions, forward draft pleadings re same for information and review. | 0.20 | 475.00/hr | 95.00 |
| 08/28/26 | RMM | Finalize, electronically file and serve all pleadings to employ liquidating agent to sell personal property in Seligman, AZ. | 0.50 | 475.00/hr | 237.50 |
| | RMM | Finalize, electronically file and serve all pleadings re ratification of pre-conversion auction sales of personal property in Seligman, AZ, turnover of proceeds and payment of compensation to auctioneer. | 0.50 | 475.00/hr | 237.50 |
| | RMM | Review issues raised by US Trustee regarding proposed compensation for liquidating agent employment application, review same with Trustee, follow-up with liquidating agent to resolve issues and follow-up with US Trustee re same. | 0.60 | 475.00/hr | 285.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/31/26 | RMM | Revise and finalize proposed order approving engagement of auctioneer to sell Seligman personal property and forward to Mr. Freeman for review and approval. | 0.30 | 475.00/hr | 142.50 |
| 09/01/26 | RMM | Finalize proposed order employing auctioneer to sell personal property in Seligman, AZ, and submit through BOPS. | 0.20 | 475.00/hr | 95.00 |
| | RMM | Further follow-up with auctioneer re issues relating to motion to ratify pre-conversion auction sales. | 0.20 | 475.00/hr | 95.00 |
| 09/02/26 | RMM | Review entered order approving employment of auctioneer and forward to auctioneer. | 0.20 | 475.00/hr | 95.00 |
| | RMM | Review status of marketing efforts and prepare email to counsel for first trustholder on Alexandria property in connection with efforts to delay operation of lift stay and permit completion of marketing efforts. | 0.30 | 475.00/hr | 142.50 |
| 09/03/26 | RMM | Prepare pleadings to authorize an auction sale of all remaining Seligman AZ personal property and email transmitting draft to client and liquidating agent. | 1.50 | 475.00/hr | 712.50 |
| 09/04/26 | RMM | Finalize all pleadings re auction sale of personal property in Seligman, AZ and electronically file and serve all pleadings. | 1.40 | 475.00/hr | 665.00 |
| 09/17/26 | RMM | Review issues relating to sale of Alexandria and Seligman properties (0.3). Telephone call with Mr. Press re same (0.4). Follow-up email to Mr. Press re same (0.4). Review contract for sale of Cavalier Drive property (0.2). Follow-up call with counsel for Amaryllis re same and other case status (0.2). Further follow-up and strategy for negotiation with Amaryllis re carveout for sale of Alexandria property (0.3). | 1.80 | 475.00/hr | 855.00 |
| 09/18/26 | RMM | Review draft settlement statement for sale of Cavalier drive property and prepare email to counsel for Amaryllis setting forth proposal for short sale of property free and clear of subordinate consensual lien. | 0.80 | 475.00/hr | 380.00 |
| 09/21/26 | RMM | Prepare draft pleadings (motion, notice, proposed order) to approve sale of Cavalier Drive property free and clear of liens. | 2.80 | 475.00/hr | 1,330.00 |
| 09/23/26 | RMM | Follow-up with counsel for Amaryllis re proposed short sale of Cavalier Drive property. | 0.20 | 475.00/hr | 95.00 |
| | RMM | Revise and finalize all pleadings re sale of Cavalier Drive property. | 0.70 | 475.00/hr | 332.50 |
| 09/24/26 | RMM | Telephone call from counsel for Debtor re Cavalier property sale issues (0.2). Follow-up with counsel for Amaryllis re same (0.2). | 0.40 | 475.00/hr | 190.00 |
| | RMM | Electronically file and serve all pleadings to sell Cavalier Drive property. | 0.70 | 475.00/hr | 332.50 |
| | RMM | Revise proposed auction sale approval order to address exclusion of certain assets from sale and follow-up with counsel for Debtor re same. | 0.50 | 475.00/hr | 237.50 |
| 09/25/26 | RMM | Telephone call with counsel for Debtor regarding further revisions to proposed auction sale order for Seligman personal property (0.3). Further revisions to proposed auction sale order (0.3). Email transmitting same to relevant parties (0.2). | 0.80 | 475.00/hr | 380.00 |
| | RMM | Further follow-up re proposed sale of Cavalier Drive property. | 0.30 | 475.00/hr | 142.50 |
| 09/28/26 | RMM | Prepare for hearing on Motions to ratify preconversion auction sales and to approve post-conversion sale of all personal property remaining in Seligman AZ. | 1.00 | 475.00/hr | 475.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/29/26 | RMM | Attend hearing on motion to ratify preconversion auction sales and approve post-conversion sale of all remaining personal property in Seligman, AZ (0.5). Revise and finalize orders re ratification of preconversion sales and approval of post-conversion sale of all personal property and submit through BOPS (0.5). Follow up with Local Liquidators re same (0.2). | 1.20 | 475.00/hr | 570.00 |
| 09/30/26 | RMM | Review order ratifying pre-conversion auction sales and forward same to auctioneer for further action on turnover of net sales proceeds (0.2). Review order authorizing auction sale of remaining personal property in Seligman AZ and forward same to auctioneer for further action on sales (0.2). | 0.40 | 475.00/hr | 190.00 |
| | Total fees for this matter | | | | $21,850.00 |

DISBURSEMENTS:

| | | |
|---|---|---|
| 08/31/2026 | Postage | 32.76 |
| 09/24/2026 | Expenses for U.S. EdVA Bankruptcy Court Filing Fee (RP&B Filing Card). | 199.00 |
| 09/30/2026 | Postage | 67.01 |
| | Total disbursements for this matter | $298.77 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert M. Marino | 46.00 hr | 475.00 /hr | $21,850.00 |
| TOTAL FEES | 46.00 hr | | $21,850.00 |
| Total Amount of This Bill | | | $22,148.77 |
| Total Balance Now Due | | | $22,148.77 |

Please include statement number with remittance.
WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS