**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | )<br>)<br>)<br>)<br>) | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**NOTICE REGARDING FIRST INTERIM APPLICATION OF ROBERT M. MARINO, ESQ. AND REDMON PEYTON & BRASWELL, LLP FOR COMPENSATION**

**PLEASE TAKE NOTICE THAT** Robert M. Marino, Esq. and the law firm of Redmon Peyton & Braswell, LLP (collectively, the "Applicant" or "Counsel"), counsel to H. Jason Gold ("Trustee"), the Chapter 7 Trustee for Perry Everett Adler, has filed papers with the Court (namely, the *First Interim Application of Robert M. Marino, Esq. and Redmon Peyton & Braswell, LLP For Compensation*) (the "First Interim Application") seeking the Court's interim approval of legal fees in the amount of $21,850.00 and for reimbursement of out-of-pocket expenses incurred in the amount of $298.77 for the period from May 26, 2026, through the September 30, 2026. Applicant seeks payment of any fees that may be approved by the Court in connection with the *Application*. Any approved fees will be paid by the Trustee with funds from the estate in advance of any final report filed in this case. Copies of the *First Interim Application* may be viewed at the Bankruptcy Court's website (http://www.vaeb.uscourts.gov/) or may be obtained from the undersigned counsel upon request and payment of the copying and delivery charges.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the court to grant the relief sought in the *First Interim Application*, or if you want the court to consider your views on the *First Interim Application*, then on or before **November 9, 2026 (the "Response Deadline")**, which is twenty-one (21) days after the date of service of this Notice, you or your attorney must:

- File with the Court, at the following address, Clerk of Court, United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, Alexandria, Virginia 22314, a written response with supporting Memorandum, as required by Local Rule 9013-1(H). **UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THE *FIRST INTERIM APPLICATION* AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE *FIRST INTERIM APPLICATION* AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.** If you mail your response to the

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

Court for filing, you must mail it early enough so the court will **receive** it on or before the date noted above. You must also mail a copy to the persons listed below

- **Send a copy of any written response to the following persons:**

  Robert M. Marino, Esq.
  Redmon, Peyton & Braswell, LLP
  510 King Street, Suite 301
  Alexandria, VA 22314

  Office of the United States Trustee
  1725 Duke Street, Suite 650
  Alexandria, VA 22314

- **Attend a hearing to consider the relief requested in the First Interim Application that is scheduled for TUESDAY, November 10, 2026, at 9:30 A.M., before the Honorable Brian F. Kenney, Chief Judge, United States Bankruptcy Court, Courtroom I, Second Floor, 200 South Washington Street, Alexandria, Virginia 22314**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the *First Interim Application* and may enter an order granting that relief.

Dated: October 19, 2026

Respectfully Submitted,
/s/ Robert M. Marino
Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of October, 2026, I caused a copy of the foregoing Notice to be served by email and through the ECF system to the following persons:

Michael T. Freeman, Asst. U.S. Trustee
Office of the United States Trustee
Email: Michael.T.Freeman@usdoj.gov

H. Jason Gold, Trustee
Email: goldtrustee@fiduciaryservicesgroup.com

Daniel M. Press
Law Office of Daniel M. Press
Email: dan@danpress.us
Counsel for Debtor

And to all persons entering their appearance and requesting notice in this case and by first class mail, postage prepaid, to the creditors and parties in interest who are set forth on the attached service list (a copy of which is not being served with this Notice).

/s/Robert M. Marino
Robert M. Marino