**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**MOTION FOR ENTRY OF ORDER AMENDING ORDER APPROVING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**
**(6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)**

H. Jason Gold ("Gold" or "Trustee"), the duly appointed, qualified and acting Chapter 7 Trustee herein for Perry Everett Adler (the "Debtor"), respectfully files this *Motion* (the "Motion to Amend") requesting entry of the attached proposed *Order* amending and modifying that certain *Order Approving Trustee's Motion To Sell Real Property Free and Clear of All Liens, Claims, Encumbrances And Interests (6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)* (Docket No. 145) (the "Sale Order"), and in support thereof respectfully states as follows:

1. On October 21, 2026, following a hearing conducted on October 20, 2026 (the "Sale Hearing"), the Court entered the *Sale Order* granting the Trustee's *Motion to Sell* (Docket No. 125) (the "Sale Motion") and authorizing the Trustee to sell improved residential real property located at 6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305, having a legal description of Lot 22, Block E of the subdivision of Parcel 3, Section 1-A, Bucknell Manor, Tax ID No. 0931 23E 0022 (the "Property"), to Ahmed Mohamed Mostafa and Mohamed Elagazy ("Purchasers"). The terms and conditions of the sale are more particularly described in the *Sales Contract* (as that term is defined in the *Sale Order*), which was attached and incorporated by reference as Exhibit A to the *Sale Motion*. The Trustee now seeks to modify the *Sale Order* as set forth below.

2. On September 30, 2026, subsequent to the filing of the *Sale Motion* but prior to the Sale Hearing, the Trustee and the Purchasers entered into an *Addendum* to the *Sales Contract* which provided that

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

6528 Cavalier LLC (the "Purchasing Entity"), a Virginia limited liability company formed on September 30, 2026 and wholly owned by the Purchasers, would be substituted as the Buyer under the *Sales Contract*. A true copy of the *Addendum* is attached and incorporated by reference herein as Exhibit A. Unfortunately, the Trustee's Agent/Broker neglected to notify the undersigned counsel of the existence of the *Addendum* until after the *Sale Order* was submitted to and entered by the Court. As such, the *Sale Order* authorizes the sale of the Property to the Purchasers, but it makes no mention of the Purchasing Entity. The Purchasers require that the Trustee convey the Property to the Purchasing Entity per the terms of the *Addendum*.

3. Based upon the foregoing, the Trustee now seeks to amend the *Sale Order* so as to reflect the substitution of the Purchasing Entity as the Buyer under the *Sales Contract*. All other terms of the *Sale Order* will remain unchanged.

4. The Purchasing Entity, being wholly owned by the Purchasers, has no connection with the bankruptcy estate or any creditor in this case. As such, the Purchasing entity is not an "insider" of the Debtor as that term is defined in 11 U.S.C. § 101(31), and, like the Purchasers, is entitled to the protections of 11 U.S.C. § 363(m).

5. Based upon the nature of the proposed amendment, no further notice or hearing is required in this case, other than service of this Motion (i) through the CM/ECF system upon all persons entering their appearance and requesting notice in this case, and (ii) by email to those persons who received email notification of the original *Sale Motion*.

WHEREFORE, for the foregoing reasons, the Trustee respectfully requests that the Court enter the attached proposed *Order* amending and modifying the *Sale Order* as described above, and provide such other and further relief as the Court deems just and proper.

Dated: October 22, 2026

Respectfully Submitted,

/s/ Robert M. Marino

Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 22nd day of October, 2026, caused a copy of the foregoing *Motion*, with proposed *Order*, to be served electronically through the electronic case filing system to all persons entering their appearance and requesting notice in this case, and by email to the following persons:

Eric P. Kelner, Esq.
Hill Wallack LLP
Email: ekelner@hillwallack.com
Counsel for NewRez LLC, as servicer for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-14

Joshua Dylan Bradley
Rosenberg Martin Greenberg LLP
Email: jbradley@rosenbergmartin.com
Counsel for Amaryllis, Inc.

Daniel M. Press, Esq.
Law Office of Daniel M. Press
Email: dan@danpress.us
Counsel for Debtor

Office of the United States Trustee
Email: Michael.T.Freeman@usdoj.gov

/s/ Robert M. Marino
Robert M. Marino