# EXHIBIT A

COMPASS

# ADDENDUM - SALE

This Addendum is made on **September 24, 2026**, to a sales contract ("Contract") offered on **September 14, 2026**, between **Ahmed Ashraf, Mohamed Elagazy** ("Buyer") and **H. Jason Gold, Trustee** ("Seller") for the purchase and sale of the Property: **6528 Cavalier Dr, Alexandria, VA 22307**

The parties agree that this Contract is modified as follows:

**All parties acknowledge and agree that the Buyer's interest in the Residential Sales Contract is hereby transferred from Ahmed Mostafa and Mohamed Elagazy to 6528 Cavalier LLC. Effective upon ratification of this Addendum, 6528 Cavalier LLC shall be identified as the Buyer under the Contract. All other terms and conditions remain unchanged.**

This Addendum shall not alter, modify, or change in any other respect this Contract, and except as modified herein, all of the terms and provisions of this Contract are expressly ratified and confirmed and shall remain in full force and effect.

**SELLER:**

09/30/2026 / *H. Jason Gold, Trustee*
Date / Signature
**H. Jason Gold, Trustee**

H. Jason Gold, Trustee
Not individually but solely in his capacity as Chapter 7 Trustee in Bankruptcy; In RE: Perry Everett Adler Case No: 25-12714-BFK

Date / Signature

Date / Signature

Date / Signature

**PURCHASER:**

09/25/2026 / eSign Ahmed Mohamed Mostafa 09/25/26 - 10:53 AM EDT
Date / Signature
**Ahmed Ashraf**

09/25/2026 / eSign Mohamed Elagazy 09/25/26 - 05:32 PM CEST
Date / Signature
**Mohamed Elagazy**

Date / Signature

Date / Signature

REALTOR®

**© 2019 Northern Virginia Association of REALTORS®, Inc.**

EQUAL HOUSING OPPORTUNITY