**Fill in this information to identify your case:**

Debtor 1: Perry Everett Adler
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Virginia
(State)

Case number (If known): 25-12714

☒ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 6528 Cavalier Dr<br>Line from *Schedule A/B:* 1.1 | $ 0.00 | ☑ $ 50,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4; Va. Code Ann. § 34-18; Va. Code Ann. § 34-20 |
| Brief description: 2022 Chevy Silverado<br>Line from *Schedule A/B:* 3.1 | $ 42,880.00 | ☑ $ 1,160.11<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (8) |
| Brief description: 2009 Humvee<br>Line from *Schedule A/B:* 3.2 | $ 100,000.00 | ☑ $ 8,839.89<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (8) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☐ No
  ☐ Yes

Debtor Perry Everett Adler (First Name, Middle Name, Last Name) Case number (*if known*) 25-12714

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2009 Humvee<br>Line from *Schedule A/B:* 3.2 | 100,000.00 | ☑ 3725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4; Va. Code Ann. § 34-18; Va. Code Ann. § 34-20 |
| Brief description: Household Goods - Household goods including electronics in VA house<br>Line from *Schedule A/B:* 6 | $5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (4a) |
| Brief description: Household Goods - three (3 ) antique chairs from the 1920's that belonged to Debtor's grandfather, then aunt, then father<br>Line from *Schedule A/B:* 6 | $1200.00 | ☑ $ 1200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (2) |
| Brief description: Firearms - 10 Guns consisting of Saiga 12 shotgun, AK 47, PA-15 pistol, PA-15 pistol, Dravo noca pistol, PA 15 pistol, 590 Shockwave shotgun, PA 15 pistol, PA 15 pistol, and Rough Rider<br>Line from *Schedule A/B:* 10 | $3,426.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (4b) |
| Brief description: Firearms - 10 Guns consisting of Saiga 12 shotgun, AK 47, PA-15 pistol, PA-15 pistol, Dravo noca pistol, PA 15 pistol, 590 Shockwave shotgun, PA 15 pistol, PA 15 pistol, and Rough Rider revolver, $<br>Line from *Schedule A/B:* 10 | $3,426.00 | ☑ $ 426.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4; Va. Code Ann. § 34-18; Va. Code Ann. § 34-20 |
| Brief description: Clothing - Clothing<br>Line from *Schedule A/B:* 11 | $1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (4) |
| Brief description: Pet(s) - 2 Water buffalo, 4 Watusi cattle steer, mini donkey, mini horse, 7 longhorn, Zebu, American Bison, as well as 3 black angus, 6 red angus, 3 bison, and 14 horses; 2 cats, 2 dogs<br>Line from *Schedule A/B:* 13 | $ Unknown | ☐ ❑ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (5) |
| Brief description: Other - Defibrillator<br>Line from *Schedule A/B:* 14 | $713.00 | ☑ $ 713.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26 (6) |
| Brief description: Lot # 1443 footstool $40<br>Lot # 1069 table $5<br>Lot # 5041 bench $56<br>Lot # 1432 bed $170<br>Line from *Schedule A/B:* | $ 849 | ☐ $ 849<br>☒ 100% of fair market value, up to any applicable statutory limit | Va. Code 34-4. |
| Brief description: Lot # 1341 red chair set $113<br>Lot # 1170 chair $65<br>Lot # 1194 dresser $45<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Lot # 1314 dresser $35<br>Lot #1424 dresser $8<br>Lot # 1433 dresser $26<br>Lot # 4038 dresser $40<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Lot # 1371 boots $30<br>Lot # 1409 luggage set $86<br>Lot # 1234 Chair & Ottoman $130<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ ~~100% of fair market value, up to any applicable statutory limit~~ | |
| Wedding Ring | $500 | $500 100% fmv | VA Code 34-26(1a) |

**Fill in this information to identify your case:**

Debtor 1 Perry Everett Adler
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the Eastern District of Virginia

Case number 25-12714
(If known)

❑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person________________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Perry Everett Adler
Signature of Debtor 1

✘ ________________
Signature of Debtor 2

Date 10/22/2026
MM / DD / YYYY

Date __________
MM / DD / YYYY