**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-12714-BFK** |
| **Perry Everett Adler,** | ) | **Chapter 7 (Converted)** |
| **Debtor.** | ) | |

**ORDER AMENDING ORDER APPROVING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**
**(6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)**

THIS MATTER came on before the Court upon the *Trustee's Motion for Entry of Order Amending Order Approving Motion To Sell Real Property Free and Clear of All Liens, Claims, Encumbrances And Interests (6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)* (Docket No. 146) (the "Motion to Amend") filed by H. Jason Gold ("Trustee"), the duly appointed, qualified and acting Chapter 7 Trustee herein for Perry Everett Adler (the "Debtor"), seeking an *Order* amending and modifying that certain *Order Approving Trustee's Motion To Sell Real Property Free and Clear of All Liens, Claims, Encumbrances And Interests (6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305)* (Docket No. 145) (the "Sale Order"); and it

APPEARING TO THE COURT that on October 21, 2026, following a hearing conducted on October 20, 2026 (the "Sale Hearing"), the Court entered the *Sale Order* granting the Trustee's *Motion to Sell* (Docket No. 125) (the "Sale Motion") and authorizing the Trustee to sell improved residential real property located at 6528 Cavalier Dr, Alexandria, Fairfax County, Virginia 22307-1305, having a legal description of Lot 22, Block E of the subdivision of Parcel 3, Section 1-A, Bucknell Manor, Tax ID No. 0931 23E 0022 (the "Property"), to Ahmed Mohamed Mostafa and Mohamed Elagazy ("Purchasers"); that on September 30, 2026, subsequent to the filing of the *Sale Motion* but prior to the Sale Hearing, the Trustee and the Purchasers entered into an *Addendum* to the *Sales Contract* which provided that 6528 Cavalier LLC (the "Purchasing Entity"), a Virginia limited liability company formed on September 30, 2026 and wholly owned by the

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-879-2676 (Direct)
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

Purchasers, would be substituted as the Buyer under the *Sales Contract*; that the Trustee's Agent/Broker neglected to notify the Trustee's counsel of the existence of the *Addendum* until after the *Sale Order* was submitted to and entered by the Court; that the *Sale Order* authorizes the sale of the Property to the Purchasers, but it makes no mention of the Purchasing Entity; that the Purchasers require that the Trustee convey the Property to the Purchasing Entity per the terms of the *Addendum*; and that the Trustee seeks to amend the *Sale Order* so as to reflect the substitution of the Purchasing Entity as the Buyer under the *Sales Contract*; and it

FURTHER APPEARING TO THE COURT that good cause exists to amend the *Sale Order* so as to properly reflect that the Purchasing Entity has been substituted as the Buyer under the terms of the *Sales Contract* and that the Purchasing Entity, being wholly owned by the Purchasers, is also entitled to the protections of 11 U.S.C. § 363(m); and it

FURTHER APPEARING TO THE COURT that, based upon the nature of the relief requested, no further notice of or hearing on the *Motion to Amend* is required or necessary; it is therefore

ORDERED that the *Motion to Amend* be, and it hereby is, GRANTED; and that the *Sale Order* be, and it hereby is, AMENDED so that the term "Purchasers" as defined on the third line of the first full recital paragraph on page 2 of the *Sale Order* shall mean the Purchasing Entity, 6528 Cavalier LLC; and it is

FURTHER ORDERED that, except as amended and modified by this *Order*, all other terms and conditions of the *Sale Order* shall remain in full force and effect.

Dated: Oct 23 2026

/s/ Brian F Kenney

Honorable Brian F. Kenney
Chief Judge

Entered On Docket: Oct 26 2026

I ask for this:
/s/ Robert M. Marino

Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676 (Direct)
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Chapter 7 Trustee

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**

I hereby certify that the foregoing order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Eric P. Kelner, Esq.
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543

Joshua Dylan Bradley
Rosenberg Martin Greenberg LLP
25 S. Charles St., 21st Floor
Baltimore, MD 21201

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Daniel M. Press, Esq.
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

Perry Everett Adler
6528 Cavalier Drive
Alexandria, VA 22307