UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Perry Everett Adler,<br>Debtor. | 25-12714-BFK<br>Chapter 7 |

**CONSENT ORDER ON THE UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO (1) OBJECT TO DISCHARGE AND (2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

The United States Trustee moved the Court to extend the deadline to object to the debtor's discharge under 11 U.S.C. § 727 and file a Motion to Dismiss under 11 U.S.C. § 707. All parties having desired to resolve the request for relief contained in U.S. Trustee's Motion; and the Court noting the consent of the parties to the form, substance, and entry of this Order; and for good cause shown:

It is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**; and
2. The deadline for filing a complaint under 11 U.S.C. § 727, as to the U.S. Trustee only, is extended to and including **January 25, 2027**; and
3. The deadline for filing a motion to dismiss under 11 U.S.C. 707, as to the U.S. Trustee only, is extended to and including **January 25, 2027**.

ENTER: Oct 8 2026

Notice of entry of Order
or Judgment entered on
Docket on ___________________

/s/ Brian F Kenney
United States Bankruptcy Judge

Entered On Docket: Oct 8 2026

Michael T. Freeman, Esq. AUST, VSB No. 65460
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(703) 557-7176

I ask for this:
/s/ Nicholas S. Herron
Counsel for Matthew W. Cheney
Acting United States Trustee for Region 4

SEEN AND AGREED:

*/s/ Daniel M. Press, Esq.* (*permission to affix electronic signature provided via electronic correspondence dated October 8, 2026 at 8:05 a.m.*).
Daniel M. Press, Esq.
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Nicholas S. Herron

**PARTIES TO RECEIVE COPIES**

Perry Everett Adler
6528 Cavalier Drive
Alexandria, Virginia 22307
(Debtor)

Daniel M. Press, Esq.
Law Office of Daniel M. Press
201 Washington Street
Cumberland, Maryland 21502
(Debtor's Counsel)

U.S. Trustee (Email Only)

H. Jason Gold (Email Only)
(Chapter 7 Trustee)

United States Bankruptcy Court

Eastern District of Virginia

In re:
Perry Everett Adler
Debtor

Case No. 25-12714-BFK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9
User: TatianaVe
Page 1 of 2
Date Rcvd: Oct 08, 2026
Form ID: pdford6
Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| @db | + | Perry Everett Adler, 6528 Cavalier Drive, Alexandria, VA 22307-1305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 09 2026 02:44:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| Eric Kelner | |

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 ekelner@hillwallack.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Nicholas S. Herron | on behalf of U.S. Trustee Matthew W. Cheney nicholas.s.herron@usdoj.gov Michael.F.McMahon@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert Sergio Brandt | on behalf of Other Professional Robert S Brandt brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Ryan Hamilton Keesee | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 rkeesee@mtglaw.com, ecfnotifications@mtglaw.com |
| Ryan Hamilton Keesee | on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 rkeesee@mtglaw.com, ecfnotifications@mtglaw.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com |

TOTAL: 14