**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

# OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Ryan H. Keesee, Esq. (VSB #98998), withdraws his appearance as counsel for the creditors in the cases listed on the attached Exhibit A effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Diana Theologou, Esq. (VSB #84536), an attorney employed by McMichael Taylor Gray, LLC, is hereby substituted as counsel in place of Ryan H. Keesee in the cases listed on the attached Exhibit A effective as of the date of this notice.

Dated: November 4, 2026
Respectfully submitted,

By: /s/ Ryan Keesee
Ryan Keesee, VABN 98998
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: rkeesee@mtglaw.com
MTG File No.: 26-002841-01

By: /s/ Diana Theologou
Diana Theologou, VABN 84536
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
6 North East Street, Ste. 202
Frederick, MD 21701
Telephone: 470.480.1820
Fax: 404.745.8121
E-mail: dtheologou@mtglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Substitution of Counsel was served by CM/ECF on November 4, 2026, to all persons registered to receive electronic notice.

/s/ Ryan H. Keesee

Ryan H. Keesee, VSB # 98998

# Exhibit A

| | |
|---|---|
| 25-12714-BFK | Perry Everett Adler |
| 25-51177-SCS | Silas Praileau, Sr. |
| 26-11489-BFK | Bertram Orlando Bishop |
| 26-11720-KHK | Nhoj Maharba Snekeim and Beverly Janel Snekeim |
| 26-11783-BFK | Panna Khanam Choudhury |
| 26-11869-BFK | David Enrique Sanjines Suarez |
| 26-12054-KHK | Claudia Filibert Torres Cadena |
| 26-12354-KHK | Jose Efrain Lazo and Ingris Yolany Galo Martinez |
| 26-32095-KHK | Robert William Carter, III |
| 26-32732-KHK | Harold G. Hackney and Paula K. Hackney |
| 26-32743-FJS | Walter Henry Carter, III |
| 26-32802-KLP | Shanta Jametra Wilson |
| 26-33019-KHK | Jenna Denize Espinosa |
| 26-33080-KHK | Chrystal Charity Edwards |
| 26-34073-KHK | Brenda B. McCall |
| 26-50607-FJS | Mary Elizabeth Fox |
| 26-50619-FJS | Steven Earle Riddick |
| 26-50942-FJS | David Franklin Gay |
| 26-71739-FJS | Ronald Dion Gaines |
| 26-72072-FJS | Theresa Alicia Jones |
| 26-72128-SCS | Emmanuel Booth and Laisha Nichole Booth |
| 26-72440-SCS | Senica O. Yancey |