**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **PERRY E. ADLER** | **Case no. 25-12714-BFK** |
| **Debtor** | **Chapter 7** |

**Order approving Application for Compensation by Counsel for Debtor**

This matter comes before the Court on the application for compensation by former Counsel for Debtor in which he seeks fees in the amount of $11,868.00 for legal work performed prior to the above captioned-case being converted to chapter 7. The Debtor is opposed to the compensation sought by former Counsel. As a concession to Debtor, former Counsel has agreed to voluntarily reduce the legal fees he seeks from the Court. After negotiations with the Office of the U.S. Trustee and Counsel for Debtor, Former Counsel has agreed to cap his legal fees as $5,000.00. As such it is hereby ORDERED that:

The Application filed by former Counsel on October 8, 2026, is approved. The total compensation requested by the Applicant in the amount of $5,000 is approved. The additional $5,000 that the Applicant is holding in his trust account shall be turned over to the chapter 7 trustee in this case, H. Jason Gold.

Date: Nov 6 2026

/s/ Brian F Kenney

Judge Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Nov 9 2026

I ask for this:

/s/Robert S. Brandt,
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
(703) 342-7330
brandt@brandtlawfirm.com
Counsel for debtor

Seen and agreed:

/s/ Michael Freeman
Office of US Trustee
1725 Duke Street
Alexandria, VA 22314
703-557-7176

Seen and agreed:

/s/ Daniel M. Press
Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

s/ Robert S. Brandt

<u>Electronic copies to:</u>

Robert S. Brandt

Office of US Trustee

Daniel Press