**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**ORDER GRANTING FIRST INTERIM APPLICATION OF ROBERT M. MARINO, ESQ. AND REDMON PEYTON & BRASWELL, LLP FOR COMPENSATION**

THIS MATTER came on for hearing before the Court on November 10, 2026, upon the unopposed *First Interim Application for Compensation* (Docket No. 142) (the "First Interim Application"), filed by Robert M. Marino, Esq., and Redmon Peyton & Braswell, LLP (collectively, "Applicant"), as counsel to H. Jason Gold, the Chapter 7 Trustee herein for Perry Everett Adler, seeking an *Order* approving and authorizing the award of interim compensation for legal services rendered in the amount of $21,850.00 and reimbursement of expenses of $298.77 for the period from May 26, 2026, through the September 30, 2026; and it

APPEARING TO THE COURT that proper notice of the *First Interim Application* has been provided to all necessary parties herein; that the fees and expenses sought in the *First Interim Application* represent reasonable and interim compensation for actual, necessary services rendered by Applicant or reimbursement for Applicant's actual, necessary expenses incurred; that the Trustee believes that there are sufficient funds on hand to pay without difficulty all anticipated allowed administrative expenses, including the amounts reflected in the *First Interim Application*; that no objection or response has been filed with respect to the *First Interim Application*; and that good cause otherwise exists to grant the relief requested in the *First Interim Application*; it is therefore,

ORDERED that the *First Interim Application* is hereby GRANTED; that Applicant is hereby awarded compensation for legal services rendered in the amount of **$21,850.00** and expenses of **$298.77** for the period from May 26, 2026, through the September 30, 2026; and that the fees and expenses awarded herein shall constitute an allowed administrative claim in this case; and it is

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel to H. Jason Gold, Trustee

FURTHER ORDERED that the Trustee may pay the fees and expenses allowed by this *Order* in advance of any final report approved by this Court.

Dated: Nov 10 2026

/s/ Brian F Kenney

Brian F. Kenney
Chief Judge

Entered On Docket: Nov 10 2026

I ask for this:

/s/ Robert M. Marino

Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel to H. Jason Gold, Trustee

SEEN:

/s/ Michael T. Freeman (with written permission)

Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/ Robert M. Marino

Robert M. Marino, Esq.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314