**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **PERRY E. ADLER** | **Case no. 25-12714-BFK** |
| **Debtor** | **Chapter 7** |

---

## Order approving Application for Compensation by Counsel for Debtor

This matter comes before the Court on the application for compensation by former Counsel for Debtor in which he seeks fees in the amount of $11,868.00 for legal work performed prior to the above captioned-case being converted to chapter 7. The Debtor is opposed to the compensation sought by former Counsel. As a concession to Debtor, former Counsel has agreed to voluntarily reduce the legal fees he seeks from the Court. After negotiations with the Office of the U.S. Trustee and Counsel for Debtor, Former Counsel has agreed to cap his legal fees as $5,000.00. As such it is hereby ORDERED that:

The Application filed by former Counsel on October 8, 2026, is approved. The total compensation requested by the Applicant in the amount of $5,000 is approved. The additional $5,000 that the Applicant is holding in his trust account shall be turned over to the chapter 7 trustee in this case, H. Jason Gold.

Date: Nov 6 2026

/s/ Brian F Kenney
Judge Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Nov 9 2026

I ask for this:

/s/Robert S. Brandt,
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
(703) 342-7330
brandt@brandtlawfirm.com
Counsel for debtor

Seen and agreed:

/s/ Michael Freeman
Office of US Trustee
1725 Duke Street
Alexandria, VA 22314
703-557-7176

Seen and agreed:

__/s/ Daniel M. Press______
Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

s/ Robert S. Brandt

Electronic copies to:

Robert S. Brandt

Office of US Trustee

Daniel Press

United States Bankruptcy Court

Eastern District of Virginia

In re:
Perry Everett Adler
Debtor

Case No. 25-12714-BFK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: TatianaVe Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: pdford9 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 10 2026 09:36:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| Diana C. Theologou | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 dtheologou@mtglaw.com, ecfnotifications@mtglaw.com |
| Diana C. Theologou | on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, |

| | |
|---|---|
| | SERIES 2006-14 dtheologou@mtglaw.com, ecfnotifications@mtglaw.com |
| Eric Kelner | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 ekelner@hillwallack.com |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Joshua Dylan Bradley | on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Joshua Dylan Bradley | on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Michael T. Freeman | on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov |
| Nicholas S. Herron | on behalf of U.S. Trustee Matthew W. Cheney nicholas.s.herron@usdoj.gov Michael.F.McMahon@usdoj.gov |
| Robert M. Marino | on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert M. Marino | on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com rmmarino1@aol.com |
| Robert Sergio Brandt | on behalf of Other Professional Robert S Brandt brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Wendy A Locke | on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com |

TOTAL: 15