**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-12714-BFK** |
| **Perry Everett Adler,** | ) | **Chapter 7 (Converted)** |
| **Debtor.** | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION OF ROBERT M. MARINO, ESQ. AND REDMON PEYTON & BRASWELL, LLP FOR COMPENSATION**

THIS MATTER came on for hearing before the Court on November 10, 2026, upon the unopposed *First Interim Application for Compensation* (Docket No. 142) (the "First Interim Application"), filed by Robert M. Marino, Esq., and Redmon Peyton & Braswell, LLP (collectively, "Applicant"), as counsel to H. Jason Gold, the Chapter 7 Trustee herein for Perry Everett Adler, seeking an *Order* approving and authorizing the award of interim compensation for legal services rendered in the amount of $21,850.00 and reimbursement of expenses of $298.77 for the period from May 26, 2026, through the September 30, 2026; and it

APPEARING TO THE COURT that proper notice of the *First Interim Application* has been provided to all necessary parties herein; that the fees and expenses sought in the *First Interim Application* represent reasonable and interim compensation for actual, necessary services rendered by Applicant or reimbursement for Applicant's actual, necessary expenses incurred; that the Trustee believes that there are sufficient funds on hand to pay without difficulty all anticipated allowed administrative expenses, including the amounts reflected in the *First Interim Application*; that no objection or response has been filed with respect to the *First Interim Application*; and that good cause otherwise exists to grant the relief requested in the *First Interim Application*; it is therefore,

ORDERED that the *First Interim Application* is hereby GRANTED; that Applicant is hereby awarded compensation for legal services rendered in the amount of **$21,850.00** and expenses of **$298.77** for the period from May 26, 2026, through the September 30, 2026; and that the fees and expenses awarded herein shall constitute an allowed administrative claim in this case; and it is

Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
703-684-2000
703-684-5109 (fax)
rmmarino@rpb-law.com
Counsel to H. Jason Gold, Trustee

FURTHER ORDERED that the Trustee may pay the fees and expenses allowed by this *Order* in advance of any final report approved by this Court.

Dated: Nov 10 2026

/s/ Brian F Kenney
Brian F. Kenney
Chief Judge

Entered On Docket: Nov 10 2026

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq. VSB#26076
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-684-2000
Fax: 703-684-5109
Email: rmmarino@rpb-law.com
Counsel to H. Jason Gold, Trustee

SEEN:

/s/ Michael T. Freeman (with written permission)
Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/ Robert M. Marino
Robert M. Marino, Esq.

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

H. Jason Gold, Trustee
PO Box 57359
Washington, DC 20037

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 25-12714-BFK

Perry Everett Adler Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: TatianaVe | Page 1 of 2 |
| Date Rcvd: Nov 10, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Robert M. Marino, Redmon Peyton & Braswell, LLP, 510 King Street, Suite 301, Alexandria, VA 22314 UNITED STATES OF AMERICA 22314-3184 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 10 2026 23:54:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Perry Everett Adler dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Deborah S. Kirkpatrick | on behalf of Creditor Truist Bank debbie@kirkpatrickpc.com |
| Diana C. Theologou | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan |

Pass-Through Certificates, Series 2006-14 dtheologou@mtglaw.com, ecfnotifications@mtglaw.com

Diana C. Theologou
on behalf of Creditor NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-14 dtheologou@mtglaw.com, ecfnotifications@mtglaw.com

Eric Kelner
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-14 ekelner@hillwallack.com

H. Jason Gold
goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com

Joshua Dylan Bradley
on behalf of Plaintiff Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Joshua Dylan Bradley
on behalf of Creditor Amaryllis Inc. jbradley@rosenbergmartin.com, lfeigh@rosenbergmartin.com

Matthew W. Cheney
ustpregion04.ax.ecf@usdoj.gov

Michael T. Freeman
on behalf of U.S. Trustee Matthew W. Cheney michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov;USTPRegion04.ax.ecf@usdoj.gov

Nicholas S. Herron
on behalf of U.S. Trustee Matthew W. Cheney nicholas.s.herron@usdoj.gov Michael.F.McMahon@usdoj.gov

Robert M. Marino
on behalf of Trustee H. Jason Gold rmmarino@rpb-law.com rmmarino1@aol.com

Robert M. Marino
on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com rmmarino1@aol.com

Robert Sergio Brandt
on behalf of Other Professional Robert S Brandt brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Wendy A Locke
on behalf of Creditor PHH Mortgage Corporation bkecfinbox@aldridgepite.com wlocke@ecf.inforuptcy.com

TOTAL: 15