**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 25-12714-BFK** |
| **Perry Everett Adler,** | ) | **Chapter 7 (Converted)** |
| **Debtor.** | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT**

H. Jason Gold (the "Trustee"), the Chapter 7 Trustee for Perry Everett Adler ("Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. §327, respectfully files this Application seeking authority to employ an accountant herein, and in support thereof states as follows:

1. On December 29, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, U.S.C. §101 *et seq*. (the "Bankruptcy Code"), thereby commencing the above-captioned case. By *Consent Order* entered May 20, 2026 (Docket No. 57), the instant case was converted to a case under Chapter 7 of the Bankruptcy Code. Applicant was appointed trustee on the same date and continues to serve since the meeting of creditors conducted on June 24, 2026.

2. The Trustee wishes to employ Barry Strickland and Company, Certified Public Accountants ("Barry Strickland & Company" or "Proposed Accountant") as accountant to the Trustee to perform various accounting duties that are needed for the proper administration of the bankruptcy estate.

3. In connection with the above, Barry Strickland & Company will provide services to the Trustee with respect to accounting work necessary for the proper administration of the bankruptcy estate, including, but not limited to, the preparation and filing of local, state and federal tax returns, reviewing financial records and advising the Trustee, as directed by the Trustee. The Trustee recognizes that parties in interest, including the United States Trustee, reserve their rights with respect to any potential objection to any application for compensation filed in connection with this application.

Robert M. Marino, VBN 26076
Redmon Peyton & Braswell, LLP
500 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax (703) 684-5109
Counsel to H. Jason Gold, Chapter 7 Trustee

4. The Trustee proposes to employ Barry Strickland & Company at the firm's customary hourly rates for comparable services. The firm's current standard hourly rates for accountants are between $280.00 and $370.00 and the firm's current standard hourly rates for paraprofessionals are between $100.00 and $155.00. In addition, Barry Strickland & Company will seek reimbursement for necessary and proper expenses incurred in performing the services required by the Trustee.

5. To the best of the Trustee's knowledge, information and belief, Barry Strickland & Company does not have any connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any persons employed in the office of the United States Trustee, except that said accounting firm currently act or has acted as the Trustee's accountant on other occasions in cases pending or completed in the above-captioned Court.

6. To the best of the Trustee's knowledge, information and belief, Barry Strickland & Company does not hold or represent any interest adverse to the bankruptcy estate and is a "disinterested person." Specifically, none of the members or associates of Barry Strickland & Company (a) is a creditor, an equity security holder, or an insider of the Debtor; (b) is, or was within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and (c) has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. A verified statement executed on behalf of Barry Strickland & Company in accordance with 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 is attached hereto.

7. It is in the best interest of the Debtor's estate, the creditors and parties in interest to authorize the employment of Barry Strickland & Company.

WHEREFORE, the Trustee respectfully requests the entry of an order authorizing the employment of Barry Strickland and Company, Certified Public Accountants as the Trustee's accountants in the Bankruptcy Case under the terms described herein, with compensation to be made only upon further order of this Court, and for such further relief as the Court deems just and proper.

Dated: November 17, 2026

Respectfully submitted

/s/ Robert M. Marino

Robert M. Marino, Esq. DC Bar #411597
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: (703) 879-2676 (Direct)
Fax: (703) 684-5109
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of November, 2026, a true copy of the foregoing Application was sent via email to the Office of the U.S. Trustee at Michael.T.Freeman@usdoj.gov, and via Notice of Electronic Filing to Counsel to Debtor and all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Robert M. Marino
Robert M. Marino