**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | ) | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**VERIFIED STATEMENT OF ACCOUNTANT TO**
**BE EMPLOYED BY THE CHAPTER 7 TRUSTEE**

Barry Strickland and Company, Certified Public Accountants ("Barry Strickland & Company"), as the proposed accountant for H. Jason Gold, the Chapter 7 trustee, pursuant to Bankruptcy Rule 2014(a), respectfully represents:

1. I am the president of Barry Strickland & Company, Certified Public Accountants and the person whom H. Jason Gold, the Chapter 7 trustee herein, desires to employ as accountant for the estate of the above-named Debtor, for the purpose of preparing tax returns, reviewing financial records and advising the Trustee as is set forth in the Trustee's Application to Employ Accountant ("Application") filed with this Declaration. I have read and am familiar with the Application.

2. In order to identify whether Barry Strickland & Company has connections or adverse relationships to the bankruptcy estate, the Debtor, the creditors, other parties in interest, their respective attorneys and accountants, or the United States Trustee's Office, Barry Strickland & Company compared the parties on the court's creditor list to its database of current clients.

3. Neither I, Barry Strickland & Company, nor any member or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that I may currently serve or have served as accountant for the Trustee on other occasions.

4. Neither I, nor any member or associate of Barry Strickland & Company, insofar as I have been able to ascertain, (a) is a creditor, an equity security holder, or an insider of the Debtor; (b) is, or was within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor; and (c) has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

5. Neither I nor any member or associate of Barry Strickland & Company, insofar as I have been able to ascertain, represents any interest adverse to the bankruptcy estate.

I verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 17th day of November 2026 at Hanover, Virginia.

/s/ Barry I. Strickland
Barry I. Strickland, President
Barry Strickland & Company,
Certified Public Accountants