**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **In re:**<br>**Perry Everett Adler,**<br>**Debtor.** | **Case No. 25-12714-BFK**<br>**Chapter 7 (Converted)** |

**ORDER APPROVING TRUSTEE'S EMPLOYMENT OF ACCOUNTANT**

THIS MATTER came on before the Court upon the *Application to Employ Accountant* (Docket No. ___) (the "Application") filed by H. Jason Gold, the duly appointed and qualified trustee in the above-captioned Chapter 7 case, seeking authority to employ Barry Strickland & Company, Certified Public Accountants, as accountant to assist the Trustee in the preparation of necessary tax returns and to provide other accounting services in the above-captioned jointly administered cases; and it

APPEARING TO THE COURT that the proposed employment is in the best interest of the estates and should be authorized; it is therefore

ORDERED that the Application be, and it hereby is, GRANTED; and that the Trustee be, and hereby is, authorized to employ Barry Strickland & Company as accountant herein, upon the terms and conditions set forth in the *Application* with payment to be made only upon further order of this Court.

Dated:

______________________________
Brian F. Kenney
Chief Judge

I ask for this:

/s/ Robert M. Marino
Robert M. Marino, Esq. VSB #26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Phone: 703-879-2676
Email: rmmarino@rpb-law.com
Counsel for H. Jason Gold, Trustee

SEEN AND NO OBJECTION:

________________________________________

Michael T. Freeman, Assistant United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

**CERTIFICATE PURSUANT TO LOCAL RULE 9022-1**

I hereby certify that all necessary parties have endorsed the above-referenced Order.

/s/ Robert M. Marino
Robert M. Marino

Copies to:

Robert M. Marino, Esq.
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

H. Jason Gold, Trustee
P.O. Box 57359
Washington, DC 20037

Barry I. Strickland, CPA
9410 Atlee Commerce Blvd.
Ashland, VA 23005