**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| ADLER, PERRY EVERETT | ) | No. 25-12714-BFK |
| | ) | |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

# TRUSTEE'S REPORT OF SALE

Pursuant to Fed. R. Bankr. P. 6004(f) and Local Bankruptcy Rule 6004-2(D), H. Jason Gold, the Chapter 7 Trustee ("Trustee") for the above-captioned Debtor, files this Report of Sale (including attached settlement statement). On 10/21/2026, this Court entered an order approving the Motion to Approve sale of Real Property and an Amended Order was entered on 10/26/2026, being real property at 6528 Cavalier Dr, Alexandria VA ("Property") held by the Debtor's bankruptcy estate.

| | |
|---|---|
| Settlement (or Closing) Date: | 11/16/2025 |
| Property Sold: | 6528 Cavalier Dr, Alexandria VA |
| Purchasers: | 6528 Cavalier LLC |
| Purchase Price: | $575,000.00 |
| Prorated 2026 taxes from buyer: | $ 1,046.92 |
| Mortgage, Expenses/other charges: | $530,046.92 |
| Exemptions paid to Debtor: | $ 0.00 |
| Net Proceeds to Estate: | **$ 46,000.00** |

Dated: 11/25/2026

Respectfully submitted,

/s/ H. Jason Gold
H. JASON GOLD, CH. 7 TRUSTEE

H. Jason Gold, Va. Bar No. 19117
PO Box 57359
Washington DC 20037

OMB Approval No 2502-0265

# A. Settlement Statement (HUD-1)

## B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA 2. ☐ RHS 3. ☐ Conv. Unins. 4. ☐ VA 5. ☐ Conv Ins. | 6. File No. 2026-091602 | 7. Loan No. 140781 | 8. Mortgage Insurance Case No. |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. Name & Address of Borrower:<br>6528 Cavalier LLC<br>1620 Admirals Hill Court<br>Vienna, VA 22182 | E. Name & Address of Seller:<br>H. Jason Gold, Chapter 7 Trustee of The Bankruptcy Estate of Perry Everett Adler, Case No. 25-12714-BFK<br>P.O. Box 57359<br>Washington, DC 20037 | F. Name & Address of Lender:<br>Loan Funder LLC, Series 140781<br>645 Madison Avenue<br>19th Floor<br>New York, NY 10022 |
| G. Property Location:<br>6528 Cavalier Drive<br>Alexandria, VA 22307 | H. Settlement Agent:<br>RL Title and Escrow, Inc.<br>Place of Settlement:<br>7115 Leesburg Pike Unit 208 Falls Church, VA 22043 | I. Settlement Date:<br>11/16/2026<br>Funding Date:<br>11/16/2026<br>Disbursement Date:<br>11/16/2026 |

## J. Summary of Borrower's Transaction

| | |
|---|---|
| **100. Gross Amount Due from Borrower** | |
| 101. Contract sales price | $575,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $36,217.92 |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | |
| 107. County Taxes 11/16/2026 to 12/31/2026 | $1,046.92 |
| 108. Assessments | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | $612,264.84 |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit | $8,000.00 |
| 202. Principal amount of new loan(s) $581,600.00 | |
| 203. Existing loan(s) taken subject to | |
| 204. Draw Amount | $516,600.00 |
| 205. | |
| 206. | |
| 207. | |
| 208. Seller Credit | $1,000.00 |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | |
| 211. County Taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | $525,600.00 |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | $612,264.84 |
| 302. Less amounts paid by/for borrower (line 220) | $525,600.00 |
| 303. Cash ☒ From ☐ To Borrower | $86,664.84 |

## K. Summary of Seller's Transaction

| | |
|---|---|
| **400. Gross Amount Due to Seller** | |
| 401. Contract sales price | $575,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/Town Taxes | |
| 407. County Taxes 11/16/2026 to 12/31/2026 | $1,046.92 |
| 408. Assessments | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | $576,046.92 |
| **500. Reductions in Amount Due to Seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $38,248.69 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff to NewRez LLC | $397,594.55 |
| 505. Payoff to Amaryllis, Inc | $93,203.68 |
| 506. Bankruptcy Estate Payment to H. Jason Gold, Trustee | $46,000.00 |
| 507. | |
| 508. Seller Credit | $1,000.00 |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/Town Taxes | |
| 511. County Taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | $576,046.92 |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $576,046.92 |
| 602. Less reductions in amounts due seller (line 520) | $576,046.92 |
| 603. Cash ☒ To ☐ From Seller | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | |
| Division of commission (line 700) as follows : | | | |
| 701. $17,250.00 to CENTURY 21 New Millennium | | | |
| 702. $14,375.00 to Compass | | | |
| 703. Commission paid at settlement | | | $31,625.00 |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge $5,816.00 | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | $5,816.00 | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. Short Interest | | $2,475.38 | |
| 809. Interest Reserve | | $5,573.67 | |
| 810. Servicing Setup | | $30.00 | |
| 811. Processing Fee | | $799.00 | |
| 812. Underwriting | | $1,999.00 | |
| 813. Legal Review | | $995.00 | |
| 814. Commitment Fee | | $5,855.00 | |
| 815. Tax Service Fee to Corelogix Property Tax & Insurance Solutions LLC | | $275.00 | |
| 816. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Daily interest charges from 11/16/2026 to 12/01/2026 | (from GFE #10) | | |
| 902. Mortgage insurance premium | (from GFE #3) | | |
| 903. Homeowner's insurance 1 years to Goosehead Insurance Agency, LLC | (from GFE #11) | $3,068.00 | |
| 904. 2nd Half RE Taxes (7/1-12/31) to Fairfax County Department of Tax Administration | | | $4,257.49 |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment $0.00 | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $1,803.28 | |
| 1102. Settlement or closing fee to RL Title and Escrow, Inc. | | | |
| 1103. Owner's title insurance to Fidelity National Title Insurance Company | (from GFE #5) | $843.25 | |
| 1104. Lender's title insurance to Fidelity National Title Insurance Company $1,753.28 | | | |
| 1105. Lender's title policy limit $581,600.00 | | | |
| 1106. Owner's title policy limit $575,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium or title guarantee to RL Title and Escrow, Inc. | | | |
| 1108. Underwriter's portion of the total title insurance premium or title guarantee to Fidelity National Title Insurance Company | | | |
| 1109. Settlement and Closing Fee to RL Title and Escrow, Inc. | | $1,095.00 | $250.00 |
| 1110. Title Binder and Policy to RL Title and Escrow, Inc. | | $225.00 | |
| 1111. Title Search to Round Table Title, Inc. | | $110.00 | |
| 1112. Attorney Title Examination Fee to RL Title and Escrow, Inc. | | $150.00 | |
| 1113. E-Recording Fee to RL Title and Escrow, Inc. | | $10.00 | |
| 1114. Preparation of Power of Attorney to RL Title and Escrow, Inc. | | $250.00 | |
| 1115. | | | |
| 1116. | | | |
| 1117. | | | |
| 1118. | | | |
| 1119. Title - CPL Premium (Lender) to Fidelity National Title Insurance Company $50.00 | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $133.00 | |
| 1202. Deed $50.00 Deed of Trust $49.00 Release $ to Fairfax County Recording Office | | | |
| 1203. Transfer taxes | (from GFE #8) | $4,217.34 | |
| 1204. City/County tax/stamps Deed $569.67 Deed of Trust $484.67 to Fairfax County Recording Office | | | |
| 1205. State tax/stamps Deed $1,709.00 Deed of Trust $1,454.00 to Fairfax County Recording Office | | | |
| 1206. Regional WMTA Fee (Deed) to Fairfax County Recording Office | | | $683.60 |
| 1207. Regional Congestion Relief Fee (Deed) to Fairfax County Recording Office | | | $683.60 |
| 1208. County Grantor Tax (Deed) to Fairfax County Recording Office | | | $342.00 |
| 1209. State Grantor Tax (Deed) to Fairfax County Recording Office | | | $342.00 |
| 1210. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Broker Admin Fee to Compass | | $495.00 | |
| 1303. Expense Reimbursement to RealMarkets | | | $65.00 |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $36,217.92 | $38,248.69 |

See signature addendum